
AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT of FLORIDA

KLEIN & HEUCHAN, INC.
A Florida Corporation

v.

COSTAR REALITY INFORMATION,
INC., a foreign Corporation and
COSTAR GROUP, INC.

**APPEARANCE**

Case No: 8:08-cv-01227-JSM-MSS

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for  KLEIN & HEUCHAN, INC., A Florida Corporation

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 06/26/2008 | _/s/ Jeffrey W. Gibson_ |
| Date | Signature |
| | Jeffrey W. Gibson     0568074 |
| | Print Name     Bar Number |
| | P.O. Box 1669 |
| | Address |
| | Clearwater    FL    33757 - |
| | City    State    Zip Code |
| | 727 - 441 - 8966    727 - 442 - 8470 |
| | Phone Number    Fax Number |

Dockets.Justia.com