UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,
a Florida Corporation,

        Plaintiff,

vs.                                       Case No.: 8-08-cv-01227-JSM-MSS

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

        Defendants.
_____/

## AGREED MOTION FOR ENLARGEMENT OF TIME

Defendants move this Court to enter an Order enlarging the time within which they must respond to Plaintiff's Complaint, through and including October 7, 2008, and as grounds therefor state that other demands on counsel's time make it necessary that a short enlargement of the period to respond be obtained.

Pursuant to Rule 6, Fed.R.Civ.P., this Court has the authority to grant the relief requested herein.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for Defendants has conferred with counsel for Plaintiff, and counsel for Plaintiff has no objection to the granting of the relief requested herein.

Respectfully submitted,

s/William C. Guerrant, Jr.
William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 23, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757.

s/William C. Guerrant, Jr.
Attorney

745555