

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

8:08 mc 130-Judge's Clerve 10

## STANDING ORDER REGARDING REASSIGNMENT OF CASES

Effective 4:00 PM, October, 1, 2008, I have been sworn in as a United States District Judge. Accordingly, all currently pending civil and criminal cases along with all pending civil consent cases will be reassigned with their consent to the appropriate Magistrate Judge, as set out below, until further order of this Court.

Cases ending in:        Assigned to:

0 - 24      Magistrate Judge Thomas G. Wilson
25 - 49     Magistrate Judge Elizabeth A. Jenkins
50 - 74     Magistrate Judge Thomas B. McCoun
75 - 99     Magistrate Judge Mark A. Pizzo

The Honorable Mary S. Scriven
United States District Judge