IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    Plaintiff,

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC,

    Defendants.

Civil Action No. 8:08-cv-01227-JSM-MSS

## MOTION TO ENLARGE TIME

Defendants request this Court to enlarge the time within which they must file their response to Plaintiff's complaint by two (2) days, through and including November 21, 2008, and as grounds therefor state:

    1.    Due to unanticipated issues involving communication with Defendants' client representative, Defendants require a very brief enlargement, of two additional days, within which to file their Answer.

    2.    There will be no prejudice to the Plaintiff as a result of the very brief extension requested hereby.

    3.    Pursuant to Rule 6, the Court has the authority to grant the relief requested herein.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants has attempted to reach Plaintiff's counsel to obtain its consent to the requested two-day extension, but has been unable to make contact. Counsel for Defendants will supplement this certification once the position of Plaintiff's counsel is known.

Respectfully submitted,

s/William C. Guerrant, Jr.
William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Attorneys for Defendants

- and -

William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2746
Facsimile: (202) 628-8844
wsauers@crowell.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757.

s/William C. Guerrant, Jr.
Attorney

848465