Klein & Heuchan, Inc. v. CoStar Realty Information, Inc. et al                                                    Doc. 21

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,
a Florida Corporation,

          Plaintiff,

vs.                           Case No.: 8-08-cv-01227-T-30-EAJ

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

          Defendants.
_____/

## AMENDED LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants amends the Local Rule 3.01(g) Certification contained within its Motion for Enlargement of Time (Dkt. #20) to state that counsel for Plaintiff has advised that it does not consent to the two-day extension of time requested in the Motion.

                                              Respectfully submitted,

                                              s/William C. Guerrant, Jr.
                                              William C. Guerrant, Jr.
                                              Florida Bar No. 516058
                                              wguerrant@hwhlaw.com
                                              Trial Counsel
                                              William F. Sansone
                                              Florida Bar No. 781231
                                              wsansone@hwhlaw.com
                                              HILL, WARD & HENDERSON, P.A.
                                              Suite 3700 – Bank of America Building
                                              101 East Kennedy Boulevard
                                              Post Office Box 2231
                                              Tampa, Florida 33601
                                              Telephone: (813) 221-3900
                                              Facsimile: (813) 221-2900
                                              Attorneys for Defendants

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757.

s/William C. Guerrant, Jr.
Attorney

849210