OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

KLEIN & HEUCHAN, INC.,

      Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,

CASE NO.: 8:08-cv-01227-JSM-MSS

      Defendants,

TO: Scott Bell
    c/o Klein & Heuchan
    1744 Belcher Road – Suite 200
    Clearwater, Florida 33765

**YOU ARE HEREBY SUMMONED** and required to serve upon DEFENDANTS' ATTORNEY (name and address)

William C. Guerrant, Jr.
Hill, Ward & Henderson, P.A.
101 E. Kennedy Boulevard – Suite 3700
Tampa, Florida 33602
(813) 221-3900

- and -

William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Avenue
Washington, DC 20004
(202) 624-2746

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court a reasonable period of time after service.

SHERYL L. LOESCH            NOV 2 4 2008

CLERK                                                DATE

*(RECEIVED MIDDLE DISTRICT COURT TAMPA, FLORIDA 08 NOV 24 PM 3:00)*