UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    Plaintiff,                                       Case No. 8:08-cv-01227-JSM-EAJ

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC,

    Defendants.
_____/

### MOTION OF SANYA SARICH TO APPEAR *PRO HAC VICE*

Sanya Sarich of the law firm of Crowell & Moring LLP located at 1001 Pennsylvania Ave., NW, Washington, DC, 20004, hereby petitions this Court for permission to appear *pro hac vice* on behalf of CoStar Realty Information, Inc., and CoStar Group, Inc. ("Defendants"). Petitioner states that she is a member in good standing of the Bars of the State of Illinois and the District of Columbia, and is licensed to practice before the United States District Court for the Northern District of Illinois. Petitioner further states that William C. Guerrant, Jr. and William F. Sansone of the law firm of Hill, Ward & Henderson, P.A., have been designated as local counsel in this action.

Petitioner represents that she is not admitted to practice in the Middle District of Florida and does not maintain a regular practice of law in the State of Florida. Petitioner has reviewed and is familiar with the Local Rules of the Middle District of Florida and submits to the jurisdiction of this Court for discipline purposes.

Petitioner certifies that she has submitted to the Clerk's office a check representing the fee required pursuant to Local Rule 2.01(d).

WHEREFORE, Sanya Sarich petitions the Court to allow her to appear *pro hac vice* on behalf of Defendant in this matter pursuant to Rule 2.02 of the Local Rules of the Middle District of Florida.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned has conferred with counsel for Plaintiff who has advised that Plaintiff consents to the request for the relief sought herein.

Dated: December 9, 2008			Respectfully submitted,

s/William C. Guerrant, Jr.
William C. Guerrant, Jr.
Florida Bar No. 516058
HILL WARD & HENDERSON, P.A.
101 E. Kennedy Blvd.
Suite 3700
Post Office Box 2231
Tampa, Florida 33601-2231
Telephone (813) 221-3900
Facsimile (813) 221-2900
wguerrant@hwhlaw.com

- and -
/s/ Sanya Sarich.
Sanya Sarich
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC, 20004
(202) 624-2500
(202) 628-5116 (fax)
ssarich@crowell.com

Attorneys for CoStar Realty Information, Inc., and CoStar Group, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond and Jeff Gibson, MacFarlane Ferguson & McMullen, P.O. Box 1669, Clearwater, FL 33757.

                                          /s/ William C. Guerrant, Jr.
                                          Attorney

869768