UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KLEIN & HEUCHAN, INC.,**

    **Plaintiff,**

v.    Case No.: 8:08-CV-1227-T-30EAJ

**COSTAR REALTY INFORMATION, INC.
And COSTAR GROUP, INC.,**

    **Defendants.**
_____/

## ORDER

Before the court are the **Motion of Sanya Sarich to Appear Pro Hac Vice** (Dkt. 26) and the **Motion of William J. Sauers to Appear Pro Hac Vice** (Dkt. 27), both filed December 9, 2008. Defendants request that this court permit Sanya Sarich, Esq. and William J. Sauers, Esq. of Crowell & Moring LLP to appear pro hac vice, with William Guerrant, Esq. and William Sansone, Esq. Of Hill, Ward & Henderson, P.A. designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla.

Defendant asserts that Ms. Sarich is a member in good standing of the bars of the State of Illinois and the District of Columbia and the United States District Court for the Northern District of Illinois (Dkt. 26 at 1); Mr. Sauers represents that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia and the United States District Court for the District of Maryland (Dkt. 27 at 1). The movants have complied with the fee requirements of Local Rule 2.01(d), M.D. Fla.

Upon consideration, it is **ORDERED AND ADJUDGED** that Defendants' motions to appear Pro Hac Vice (Dkts. 26, 27) are **GRANTED**, subject to the requirement that Ms. Sarich and Mr. Sauers shall comply with the e-mail registration requirements of Local Rule 2.01(d), M.D. Fla.,

within ten (10) days of the date of this order.[1]

**DONE AND ORDERED** in Tampa, Florida this 11th day of December, 2008.

ELIZABETH A JENKINS
United States Magistrate Judge

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing the court's website, located at www.flmd.uscourts.gov and clicking on CM/ECF. Once counsel has registered for CM/ECF, she must also register an email address.