OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

RECEIVED
2008 DEC 17 PM 3:53
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

KLEIN & HEUCHAN, INC.,

    Plaintiff,

V.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

    Defendants,

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NO.: 8:08-cv-01227-JSM-MSS

TO: Scott Bell
2725 Big Pine Drive
Holiday, Florida 34691

**YOU ARE HEREBY SUMMONED** and required to serve upon DEFENDANTS' ATTORNEY (name and address)

William C. Guerrant, Jr.
Hill, Ward & Henderson, P.A.
101 E. Kennedy Boulevard – Suite 3700
Tampa, Florida 33602
(813) 221-3900

- and -

William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Avenue
Washington, DC 20004
(202) 624-2746

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                            DEC 17 2008
CLERK                                                       DATE

(By) DEPUTY CLERK