**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KLEIN & HEUCHAN, INC.,**

 **Plaintiff,**

**v.**             **CASE NO. 8:08-CV-1227-T-30EAJ**

**COSTAR REALTY INFORMATION, INC.**
**And COSTAR GROUP, INC.,**

 **Defendants.**

_____/

## ORDER

Before the court is the parties' **Agreed Motion for Entry of a Protective Order** (Dkt. 31), filed December 22, 2008. The parties have agreed to the terms of the confidentiality agreement attached to their motion in order to maintain the confidentiality of certain confidential, proprietary, and personal information and documents to be obtained during discovery.

Upon consideration, it is **ORDERED AND ADJUDGED** that the parties' **Agreed Motion for Entry of a Protective Order** (Dkt. 31) is **GRANTED**. The court finds good cause for the issuance of this confidentiality stipulation and protective order. See Fed. R. Civ. P. 26(c). Additionally, the provisions of the Protective Order, set forth within the attachment to the parties' motion (Dkt. 31, Ex. 1), are specifically incorporated by reference within this order, except that the court declines to retain jurisdiction to enforce the provisions of the Protective Order following the termination of this litigation.

Further, nothing in this order shall authorize any party to file under seal, absent further court order, any confidential discovery material with the Clerk of Court or at trial as such filings are subject to greater scrutiny due to the common law right to inspect and copy judicial records and

public documents. See In re Alexander Grant & Co. Litigation, 820 F.2d 352, 355 (11th Cir. 1987),

aff'g 629 F. Supp. 593 (S.D. Fla. 1986).  The parties shall at all times be governed by Local Rule

1.09, M.D. Fla.

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of January, 2009.

ELIZABETH A JENKINS
United States Magistrate Judge