OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____FLORIDA_____

KLEIN & HEUCHAN, INC.,

          Plaintiff,

V.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

          Defendants,

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NO.: 8:08-cv-01227-JSM-MSS

FILED 09 JAN 22 PH 3:38 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

TO: Scott Bell
    2725 Big Pine Drive
    Holiday, Florida 34691

**YOU ARE HEREBY SUMMONED** and required to serve upon DEFENDANTS' ATTORNEY (name and address)

William C. Guerrant, Jr.
Hill, Ward & Henderson, P.A.
101 E. Kennedy Boulevard – Suite 3700
Tampa, Florida 33602
(813) 221-3900

- and -

William J. Sauers
Crowell & Moring LLP
1001 Pennsylvania Avenue
Washington, DC 20004
(202) 624-2746

SERVED
Scott Bell
1-13-09
Month  Day  Year
Time 2:30 PM
BOB WHITE, Sheriff
Pasco County, Florida
By: _____
CJIS Employee #

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

_____
(By) DEPUTY CLERK

DEC 17 2008
DATE

OAO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left : _____

☐ Returned _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the law of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____
          Date

_____
*Signature of Server*

_____
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

```
09-01-001856-N                    ST OF FL    COUNTY                    08CV01227JSM

HLEIN & HEUCHAN INC              VS.    COSTAR REALTY INFO & ET AL

PROCESS TYPE(S):    ALIAS
                    20 DAY SUMMONS
                    COMPLAINT
                    ANSWER,DEFENSES,COUNTERCLAIMS OF DEFJC
ATTORNEY:
    WILLIAM C GUERRANT JR                    AMOUNT DEPOSITED: $    20.00
    HILL WARD HENDERSON, PA                  AMOUNT REFUNDED:  $     0.00
    101 E KENNEDY BLVD #3700
    TAMPA, FL  33602                         TOTAL AMOUNT PAID: $   20.00

SERVE TO:       BELL,SCOTT
 ADDRESS:       2725 BIG PINE DRIVE
                HOLIDAY, FL  34691

ADDR CHANGE: _____
```

RECEIVED THIS PROCESS ON THE 12 DAY OF JANUARY A.D. 2009, AND SERVED THE SAME AT 1430 P.M. ON THE 13 DAY OF JANUARY A.D. 2009 IN PASCO COUNTY, FLORIDA, AS FOLLOWS:

INDIVIDUAL SERVICE:

BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

```
            BOB WHITE
            SHERIFF
            PASCO COUNTY, FLORIDA    BY:
                                     01497         FORESTER WILSON I
```

JAN 2 2 2008

```
09-01-001856-N                ST OF FL    COUNTY              08CV01227JSM

HLEIN & HEUCHAN INC         VS.   COSTAR REALTY INFO & ET AL

PROCESS TYPE(S)    ALIAS
                   20 DAY SUMMONS
                   COMPLAINT
                   ANSWER,DEFENSES,COUNTERCLAIMS OF DEFJC
ATTORNEY:
    WILLIAM C GUERRANT JR              AMOUNT DEPOSITED:  $   20.00
    HILL WARD HENDERSON, PA             AMOUNT REFUNDED:  $    0.00
    101 E KENNEDY BLVD #3700
    TAMPA, FL 33602                    TOTAL AMOUNT PAID: $   20.00

SERVE TO:     BELL,SCOTT
 ADDRESS:     2725 BIG PINE DRIVE
              HOLIDAY, FL 34691

ADDR CHANGE: _____
```

RECEIVED THIS PROCESS ON THE 12 DAY OF JANUARY A.D. 2009, AND SERVED THE SAME AT 1430 P.M. ON THE 13 DAY OF JANUARY A.D. 2009 IN PASCO COUNTY, FLORIDA, AS FOLLOWS:

INDIVIDUAL SERVICE:

BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

```
BOB WHITE
SHERIFF
PASCO COUNTY, FLORIDA     BY:
                          01497        FOERSTER WILSON I
```