IN THE UNITED STATES DISRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

　　　　Counterclaim Plaintiffs,

v.

　　　　　　　　　　　　　　　　　　　Case Number 8:08-cv-01227-JSM-MSS

SCOTT BELL

　　　　Counterclaim Defendant.
_____/

Scott Bell ("Defendant") hereby responds as follows:

### REQUEST FOR ADDITIONAL TIME TO FILE ANSWER

1. Defendant is in the process of retaining an attorney to defend against this action.

2. Defendant hereby petitions the court for an enlargement of time to file a formal response at a later date.

3. Defendant hereby requests that a legible copy of the complaint against Scott Bell be delivered as some portions of the complaint served on Defendant are illegible.

Dated: February 17, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Scott Bell, *pro se*
　　　　　　　　　　　　　　　　　　　　　2725 Big Pine Drive
　　　　　　　　　　　　　　　　　　　　　Holiday, FL 34691
　　　　　　　　　　　　　　　　　　　　　727- 432-2146

### CERTIFICATE OF SERVICE

**UNDER PENALTY OF PERJURY, I CERTIFY** that a copy of the foregoing was

provided U.S. Certified mail to William C. Guerrant Jr., Hill, Ward, & Henderson, P.A., 101 E Kennedy Boulevard – Suite 3700, Tampa, Florida 33602, William J. Sauers, Crowell & Moring LLP. 1001 Pennsylvania Avenue, Washington, D.C. 20004 and Jeffery W. Gibson, MacFarlane, Ferguson & McMullen 625 Court Street Suite 200, Clearwater, Florida 33756 this 17th day February 2009.

                                            Scott Bell, *pro se*
                                            2725 Big Pine Drive
                                            Holiday, FL 34691
                                            727- 432-2146

State of Florida

County of Pasco

    BEFORE ME personally appeared Scott Bell who, being be me first duly sworn and identified in accordance with Florida law, did execute the foregoing in my presence this 17 day of February 2009.

                My commission expires:

CHERYL ZELLERS
MY COMMISSION # DD 683103
EXPIRES: June 21, 2011
Bonded Thru Notary Public Underwriters