# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| KLEIN & HEUCHAN, INC., a Florida Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:08-cv-01227-JSM-MSS |
| COSTAR REALITY INFORMATION, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

KLEIN & HEUCHAN, INC.

Date: 03/09/2009

*Attorney's signature*

Brian J. Aungst, Jr. 0055347
*Printed name and bar number*

Macfarlane Ferguson & McMullen, P.A.
625 Court Stree
Clearwater, FL 33756
*Address*

bja@macfar.com
*E-mail address*

(727) 444-1403
*Telephone number*

(727) 442-8470
*FAX number*

Dockets.Justia.