IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    Plaintiff,

v.                                               Case No.: 8:08-cv-01227-JSM-MSS

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

    Defendants.
_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that a mediation conference in the above-styled action has been scheduled for **August 20, 2009** at **9:00 a.m.** at the following location:

Mediator: PETER J. GRILLI, ESQUIRE
3001 W. Azeele Street
Tampa, Florida 33609
813-314-1002 (Telephone)
813-874-1131 (Facsimile)

The parties have agreed that the date and time of this mediation may be amended if necessary.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished **electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing** to William J. Sauers, Esquire, Crowell and Moring, LLP, 1001 Pennsylvania Avenue N.W., Washington, D.C. 20004, William C. Guerrant, Jr., Esquire, Hill Ward and Henderson, 101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33601, and Randall J. Love, Esquire, Randall J. Love & Associates, 5647 Gulf Drive, New Port Richey, FL 34652 this 6th day of May, 2009.

_____
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074
jg@macfar.com
BRIAN J. AUNGST, JR., ESQ.
Florida Bar No.: 0055347

bja@macfar.com
MACFARLANE FERGUSON & MCMULLEN
625 Court Street, Suite 200
Post Office Box 1669 (33757)
Clearwater, FL 33756
(727) 441-8966 - Telephone
(727) 442-8470 - Facsimile
Attorneys for Klein & Heuchan, Inc.