UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

      Plaintiff(s),

v.                          CASE NO. 8:08-CV-1227-T-30EAJ

COSTAR REALTY INFORMATION, INC.,
et al.,

      Defendant(s).
_____/

### ORDER APPOINTING MEDIATOR
### AND SCHEDULING MEDIATION

Pursuant to the Court's Order of April 6, 2009, referring this case to mediation and directing the parties to select a Mediator, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that:

The following individual is hereby **appointed** by the Court to serve as Mediator in this action:

    **Name of Mediator**: PETER J. GRILLI, ESQ.
    **Address**: 3001 West Azeele Street
                Tampa, FL 33609
    **Telephone Number**: 813-874-1002    Fax: 813-874-1131
    **E-Mail:** meditr@aol.com

    **Date/Time of Mediation:** **AUGUST 20, 2009, AT 9:00 A.M.**

    **Place of Mediation:** Office of the Mediator

Counsel are **reminded** of their obligations to comply with the provisions in ¶¶ 4(a) an (b) of the Order of Referral. The mediator is authorized to continue or reschedule the mediation.

The Mediator's attention is drawn to the importance that within **five (5) days** following the mediation conference, the Mediator's Report as to the outcome of mediation be timely filed.

**DONE** and **ORDERED** in Tampa, Florida on May 7, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mediator
Counsel/Parties of Record

F:\Docs\2008\08-cv-1227.appt med.wpd