IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KLEIN & HEUCHAN, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,<br><br>*Defendants-Counterclaim Plaintiffs,*<br><br>v.<br><br>SCOTT BELL and KLEIN & HEUCHAN, INC.,<br><br>*Counterclaim-Defendants.* | Civil Action No. 8:08-cv-01227-JSM-EAJ |

## NOTICE OF PENDENCY OF RELATED ACTION

Defendants/Counterclaim Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") hereby give notice of the pendency of a related action, Case No. 8:09-cv-565-VMC-TGW (*CoStar Realty Information, Inc., et al. v. Klein & Heuchan, Inc., et al.*). The U.S. District Court for the District of Maryland transferred Case No. 8:09-cv-565 to this Court on the defendants' motion to transfer venue. (Case No. 8:09-cv-565, D.E. 21, 22.)

The parties in both cases are the same. CoStar is the defendant and counterclaim plaintiff in Case No. 8:08-cv-1227, and is also the plaintiff in Case No. 8:09-cv-565. Klein & Heuchan, Inc. ("K&H") is the plaintiff and a counterclaim defendant in Case No. 8:08-cv-1227 and a defendant in 8:09-cv-565. Scott Bell is a counterclaim defendant in Case No. 8:08-cv-1227 and a defendant in Case No. 8:09-cv-565.

1

Case No. 8:08-cv-1227 is a declaratory judgment action. Both cases arise out of CoStar's claims for copyright infringement, a violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), and breach of contract. Case No. 8:08-cv-1227, D.E. 1 (Complaint) and D.E. 23 (Answer and Counterclaim); Case No. 8:09-cv-565, D.E. 1 (Complaint).)

Dated:  May 28, 2009

Respectfully submitted,

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Sanya Sarich (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-8844
wsauers@crowell.com
ssarich@crowell.com

- and -

William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone:  (813) 221-3900
Facsimile:  (813) 221-2900

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

> J. Paul Raymond
> Jeff Gibson
> Brian J. Aungst
> MacFarlane Ferguson & McMullen
> P. O. Box 1669
> Clearwater, FL  33757
> jpr@clw.macfar.com
> jg@macfar.com
> bja@macfar.com
>
> *Counsel for Plaintiff-Counterclaim Defendant K&H*
>
> Nicholas Louis Ottaviano
> Florin Roebig, PA
> 777 Alderman Rd
> Palm Harbor , FL 34683
> (727) 786-5000
> Fax: (727) 772-9833
> Email: nlogator@verizon.net
>
> *Attorney for Defendant Scott Bell*

**I FURTHER CERTIFY** that that on May 28, 2009, I sent a true and correct copy of the foregoing by electronic mail and first class mail to:

> Randall J. Love
> Randall J. Love & Associates, P.A.
> 5647 Gulf Drive
> New Port Richey , FL 34652-4019
> (727) 847-0800
> Fax: (727) 842-361
> mmjlove@aol.com
>
> *Attorney for Defendant Scott Bell*

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*