IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KLEIN & HEUCHAN, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br><br> *Defendants-Counterclaim Plaintiffs,* <br><br> v. <br><br> SCOTT BELL and KLEIN & HEUCHAN, INC., <br><br> *Counterclaim-Defendants.* | Civil Action No. 8:08-cv-01227-JSM-EAJ |

## JOINT MOTION TO EXTEND DISCOVERY

Defendants/Counterclaim Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") and Counterclaim-Defendant Scott Bell hereby move to extend the discovery period by a period of 60 days, to July 27, 2009, so as to allow the parties to complete discovery in this case.[1]  Mr. Bell was added to this case subsequent to the initial filing of this matter, and was not required to file an answer until April 13, 2009.  Accordingly, discovery has just begun with respect to Mr. Bell, and he requires additional time to obtain discovery.  In addition, the other parties need to obtain discovery from Mr. Bell.  Further, both CoStar and

---

[1] CoStar notes that it has filed a notice regarding related proceeding Case No. 8:09-cv-565-VMC-TGW (*CoStar Realty Information, Inc., et al. v. Klein & Heuchan, Inc., et al.*) contemporaneously herewith.

1

K&H are engaged in ongoing meet and confer discussions regarding pending discovery requests and responses to the same. CoStar must still take the deposition of K&H, and K&H has not yet taken the deposition of CoStar. The requested extension will not change the date for dispositive motions or trial, and given the procedural status of the proceeding, no party will be prejudiced by this short extension that will allow the parties to complete discovery.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CoStar certifies that it has conferred with counsel for Mr. Bell regarding the issues raised by this motion, and that counsel for Mr. Bell agreed to the filing of this motion. Counsel for CoStar further certifies that it has conferred with counsel for K&H regarding the issues raised by this motion, but that counsel for CoStar and K&H could not come to an agreement.

Dated: May 28, 2009

Respectfully submitted,

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Sanya Sarich (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com
ssarich@crowell.com

- and -

William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

J. Paul Raymond
Jeff Gibson
Brian J. Aungst
MacFarlane Ferguson & McMullen
P. O. Box 1669
Clearwater, FL 33757
jpr@clw.macfar.com
jg@macfar.com
bja@macfar.com

*Counsel for Plaintiff-Counterclaim Defendant K&H*

Nicholas Louis Ottaviano
Florin Roebig, PA
777 Alderman Rd
Palm Harbor , FL 34683
(727) 786-5000
Fax: (727) 772-9833
Email: nlogator@verizon.net

*Attorney for Defendant Scott Bell*


**I FURTHER CERTIFY** that that on May 28, 2009, I sent a true and correct copy of the foregoing by electronic mail to:

Randall J. Love
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey , FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
mmjlove@aol.com

*Attorney for Defendant Scott Bell*

s/William J. Sauers  
William J. Sauers (admitted *pro hac vice*)  
Crowell & Moring LLP  
1001 Pennsylvania Ave.  
Washington, DC  20004  
Telephone:  (202) 624-2500  
Facsimile: (202) 628-8844  
wsauers@crowell.com  

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*