UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

 Plaintiff,

v. Civil No.: 8:08-cv-01227-JSM-EAJ

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.

 Defendants/Counter-Plaintiffs,

v.

SCOTT BELL and KLEIN & HEUCHAN,
INC.,

 Counter-Defendants.

_____/

**RESPONSE IN OPPOSITION TO**
**JOINT MOTION TO EXTEND DISCOVERY**

 Plaintiff/Counter-Defendant KLEIN & HEUCHAN, INC. (hereinafter K&H), pursuant to Local Rule 3.01(b), Local Rules for the Middle District of Florida, hereby files this brief Response in Opposition to the *Joint Motion to Extend Discovery* [Docket Entry 48] filed by Defendant/Counter-Plaintiffs COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC. (hereinafter collectively, "COSTAR"). K&H respectfully requests that COSTAR's Motion be denied. Alternatively, K&H requests that said motion be granted for the

sole purpose of allowing Counter Defendant SCOTT BELL conduct limited discovery necessary for his defense.

This Court is well aware of the arduous procedural history of this case pending now for nearly one (1) year and spanning multiple federal jurisdictions. *See* Docket Entries 10, 12, 16, & 22. Despite a *Case Management and Scheduling Order* having been in place since November 6, 2008, COSTAR now moves for an eleventh hour extension of time "so as to allow the parties to complete discovery in this case."[1] [Docket Entry 48, at p.1]. COSTAR's attempt to obtain an additional two (2) months of discovery time to complete the discovery it could have, but chose not to complete before now, should be denied. Moreover, because COSTAR's Motion fails to set out any good cause for the requested extension, it should be denied.

Alternatively, because K&H recognizes that SCOTT BELL has not been a party to this action – as has COSTAR – since it was initially Removed to this Court on June 25, 2008, K&H requests this Court grant COSTAR's Motion for the sole purpose of allowing SCOTT BELL to conduct limited discovery necessary for his defense of COSTAR's claims.

WHEREFORE Plaintiff/Counterclaim-Defendant KLEIN & HEUCHAN, INC. respectfully requests that COSTAR REALTY INFORMATION, INC., and

---

[1] K&H does not wish to conduct any further discovery from any party and strenuously objects to COSTAR's attempt to acquire more discovery time for itself.

COSTAR GROUP, INC,'s *Joint Motion to Extend Discovery* be denied. Alternatively, KLEIN & HEUCHAN, INC. requests that said motion be granted for the sole purpose of allowing Counter Defendant SCOTT BELL to conduct limited discovery necessary for his defense.

Respectfully submitted this 28th day of May, 2009.

/s/ Jeffrey W. Gibson          .
J. PAUL RAYMOND, ESQ.
Florida Bar No. 0169268
jpr@macfar.com
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074
jg@macfar.com
BRIAN J. AUNGST, JR., ESQ
Florida Bar No. 0055347
bja@macfar.com
MACFARLANE FERGUSON & MCMULLEN
Clearwater, FL 33757
(727) 441-8966 – Phone
(727) 442-8470 – Facsimile
Attorneys for Plaintiff/
Counterclaim-Defendant
Klein & Heuchan, Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2009, a copy of the foregoing *Response In Opposition To Joint Motion to Extend Discovery* has been furnished electronically with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to: **William Cooper Guerrant, Jr., Esq.** and **William Fargo Sansone, Esq.**, of Hill Ward Henderson, P.A. and **William J. Sauers, Esq.**, and **Sanya Sarich, Esq.** of Crowell & Moring LLP *counsel for Defendants/Counter Plaintiffs* as well as **Nicholas Louis Ottaviano, Esq.** of Florin Roebig, PA, *counsel for Counter Defendant Scott Bell*.

I HEREBY FURTHER CERTIFY that on this 28th day of May, 2009, a copy of the foregoing *Response In Opposition To Joint Motion to Extend Discovery* has been furnished by electronic mail to **Randall J. Love, Esq.,** of Randall J. Love & Associates, P.A., *counsel for Counter Defendant Scott Bell* (via mmjlove@aol.com)

/s/ Jeffrey W. Gibson              .
JEFFREY W. GIBSON, ESQ.