# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    *Plaintiff*,

v.

COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,

    *Defendants-Counterclaim Plaintiffs,*

v.

SCOTT BELL and KLEIN & HEUCHAN, INC.,

    *Counterclaim-Defendants.*

Civil Action No. 8:08-cv-01227-JSM-EAJ

## JOINT MOTION FOR LEAVE TO FILE A
## REPLY IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY

Defendants/Counterclaim Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") and Counterclaim-Defendant Scott Bell ("Bell") hereby move pursuant to Local Rule 3.01(c) to file a reply of no more than three pages to Plaintiff/Counterclaim-Defendant Klein & Heuchan, Inc.'s ("K&H") opposition [D.E. 49] to CoStar and Bell's Joint Motion to Extend Discovery [D.E. 48].

A reply is necessary to briefly address the following issues:

- **CoStar and Mr. Bell established a good cause basis for their motion.** Mr. Bell was not added to this case until April 13, 2009, when he answered the counterclaim. This case has substantively changed with the entry of a new party, and all parties would potentially be prejudiced if discovery were not extended.

- **K&H will not be prejudiced.**  K&H will not be prejudiced by a 60-day extension of discovery.  Indeed, K&H does not even argue that an extension would be prejudicial, and instead, volunteers to allow Mr. Bell alone to proceed with discovery.  But because the relationship between K&H and Mr. Bell is central to the parties' dispute, K&H's proposal to allow discovery to proceed in a selective manner would severely prejudice both Mr. Bell and CoStar.  This course would effectively allow K&H to avoid answering to Mr. Bell's testimony and his other discovery, and thereby prevent CoStar and Mr. Bell from developing the record regarding Mr. Bell and K&H's relationship.

- **No other deadlines would be affected by an extension.**  K&H's assertion that this case has been proceeding since last year does not have any bearing on the requested relief.  A short 60-day extension until July 27, 2009 would maintain a discovery deadline that is well *before* the mediation date (August 20, 2009), the dispositive motion deadline (September 1, 2009), and the trial date (January 10, 2010).  [D.E. 18, 46.]  Moreover, this is the first request for an extension.  Thus, no party will be prejudiced – an extension would merely allow this case to proceed to a just resolution on the merits.

- **The existence of a related case warrants an extension.**  There is a related case (Case No. 8:09-cv-565) that was recently transferred to the U.S. District Court for the Middle District of Florida [*see* D.E. 47].  It may be appropriate to consolidate the two cases and to adjust the discovery deadline in this case accordingly.

CoStar and Mr. Bell respectfully request leave to file a reply of no more than three pages so that they may fully develop these issues and have an opportunity to respond to K&H's assertions.

Dated:  May 29, 2009

Respectfully submitted,

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Sanya Sarich (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-8844
wsauers@crowell.com
ssarich@crowell.com

- and -

William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc*.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

> J. Paul Raymond
> Jeff Gibson
> Brian J. Aungst
> MacFarlane Ferguson & McMullen
> P. O. Box 1669
> Clearwater, FL 33757
> jpr@clw.macfar.com
> jg@macfar.com
> bja@macfar.com
>
> *Counsel for Plaintiff-Counterclaim Defendant K&H*
>
> Nicholas Louis Ottaviano
> Florin Roebig, PA
> 777 Alderman Rd
> Palm Harbor , FL 34683
> (727) 786-5000
> Fax: (727) 772-9833
> Email: nlogator@verizon.net
>
> *Attorney for Defendant Scott Bell*

I FURTHER CERTIFY that that on May 29, 2009, I sent a true and correct copy of the foregoing by electronic and first class mail to:

> Randall J. Love
> Randall J. Love & Associates, P.A.
> 5647 Gulf Drive
> New Port Richey , FL 34652-4019
> (727) 847-0800
> Fax: (727) 842-361
> rj_1958@yahoo.com
>
> *Attorney for Defendant Scott Bell*

                s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*