**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| KLEIN & HEUCHAN, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,<br><br>*Defendants-Counterclaim Plaintiffs,*<br><br>v.<br><br>SCOTT BELL and KLEIN & HEUCHAN, INC.,<br><br>*Counterclaim-Defendants.* | Civil Action No. 8:08-cv-01227-JSM-EAJ |

**LOCAL RULE 3.01(g) CERTIFICATION**
**RE JOINT MOTION TO EXTEND DISCOVERY**

Counsel for Defendants/Counterclaim Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") hereby submit this Local Rule 3.01(g) certification regarding the Joint Motion to Extend Discovery (Dkt # 50). Counsel for CoStar states that it has conferred with counsel for Plaintiff/Counterclaim-defendant Klein & Heuchan, Inc., ("K&H") who advised that K&H objects to the filing of a reply brief.

Dated: June 1, 2009

Respectfully submitted,

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com
skerksiek@crowell.com

- and -

William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc*.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

J. Paul Raymond
Jeff Gibson
Brian J. Aungst
MacFarlane Ferguson & McMullen
P. O. Box 1669
Clearwater, FL  33757
jpr@clw.macfar.com
jg@macfar.com
bja@macfar.com

*Counsel for Plaintiff-Counterclaim Defendant K&H*

Nicholas Louis Ottaviano
Florin Roebig, PA
777 Alderman Rd
Palm Harbor , FL 34683
(727) 786-5000
Fax: (727) 772-9833
Email: nlogator@verizon.net

*Attorney for Defendant Scott Bell*

**I FURTHER CERTIFY** that that on June 1, 2009, I sent a true and correct copy of the foregoing by electronic and first class mail to:

Randall J. Love
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey , FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
rj_1958@yahoo.com

*Attorney for Defendant Scott Bell*

        s/William J. Sauers
        William J. Sauers (admitted *pro hac vice*)
        Crowell & Moring LLP
        1001 Pennsylvania Ave.
        Washington, DC  20004
        Telephone:  (202) 624-2500
        Facsimile: (202) 628-8844
        wsauers@crowell.com

        *Counsel for Defendants-Counterclaim Plaintiffs*
        *CoStar Realty Information, Inc. and CoStar Group,*
        *Inc.*