# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**COSTAR REALTY INFORMATION,
INC. et al,**

    **Plaintiffs,**

**v.**                                             **CASE NO: 8:09-cv-565-T-30TGW**

**KLEIN & HEUCHAN, INC. et al,**

    **Defendants.**
_____/

**KLEIN & HEUCHAN,**

    **Plaintiff,**

**v.**                                             **CASE NO: 8:08-cv-1227-T-30EAJ**

**COSTAR REALTY INFORMATION,
INC. et al,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The parties have both agreed to consolidation of the above-captioned cases. It is, therefore, ORDERED that the above-captioned causes are CONSOLIDATED for all further proceedings. The parties shall file all subsequent papers in lead case #8:08-cv-1227-T-30EAJ. The Clerk is directed to ADMINISTRATIVELY CLOSE case #8:09-cv-565-T-30TGW.

**DONE** and **ORDERED** in Tampa, Florida on June 25, 2009.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2008\08-cv-1227.consolidate cases.frm