# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KLEIN & HEUCHAN, INC.,**

    **Plaintiff,**

v.                                                      Case No.: 8:08-CV-1227-T-30EAJ

**COSTAR REALTY INFORMATION, INC.
and COSTAR GROUP, INC.,**

    **Defendants.**

_____/

## **ORDER**

Before the court is Paul M. Finamore, Esq.'s **Unopposed Motion to Withdraw** (Dkt. 55). Mr. Finamore seeks to withdraw his representation of Plaintiff in this matter. Mr. Finamore has informed his client and opposing counsel of his intent to withdraw, pursuant to Local Rules 2.03(b) and 3.01(g), M.D. Fla., and they have no objection (Dkt. 55 at 3). Paul Raymond, Esq., Jeff Gibson, Esq., and Brian Aungst, Esq., of the law firm Macfarlane, Ferguson, & McMullen, P.A., will continue to represent Plaintiff.

Accordingly and upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)     Paul Finamore's **Unopposed Motion to Withdraw** (Dkt. 55) is **GRANTED**; and

(2)     Mr. Finamore is relieved of any further responsibility to represent Plaintiff in this case.

**DONE AND ORDERED** in Tampa, Florida this 2nd day of July, 2009.

_____
ELIZABETH A JENKINS
United States Magistrate Judge