| | |
|---|---|
| **COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.** | * |
| | * |
| Plaintiffs, | * |
| | * Civil Action No.: 8:08-cv-01227-JSM-EAJ |
| v. | * |
| | * |
| **SCOTT BELL and KLEIN & HEUCHAN, INC.** | * |
| | * |
| Defendants | |

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF COUNSEL FOR DEFENDANT SCOTT BELL

Pursuant to Local Rule 2.03(b), James B. Astrachan, Julie R. Rubin and the firm Astrachan Gunst Thomas, P.C. ("AGT"), hereby respectfully request, jointly and severally, that their appearance as counsel for Defendant Scott Bell be withdrawn in connection with the above-captioned case, and in support thereof, state as follows:

1. On or about July 15, 2008, Defendant Bell, a Florida resident, engaged AGT, a Maryland law firm, to represent him solely with respect to a matter pending in the U.S. District Court for the District of Maryland, captioned: *CoStar Realty Information, Inc., et al. v. Klein & Heuchan, Inc., et al.*, Case No.: 8:09-cv-01575 (the "Maryland Case"). Attached as **Exhibit A** is the engagement agreement between AGT and Defendant Bell, which reflects that AGT's representation of Defendant Bell was limited to the Maryland Case.

2. As Defendant Bell is located in Florida and a related case is pending in this Court, Defendant Bell engaged AGT to perform services related to transferring the Maryland Case to

Dockets.Justia.com

was pending as *CoStar Realty Information, Inc., et al. v. Klein & Heuchan, Inc., et al.*, Case No.: 8:09-cv-565-T-33TGW.

3. When the Maryland Case was transferred to this Court, AGT's appearances were transferred with it.

4. Mr. Astrachan and Ms. Rubin are not admitted to practice law in this Court, nor are any other AGT attorneys.

5. Recent Court filings identify Nicholas Louis Ottaviano, Esquire as Florida counsel for Defendant Bell.

6. Pursuant to Local Rule 2.03(b), on June 9, 2009, the undersigned sent a letter to Defendant Bell informing him that, pursuant to the engagement agreement between the parties, AGT's representation of him terminated when the Maryland Case was transferred to this Court. The June 9, 2009 letter is attached hereto as **Exhibit B**.

7. On June 25, 2009, the undersigned filed a Motion for Leave to Withdraw Appearance of Counsel for Defendant Scott Bell in Case No.: 8:09-cv-565-T-33TGW (the "Original Motion"), as that was the only case pending in this Court in which Mr. Astrachan and Ms. Rubin were listed as counsel for Defendant Scott Bell.

8. On June 29, 2009, the undersigned received an Order of this Court consolidating Case No.: 8:09-cv-565-T-33TGW with the instant case. Upon investigation, the undersigned learned that the Original Motion was filed on the same day on which the Order consolidating these matters was filed and served.

9. On or about June 29, 2009, Ms. Julia A. Carolan of AGT called the Clerk of Court to inquire as to whether a new motion was required in view of the consolidation. The Clerk of

Court informed Ms. Carolan that the Original Motion was still open and pending and the ruling upon it would apply to the instant case.

9. On July 14, 2009, Ms. Shannon Lancaster of AGT received a telephone call from the Clerk of Court during which the Clerk advised Ms. Lancaster that the Original Motion was never ruled upon, and instead was deleted and is no longer pending.

10. Upon instruction of the Clerk of Court, the undersigned files this Motion, which is substantively identical to the Original Motion, save Paragraphs 7-10.

WHEREFORE, James B. Astrachan, Julie R. Rubin and the firm Astrachan Gunst Thomas, P.C., hereby respectfully request, jointly and severally, that their appearance as counsel for Defendant Scott Bell be withdrawn in connection with the above-captioned case.

Respectfully submitted,

Dated: July 15, 2009

James B. Astrachan
Julie R. Rubin
Astrachan Gunst Thomas, P.C.
217 E. Redwood Street, Suite 2100
Baltimore, Maryland 21202

410.783.3550 telephone
410.783.3530 facsimile

jastrachan@agtlawyers.com
jrubin@agtlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2009 I served the foregoing Motion for Leave to Withdraw Appearance of Counsel for Scott Bell by first class mail, postage prepaid upon:

William J. Sauers, Esq.
Sanya Sarich Kerksiek, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

William C. Guerrant, Jr., Esq.
William F. Sansone, Esq.
Hill, Ward & Henderson, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601

*Attorneys for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

Paul McDermott Finamore, Esq.
Niles Barton and Wilmer LLP
111 S. Calvert Street Suite 1400
Baltimore, Maryland 21202

