IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHEN, INC.,

    Plaintiff,

v.                                       Case No.: 8:08-cv-01227-JSM-MSS

COSTAR REALTY INFORMATION, INC.
and COSTAR GROUP, INC.

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Randall J. Love of the firm of Randall J. Love and Associates and files this notice of appearance on behalf of defendant Scott Bell and requests that all pleadings and papers be served on the undersigned counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served true and correct copies by regular U.S. Mail, postage pre-paid, on William Cooper Guerrant, Jr. Esq. and William Fargo Sansome, Esq. of Hill, Ward & Henderson, P.A., Suite 3700-Bank of America Building, 101 East Kennedy Boulevard, P.O. Box 2231, Tampa, FL 33601; and J. Paul Raymond, Esq. and Jeffrey W. Gibson, Esq. of MacFarland Ferguson & McMullen, P.O. Box 1669, Clearwater, FL 33757.

/s/ Randall J. Love
Randall J. Love
Fla. Bar No. 0000380
Randall J. Love and Associates
5647 Gulf Drive
New Port Richey, FL 34652
mmjlove@aol.com
Telephone: (727) 847-0800
Facsimile: (727) 842-3610
attorney for Scott Bell

Dockets.Justia.