IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    *Plaintiff*,

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

    *Defendants-Counterclaim*
    *Plaintiffs*,

v.

SCOTT BELL and KLEIN & HEUCHAN,
INC.,

    *Counterclaim-Defendants*.

Civil Action No. 8:08-cv-01227-JSM-EAJ

## AMENDED NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the parties have conferred with one another and with the mediator, Mr. Peter J. Grilli, Esq., and that the parties and the mediator have agreed to reschedule the mediation in this action for September 2, 2009 at 1:30 p.m. The location of the mediation remains the same as before:

    Mediator:    Peter J. Grilli, Esq.
                     3001 W. Azeele Street
                     Tampa, Florida 33609
                     Tel.: 813-314-1002
                     Fax: 813-874-1131

Dated: July 22, 2009	Respectfully submitted,

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com
skerksiek@crowell.com

- and -

William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

J. Paul Raymond
Jeff Gibson
Brian J. Augnst
MacFarlane Ferguson & McMullen
P. O. Box 1669
Clearwater, FL 33757
(727) 441-8966
Fax: (727) 442-8470
jpr@clw.macfar.com
jg@macfar.com
bja@macfar.com

*Counsel for Plaintiff-Counterclaim Defendant K&H*

Randall J. Love
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
rj_1958@yahoo.com

Nicholas Louis Ottaviano
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
NLO@florinroebig.com

James B. Astrachan
Julie Rebecca Rubin
Astrachan Gunst & Thomas, PC
217 E. Redwood St., 21st Floor
Baltimore, MD 21202
(410) 783-3550
Fax: (410) 783-3530
jastrachan@agtlawyers.com
jrubin@agtlawyers.com

*Counsel for Counterclaim-defendant Scott Bell*

s/William J. Sauers  
William J. Sauers (admitted *pro hac vice*)  
Crowell & Moring LLP  
1001 Pennsylvania Ave.  
Washington, DC 20004  
Telephone: (202) 624-2500  
Facsimile: (202) 628-8844  
wsauers@crowell.com  

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*