IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KLEIN & HEUCHAN, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,<br><br>*Defendants-Counterclaim Plaintiffs*,<br><br>v.<br><br>SCOTT BELL and KLEIN & HEUCHAN, INC.,<br><br>*Counterclaim-Defendants.* | Civil Action No. 8:08-cv-01227-JSM-EAJ |

**AGREED MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTIONS DEADLINE**

Defendants/Counterclaim Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar"), Plaintiff/Counterclaim-Defendant Klein & Heuchan, Inc. ("K&H"), and Counterclaim-Defendant Scott Bell ("Bell") hereby move the Court to extend the discovery period by a period of 31 days, to August 27, 2009, and to extend the dispositive motion deadline by a period of 13 days, to September 14, 2009. These modest extensions will not require the continuance of any pretrial conference, hearing, or trial. The extensions are warranted in order to allow for the depositions of Bell, K&H, and Mark Klein. All three of these depositions were noticed on June 26, 2009, and were to take place on July 23 and 24, 2009. However, the parties and their counsel have been unable to resolve scheduling conflicts on those days, and have

agreed that Scott Bell's deposition will take place on August 20, 2009 and K&H's and Mr. Klein's depositions will take place on August 27, 2009. The parties have therefore agreed that discovery should remain open to accommodate the taking of these depositions.

Moreover, because the dispositive motion deadline set by the Case Management and Scheduling Order (Dkt 18) is less than a week after the August 27 depositions, the parties have further stipulated to a 13-day extension of this deadline to September 14, 2009. A 13-day extension is appropriate to allow for counsel to adequately prepare any dispositive motions and briefing.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for CoStar certifies that it has conferred with counsel for Mr. Bell and K&H regarding the issues raised by this motion, and that counsel for Mr. Bell and K&H agreed to the filing of this motion.

Dated: July 22, 2009

Respectfully submitted,

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com
skerksiek@crowell.com

- and -

William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

J. Paul Raymond
Jeff Gibson
Brian J. Augnst
MacFarlane Ferguson & McMullen
P. O. Box 1669
Clearwater, FL 33757
(727) 441-8966
Fax: (727) 442-8470
jpr@clw.macfar.com
jg@macfar.com
bja@macfar.com

*Counsel for Plaintiff-Counterclaim Defendant K&H*

Randall J. Love
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
rj_1958@yahoo.com

Nicholas Louis Ottaviano
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
NLO@florinroebig.com

James B. Astrachan
Julie Rebecca Rubin
Astrachan Gunst & Thomas, PC
217 E. Redwood St., 21st Floor
Baltimore, MD 21202
(410) 783-3550
Fax: (410) 783-3530
jastrachan@agtlawyers.com
jrubin@agtlawyers.com

*Counsel for Counterclaim-defendant Scott Bell*

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*