IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

*Plaintiff*,

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

*Defendants-Counterclaim
 Plaintiffs*,

v.

SCOTT BELL and KLEIN & HEUCHAN,
INC.,

*Counterclaim-Defendants.*

Civil Action No. 8:08-cv-01227-JSM-EAJ

## AMENDED CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2009, I electronically filed the Amended Notice of Mediation (Dkt 60) and the Agreed Motion to Extend Discovery and Dispositive Motions Deadline (Dkt 61) with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

| | |
|---|---|
| J. Paul Raymond<br>Jeff Gibson<br>Brian J. Augnst<br>MacFarlane Ferguson & McMullen<br>P. O. Box 1669<br>Clearwater, FL 33757<br>(727) 441-8966<br>Fax: (727) 442-8470<br>jpr@clw.macfar.com<br>jg@macfar.com<br>bja@macfar.com<br><br>*Counsel for Plaintiff-Counterclaim Defendant K&H* | Randall J. Love<br>Randall J. Love & Associates, P.A.<br>5647 Gulf Drive<br>New Port Richey, FL 34652-4019<br>(727) 847-0800<br>Fax: (727) 842-361<br>rj_1958@yahoo.com<br><br>Nicholas Louis Ottaviano<br>Randall J. Love & Associates, P.A.<br>5647 Gulf Drive<br>New Port Richey, FL 34652-4019<br>(727) 847-0800<br>Fax: (727) 842-361<br>NLO@florinroebig.com<br><br>*Counsel for Counterclaim-defendant Scott Bell* |

**I FURTHER CERTIFY** that on July 22, 2009, I served the Amended Notice of Mediation (Dkt 60) and the Agreed Motion to Extend Discovery and Dispositive Motions Deadline (Dkt 61) by electronic mail and United States mail on the following:

James B. Astrachan
Julie Rebecca Rubin
Astrachan Gunst & Thomas, PC
217 E. Redwood St., 21st Floor
Baltimore, MD 21202
(410) 783-3550
Fax: (410) 783-3530
jastrachan@agtlawyers.com
jrubin@agtlawyers.com

*Counsel for Counterclaim-defendant Scott Bell*

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

J. Paul Raymond
Jeff Gibson
Brian J. Augnst
MacFarlane Ferguson & McMullen
P. O. Box 1669
Clearwater, FL 33757
(727) 441-8966
Fax: (727) 442-8470
jpr@clw.macfar.com
jg@macfar.com
bja@macfar.com

*Counsel for Plaintiff-Counterclaim Defendant K&H*

Randall J. Love
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey , FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
rj_1958@yahoo.com

Nicholas Louis Ottaviano
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey , FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
NLO@florinroebig.com


**I FURTHER CERTIFY** that on July 22, 2009, I served foregoing by electronic mail and United States mail on the following:

James B. Astrachan
Julie Rebecca Rubin
Astrachan Gunst & Thomas, PC
217 E. Redwood St., 21st Floor
Baltimore, MD 21202
(410) 783-3550
Fax: (410) 783-3530
jastrachan@agtlawyers.com
jrubin@agtlawyers.com

*Counsel for Counterclaim-defendant Scott Bell*

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*