# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**COSTAR REALTY INFORMATION,**
**INC. and COSTAR GROUP, INC.,**

    **Plaintiffs,**

v.                                            Case No.: 8:08-CV-1227-T-30EAJ

**SCOTT BELL and KLEIN & HEUCHAN,**
**INC.,**

    **Defendants.**
_____/

## ORDER

Before the court is James B. Astrachan, Esq.'s and Julie Rubin, Esq.'s **Motion for Leave to Withdraw Appearance of Counsel for Defendant Scott Bell** (Dkt. 58). Mr. Astrachan and Ms. Rubin seek to withdraw from representing Defendant in this matter. Counsel have not indicated whether they informed Defendant of their intent to withdraw. See Local Rules 2.03(b) and 3.01(g), M.D. Fla. Nonetheless, ten days have passed since counsel filed their motion and no objection has been filed. Moreover, Nicholas Ottaviano, Esq. and Randall Love, Esq. will continue to represent Defendant in this matter.

Accordingly and upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)    James B. Astrachan's and Julie Rubin's **Motion for Leave to Withdraw Appearance of Counsel for Defendant Scott Bell** (Dkt. 58) is **GRANTED**; and

(2)    Mr. Astrachan and Ms. Rubin are relieved of any further responsibility to represent Defendant in this case.

**DONE AND ORDERED** in Tampa, Florida this 3rd day of August, 2009.

ELIZABETH A JENKINS
United States Magistrate Judge