**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KLEIN & HEUCHAN, INC.,**

    **Plaintiff,**

**v.**                                                                 **Case No. 8:08-cv-1227-T-30EAJ**

**COSTAR REALTY INFORMATION, INC.
and COSTAR GROUP, INC.,**

    **Defendants.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on September 2, 2009. Plaintiff's corporate representatives and its trial counsel, Defendants' corporate representative and their trial counsel, and Counterclaim Defendant and his trial counsel attended and participated. Each representative possessed the requisite settlement authority.

<u>The parties have reached an impasse.</u>

Done September 3, 2009 in Tampa, Florida.

                                    Respectfully submitted,

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002   Fax: 813.874.1131
                                    email: meditr@aol.com

I HEREBY CERTIFY that September 3, 2009 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

| | |
|---|---|
| Brian J. Aungst, Esquire | Randall J. Love, Esquire |
| Jeffrey W. Gibson, Esquire | |
| J. Paul Raymond, Esquire | William J. Sauers, Esquire |
| | Sanya Sarich, Esquire |
| William C. Guerrant, Jr., Esq. | |
| William F. Sansone, Esquire | |

/s/ Peter J. Grilli
Peter J. Grilli, Esq.