## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| KLEIN & HEUCHAN, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br><br> *Defendants-Counterclaim Plaintiffs*, <br><br> v. <br><br> SCOTT BELL and KLEIN & HEUCHAN, INC., <br><br> *Counterclaim-Defendants*. | Civil Action No. 8:08-cv-01227-JSM-EAJ |

## PARTIALLY CONSENTED TO MOTION TO EXTEND
## DISPOSITIVE MOTIONS DEADLINE

Defendants / Counterclaim-Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") hereby move to extend the dispositive motions deadline by a period of 11 days, from September 14, 2009 to September 25, 2009.[1] This modest extension is warranted in order to prevent prejudice to the parties in preparing summary judgment motions and briefing. The court reporter has yet to deliver the final transcripts and exhibits for the depositions of Bell and Plaintiff / Counterclaim-Defendant Klein and Huechan, Inc. ("K&H"), which took place recently (on August 20, 2009 and August 27, 2009, respectively). In addition,

---

[1] As noted below in the Local Rule 3.01(g) Certification, counsel for Counterclaim-Defendant Scott Bell ("Bell") agreed to the filing of this motion and the relief requested herein.

1

K&H produced additional documents one day after its deposition, which was also one day after the close of discovery. *See* D.E. 64 (07/30/09 Order). Finally, the parties participated in a mediation on September 2, 2009, which resulted in an impasse. An extension would allow the parties adequate time to review the transcripts and supplemental production and to prepare summary judgment motions and supporting briefs. Further, certain CoStar employees whose signatures are likely necessary for declarations in support of any summary judgment motion filed by CoStar have scheduling conflicts that would significantly hamper the completion of the declarations by September 14, 2009. An extension to September 24, 2009, would allow adequate time for preparation of the declarations.

Finally, no party will be prejudiced by this short extension, given the short period of time requested, and because granting the request would not significantly reduce the time period available for the Court to review any dispositive motions or change the date for trial, currently set for January 4, 2010. D.E. 18 (11/06/08 Order).

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for CoStar certifies that it has conferred with counsel for Mr. Bell regarding the issues raised by this motion, and that counsel for Mr. Bell agreed to the filing of this motion and the relief requested herein. Counsel for CoStar further certifies that it has attempted to confer with counsel for K&H regarding the issues raised by this motion, but that it has not yet received a response from K&H's counsel. Accordingly, CoStar's counsel will supplement this certification in the event that it is able to obtain a response from K&H's counsel.

Dated: September 8, 2009                    Respectfully submitted,

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Sanya Sarich Kerksiek (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com
skerksiek@crowell.com

- and -

William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to the following:

J. Paul Raymond
Jeff Gibson
Brian J. Augnst
MacFarlane Ferguson & McMullen
P. O. Box 1669
Clearwater, FL 33757
(727) 441-8966
Fax: (727) 442-8470
jpr@clw.macfar.com
jg@macfar.com
bja@macfar.com

*Counsel for Plaintiff-Counterclaim Defendant K&H*

Randall J. Love
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
rj_1958@yahoo.com

Nicholas Louis Ottaviano
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, FL 34652-4019
(727) 847-0800
Fax: (727) 842-361
NLO@florinroebig.com

*Counsel for Counterclaim-defendant Scott Bell*

s/William J. Sauers
William J. Sauers (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Defendants-Counterclaim Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*