J. Paul Raymond, Esq.
Jeff Gibson, Esq.
Brian J. Aungst, Esq.
MacFarlane Ferguson & McMullen
P.O. Box 1669
Clearwater, Florida 33757

*Attorneys for Plaintiff-Counterclaim Defendant Klein & Heuchan, Inc.*

Nicholas Louis Ottaviano, Esq.
Florin Roebig, P.A.
777 Alderman Road
Palm Harbor, Florida 34683

Randall J. Love, Esq.
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, Florida 34652-4019

*Attorneys for Defendant Scott Bell*

Mr. Christopher S. Bell
2725 Big Pine Drive
Holliday, Florida 34691

*Defendant*

_/s/ Julie R. Rubin_
Julie R. Rubin

# astrachan gunst thomas

a professional corporation
attorneys at law

Writer's Direct Contact
410.783.3520
jastrachan@agtlawyers.com

Reply to Baltimore Office

Admitted in Maryland,
District of Columbia &
Pennsylvania

217 east redwood street
21st floor
baltimore, maryland 21202
410.783.3550
410.783.3530 fax

1455 pennsylvania avenue
suite 400
washington, dc 20004
202.625.4355
202.625.4363 fax

www.agtlawyers.com

July 15, 2008

Mr. Christopher S. Bell
2725 Big Pine Drive
Holliday, FL 34691

Re: **Astrachan Gunst & Thomas P.C. Representation**

Dear Mr. Bell:

As a matter of policy, and in compliance with the requirements of our insurance carrier, this firm requires that each attorney-client relationship be set forth in writing. This letter will confirm your agreement to retain our firm to represent you with respect to *CoSTAR Realty Information, Inc., et al. v. Klein & Heuchan, Inc., et al* as filed in Maryland.

I will be the attorney responsible for the work which Astrachan Gunst & Thomas, P.C. performs. My time will be charged at the rate of $415 per hour, however, I would plan to use less expensive, but experienced litigators and paralegals at our firm to minimize costs. This time will be charged at a rate between $90 per hour and $400 per hour. Our billing rates may increase effective January 1 of each year.

Legal services will be billed on an hourly basis and the firm will bill on a monthly basis for legal services rendered and costs incurred against the retainer. Costs, such as photocopying, computerized legal research, filing fees, travel, long distance telephone calls, delivery charges and telecopy charges will be separately itemized and reflected on the billing. I am asking for an initial retainer of $5,000 to offset hours incurred to explore and hopefully, consummate a settlement. If this is not possible, we will file a motion to dismiss on the basis of lack of jurisdiction, and/or consolidation with the declaratory judgment action filed in Tampa by Klein & Heuchan, Inc. You will then increase the retainer to a sum of $10,000. You will charge these retainers, as due, on a credit card. The retainer, if we need to file a motion, will not be reduced below $10,000 and it will be your responsibility to maintain it at this level. If it is not, we reserve the right to discontinue services. Any portion of the retainer not used will be

Author, The Law of Advertising
*LexisNexis*



EXHIBIT A

returned. Our billing rates may increase effective January 1 of each year to reflect increases in our costs.

Astrachan Gunst & Thomas, P.C., like other firms, represents a large number of clients in a variety of matters. It is important that you know that the firm may now or in the future represent others, in matters not substantially related to our work for you, who may have interests in those unrelated matters which may be adverse to or differing from your interest. Obviously, if any such conflict may arise in the future, either as a result of an existing client relationship or as a result of a new client engagement, I will consult with you further once we become aware of such a conflict.

I look forward to working with you.

Please sign and return one copy of this letter. Please keep a copy for your records.

Very truly yours,

/a/
James B. Astrachan

AGREED TO THIS _____ DAY OF _____, 2008:


_____
Christopher S. Bell

99001.004/74169

returned. Our billing rates may increase effective January 1 of each year to reflect increases in our costs.

Astrachan Gunst & Thomas, P.C., like other firms, represents a variety of clients in a variety of matters. It is important that you know that the firm may in the future represent others, in matters not substantially related to our work for you, may have interests in those unrelated matters which may be adverse to or different from your interest. Obviously, if any such conflict may arise in the future, either as a result of existing client relationship or as a result of a new client engagement, I will consult with you further once we become aware of such a conflict.

I look forward to working with you.

Please sign and return one copy of this letter. Please keep a copy for your records.

Very truly yours,

/s/
James B. Astrachan

AGREED TO THIS 17 DAY OF July, 2008:

Christopher S. Bell

99001.004/74169

Author, The Law of Advertising
LexisNexis

# astrachan  thomas
a professional corporation
attorneys at law

217 east redwood street
21st floor
baltimore, maryland 21202

1455 pennsylvania ave. nw
suite 100
washington, dc 20004

p. 410.783.3550
f. 410.783.3530
www.agtlawyers.com

Writer's Direct Contact:
410.783.3521
jcarolan@agtlawyers.com

ADMITTED IN MARYLAND,
DISTRICT OF COLUMBIA &
PENNSYLVANIA

Reply to Baltimore Office

June 8, 2009

**VIA EMAIL (sctbell@yahoo.com)**
**AND FEDERAL EXPRESS**

Mr. Christopher S. Bell
2725 Big Pine Drive
Holliday, Florida 34691

    Re:    *CoStar Realty Information, Inc., et al. v. Klein & Heuchan, Inc., et al.*
            Case No.: 8:09-cv-00565-VMC-TGW.

Dear Mr. Bell:

    Pursuant to Rule 2.03 of the Local Rules for the U.S. District Court for the Middle District of Florida, 10 days after the date of this letter, this office will file a Motion for Leave to Withdraw its appearance, including mine and Ms. Rubin's, as your counsel in the above-referenced matter. As you recall, you engaged our firm to represent you solely with respect to the matter pending against you in the U.S. District Court for the District of Maryland, *CoStar Realty Information, Inc., et al. v. Klein & Heuchan, Inc., et al.*, Case No.: 8:08-cv-01575-AW. Accordingly, when that matter was transferred to the U.S. District Court in Florida on March 26, 2009, pursuant to our engagement agreement, our representation of you terminated.

    Despite no formal entry of our appearance in the Florida matter, the U.S. District Court in Florida has retained our appearance from the Maryland matter. Thus, pursuant to Local Rule 2.03, this will serve as notice to you and opposing counsel that we will be filing a Motion for Leave to Withdraw from the above-referenced case.

                            Very truly yours,

                            James B. Astrachan

EXHIBIT B

Author: *The Law of Advertising*

LexisNexis

cc:   Julie R. Rubin, Esquire
      Shari Ross Lahlou, Esquire
      William J. Sauers, Esquire
      Jeffrey W. Gibson, Esquire
      Paul McDermott Finamore, Esquire
      Brian J. Aungst, Esquire
      J. Paul Raymond, Esquire
      Jeffrey W. Gibson, Esquire
      Sanya Sarich Kerksiek, Esquire
      William Cooper Guerrant, Jr., Esquire
      William Fargo Sansone, Esquire
      Nicholas Louis Ottaviano, Esquire
      Peter John Grilli, Esquire
      99001.009/78846

From: Origin ID: ODMA (410) 783-3531
Luwana Stanley
Astrachan Gunst Thomas, PC
217 E. Redwood Street
Suite 2100
Baltimore, MD 21202



Ship Date: 08JUN09
ActWgt 1.0 LB
CAD: 9216964/INET9011
Account#: S *********

Delivery Address Bar Code

Ref # 99001.009 Scott Bell
Invoice #
PO #
Dept #

SHIP TO: (410) 783-3550    BILL SENDER
Christopher S. Bell

2725 BIG PINE DR

HOLIDAY, FL 34691

TRK# 7976 6293 7844
0201

TUE - 09JUN    A2
STANDARD OVERNIGHT
RES

34691
FL-US
TPA



XH CLWA

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Luwana Stanley

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, June 09, 2009 2:28 PM
**To:** Luwana Stanley
**Subject:** FedEx Shipment 797662937844 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Astrachan Gunst Thomas, PC |
| Name: | Luwana Stanley |
| E-mail: | lstanley@agtlawyers.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 99001.009 Scott Bell |
| Ship (P/U) date: | Jun 8, 2009 |
| Delivery date: | Jun 9, 2009 2:23 PM |
| Sign for by: | Signature release on file |
| Delivered to: | Residence |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Residential Delivery |
| | Deliver Weekday |
| Tracking number: | 797662937844 |

| Shipper Information | Recipient Information |
|---|---|
| Luwana Stanley | Christopher S. Bell |
| Astrachan Gunst Thomas, PC | 2725 BIG PINE DR |
| 217 E. Redwood Street; Suite 2100 | HOLIDAY |
| Baltimore | FL |
| MD | US |
| US | 34691 |
| 21202 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:27 PM CDT on 06/09/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

6/10/2009

Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/10/2009