# Exhibit C

Untitled
The following username and password has been set up for you:

    Username: SBell5
    Password: ******

CoStar Group uses Microsoft security certificates to link your username and password to a specific computer via a
download process. This process is automatic and is designed to protect against misuse of your user name and
password by others. You must click "Yes" to all prompts to successfully complete the process.  When you log into the
program for the first time using the username and password provided in this email, make sure you are doing it from
the computer you want to use to access CoStar Group products from. Once you download the certificate onto your computer,
you will only have access from that computer. If needed, you can purchase a security ID that will enable you to log on from
multiple computers.  You will need to go to www.costar.com and login in the upper right hand corner under Subscriber Login.
Click on Lookup or Search under the the product you wish to access. If this is your first time logging in to
a CoStar Web product, you will be required to change this default password and create a secret question
and answer. You can find a copy of our products user guides at http://www.costar.com/support/userguides/

IMPORTANT NOTES:

1.  If there is not a valid subscription license agreement in place between your company and
 CoStar relating to the delivery of the above-referenced CoStar service(s), then you should reply
 to this email and notify CoStar Customer Support of the error.  You may not access or use the
 CoStar service(s) if you are a non-subscriber.

2.  This password is for your personal use only.  Use of this password and the CoStar service(s) it
 allows you to access is subject to the provisions set forth in the written license agreement(s)
between your company and CoStar as well as the accompanying online terms of use for the
particular CoStar service(s).  In particular, "No Authorized User may share their assigned passcodes
with any other person, nor allow any other person to have access to their passcodes." Any related
violations may result in immediate suspension of this password and possibly termination of your
companys license with CoStar.

3.  If you forget your login and password, please send us an email at support@costar.com or phone

Untitled

us at (800) 613-1303. We will send your login information to you via email, as a security measure.

4. This account gives you subscriber access to the following product(s) and market(s):

```
PRODUCT.....: CoStar Comps
SALES UNIT..: FT LDRDALE
DATASET.....: All Property Types
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: CoStar Comps
SALES UNIT..: MIAMI
DATASET.....: All Property Types
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: CoStar Comps
SALES UNIT..: ORLANDO
DATASET.....: All Property Types
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: CoStar Comps
SALES UNIT..: TAMPA
DATASET.....: All Property Types
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: CoStar Comps
SALES UNIT..: W PALM BCH
DATASET.....: All Property Types
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: CoStar For Sale Professional
SALES UNIT..: US Data
DATASET.....: All Data
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: Costar Professional Directory
SALES UNIT..: Florida State
DATASET.....: All Data
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: Costar Professional Directory
SALES UNIT..: Tampa
DATASET.....: All Data
```

SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

PRODUCT.....: CoStar Property Web
SALES UNIT..: Tampa
DATASET.....: All Data
SIGNED DATE.: Oct 10 2005 12:00AM
RENEWAL DATE: Sep 30 2007 12:00AM

# Exhibit D

| Login Date/Time | Last Access | Violation | IP Address | IP Host | Cookie ID | Prod | UserID | Name | Duration | Page Hits |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/2008 9:50 | 4/16/2008 10:25 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 35 | 107 |
| 4/10/2008 15:14 | 4/10/2008 16:21 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 66 | 19 |
| 4/9/2008 15:20 | 4/9/2008 15:23 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | COM | SBell5 | Scott Bell | 2 | 6 |
| 4/9/2008 15:20 | 4/9/2008 15:23 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 1 | 14 |
| 4/7/2008 15:47 | 4/7/2008 16:02 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | COM | SBell5 | Scott Bell | 10 | 22 |
| 4/7/2008 15:47 | 4/7/2008 16:02 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 14 | 28 |
| 4/3/2008 11:00 | 4/3/2008 11:15 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 14 | 29 |
| 4/1/2008 11:05 | 4/1/2008 11:27 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | CPD | SBell5 | Scott Bell | 2 | 19 |
| 4/1/2008 11:05 | 4/1/2008 11:27 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 20 | 45 |
| 3/31/2008 12:58 | 3/31/2008 13:20 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | COM | SBell5 | Scott Bell | 17 | 11 |
| 3/31/2008 12:58 | 3/31/2008 13:20 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 3 | 32 |
| 3/29/2008 13:36 | 3/29/2008 13:39 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | COM | SBell5 | Scott Bell | 1 | 14 |
| 3/29/2008 13:36 | 3/29/2008 13:39 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | CPD | SBell5 | Scott Bell | 0 | 11 |
| 3/29/2008 13:36 | 3/29/2008 13:39 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 0 | 30 |
| 3/20/2008 15:32 | 3/20/2008 15:36 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 40149012 | PPW | SBell5 | Scott Bell | 3 | 62 |
| 3/15/2008 13:19 | 3/15/2008 13:21 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 2 | 14 |
| 3/14/2008 9:24 | 3/14/2008 9:33 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 9 | 138 |
| 3/4/2008 13:03 | 3/4/2008 13:07 | | 96.228.134.20 | pool-96-228-134-20.tampfl | 39079584 | PPW | SBell5 | Scott Bell | 1 | 48 |
| 3/3/2008 9:43 | 3/3/2008 9:58 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | COM | SBell5 | Scott Bell | 0 | 5 |
| 3/3/2008 9:43 | 3/3/2008 9:58 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 10 | 37 |
| 2/27/2008 9:20 | 2/27/2008 9:21 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 1 | 11 |
| 2/21/2008 15:09 | 2/21/2008 15:45 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 35 | 73 |
| 2/19/2008 16:52 | 2/19/2008 17:10 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 18 | 78 |
| 2/19/2008 10:11 | 2/19/2008 10:34 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 22 | 79 |
| 2/16/2008 11:00 | 2/16/2008 13:17 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | COM | SBell5 | Scott Bell | 0 | 3 |
| 2/16/2008 11:00 | 2/16/2008 13:17 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | CPD | SBell5 | Scott Bell | 1 | 9 |
| 2/16/2008 11:00 | 2/16/2008 13:17 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 136 | 629 |
| 2/8/2008 14:25 | 2/8/2008 14:43 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 17 | 88 |
| 2/5/2008 14:36 | 2/5/2008 14:38 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 1 | 10 |
| 2/5/2008 10:53 | 2/5/2008 11:23 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 27 | 105 |
| 2/4/2008 11:04 | 2/4/2008 11:33 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | CSXCG | SBell5 | Scott Bell | 16 | 121 |
| 2/4/2008 11:04 | 2/4/2008 11:33 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 12 | 200 |
| 1/30/2008 16:33 | 1/30/2008 16:42 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 6 | 82 |
| 1/24/2008 13:20 | 1/24/2008 13:33 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | 39079584 | PPW | SBell5 | Scott Bell | 13 | 92 |
| 1/23/2008 18:54 | 1/23/2008 18:59 | | 96.228.134.20 | pool-96-228-134-20.tampfl | 39079584 | PPW | SBell5 | Scott Bell | 1 | 16 |
| 1/23/2008 16:32 | 1/23/2008 16:35 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz. | | PPW | SBell5 | Scott Bell | 2 | 31 |

1

| Login Date/Time | Last Access | Violation | IP Address | IP Host | Cookie ID | Prod. | UserID | Name | Duration | Page Hits |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2008 13:40 | 1/22/2008 13:49 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | 39079584 | PPW | SBell5 | Scott Bell | 9 | 52 |
| 1/17/2008 14:03 | 1/17/2008 14:06 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | 39079584 | PPW | SBell5 | Scott Bell | 3 | 33 |
| 1/10/2008 17:46 | 1/10/2008 17:47 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | PPW | SBell5 | Scott Bell | 1 | 23 |
| 12/13/2007 16:36 | 12/13/2007 16:36 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | COM | SBell5 | Scott Bell | 0 | 10 |
| 12/13/2007 16:36 | 12/13/2007 16:53 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | CSXCG | SBell5 | Scott Bell | 11 | 45 |
| 12/13/2007 16:36 | 12/13/2007 16:53 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | PPW | SBell5 | Scott Bell | 6 | 80 |
| 12/13/2007 12:33 | 12/13/2007 12:51 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | COM | SBell5 | Scott Bell | 0 | 3 |
| 12/13/2007 12:33 | 12/13/2007 12:51 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | CPD | SBell5 | Scott Bell | 0 | 2 |
| 12/13/2007 12:33 | 12/13/2007 12:51 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | PPW | SBell5 | Scott Bell | 18 | 74 |
| 12/12/2007 11:34 | 12/12/2007 11:35 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | COM | SBell5 | Scott Bell | 1 | 18 |
| 12/10/2007 10:35 | 12/10/2007 12:48 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | COM | SBell5 | Scott Bell | 103 | 826 |
| 12/10/2007 10:35 | 12/10/2007 12:48 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | CPD | SBell5 | Scott Bell | 21 | 81 |
| 12/10/2007 10:35 | 12/10/2007 12:48 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | CSXCG | SBell5 | Scott Bell | 20 | 126 |
| 12/10/2007 10:35 | 12/10/2007 12:48 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | PPW | SBell5 | Scott Bell | 2 | 17 |
| 12/5/2007 14:32 | 12/5/2007 14:35 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | CPD | SBell5 | Scott Bell | 0 | 2 |
| 12/5/2007 14:32 | 12/5/2007 14:35 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | PPW | SBell5 | Scott Bell | 0 | 3 |
| 12/3/2007 12:53 | 12/3/2007 15:10 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | COM | SBell5 | Scott Bell | 74 | 405 |
| 12/3/2007 12:53 | 12/3/2007 15:10 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | CPD | SBell5 | Scott Bell | 87 | 137 |
| 12/3/2007 12:53 | 12/3/2007 15:10 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | PPW | SBell5 | Scott Bell | 1 | 18 |
| 11/13/2007 16:01 | 11/13/2007 16:02 | | 71.43.67.134 | rrcs-71-43-67-134.se.biz | | PPW | SBell5 | Scott Bell | 1 | 15 |
| 10/25/2007 14:24 | 10/25/2007 15:52 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | COM | SBell5 | Scott Bell | 39 | 251 |
| 10/24/2007 14:40 | 10/24/2007 16:03 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | CPD | SBell5 | Scott Bell | 27 | 202 |
| 10/24/2007 14:40 | 10/24/2007 16:03 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | PPW | SBell5 | Scott Bell | 40 | 63 |
| 10/22/2007 14:14 | 10/22/2007 16:05 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | CPD | SBell5 | Scott Bell | 17 | 92 |
| 10/22/2007 14:14 | 10/22/2007 16:05 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | PPW | SBell5 | Scott Bell | 104 | 81 |
| 9/24/2007 9:42 | 9/24/2007 10:41 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | COM | SBell5 | Scott Bell | 2 | 4 |
| 9/24/2007 9:42 | 9/24/2007 10:41 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | CPD | SBell5 | Scott Bell | 58 | 150 |
| 9/24/2007 9:42 | 9/24/2007 10:41 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | PPW | SBell5 | Scott Bell | 56 | 49 |
| 9/10/2007 16:13 | 9/10/2007 16:28 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | CPD | SBell5 | Scott Bell | 14 | 47 |
| 8/29/2007 15:31 | 8/29/2007 16:19 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | PPW | SBell5 | Scott Bell | 48 | 259 |
| 8/20/2007 13:50 | 8/20/2007 13:50 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | CPD | SBell5 | Scott Bell | 0 | 11 |
| 8/16/2007 16:05 | 8/16/2007 16:10 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | PPW | SBell5 | Scott Bell | 5 | 110 |
| 8/16/2007 14:36 | 8/16/2007 14:37 | | 71.43.112.217 | rrcs-71-43-112-217.se.biz | | PPW | SBell5 | Scott Bell | 0 | 11 |
| 8/9/2007 11:00 | 8/9/2007 11:07 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | CPD | SBell5 | Scott Bell | 7 | 123 |
| 8/6/2007 16:21 | 8/6/2007 17:01 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | COM | SBell5 | Scott Bell | 2 | 13 |
| 8/6/2007 16:21 | 8/6/2007 17:01 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | CPD | SBell5 | Scott Bell | 21 | 146 |

| Login Date/Time | Last Access | Violation | IP Address | IP Host | Cookie ID | Prod | UserID | Name | Duration | Page Hits |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/6/2007 16:21 | 8/6/2007 17:01 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | PPW | SBell5 | Scott Bell | 40 | 118 |
| 8/6/2007 16:14 | 8/6/2007 16:19 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | COM | SBell5 | Scott Bell | 4 | 23 |
| 8/6/2007 16:14 | 8/6/2007 16:19 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | CPD | SBell5 | Scott Bell | 0 | 4 |
| 8/6/2007 16:14 | 8/6/2007 16:19 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | PPW | SBell5 | Scott Bell | 1 | 9 |
| 8/6/2007 12:26 | 8/2/2007 12:36 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | PPW | SBell5 | Scott Bell | 10 | 144 |
| 8/1/2007 15:17 | 8/2/2007 16:34 | | 75.202.134.240 | 240.sub-75-202-134.myvzw. | | PPW | SBell5 | Scott Bell | 77 | 348 |
| 8/1/2007 11:15 | 8/1/2007 13:24 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | PPW | SBell5 | Scott Bell | 128 | 331 |
| 7/6/2007 15:06 | 7/6/2007 15:10 | | 71.180.191.139 | pool-71-180-191-139.tampf | | PPW | SBell5 | Scott Bell | 3 | 48 |
| 6/14/2007 16:16 | 6/14/2007 16:35 | | 71.43.112.236 | rrcs-71-43-112-236.se.biz | | CPD | SBell5 | Scott Bell | 3 | 43 |
| 5/31/2007 11:24 | 5/31/2007 11:24 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CPD | SBell5 | Scott Bell | 0 | 10 |
| 5/30/2007 16:36 | 5/30/2007 16:54 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | COM | SBell5 | Scott Bell | 17 | 144 |
| 5/30/2007 16:36 | 5/30/2007 16:54 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | PPW | SBell5 | Scott Bell | 1 | 32 |
| 5/24/2007 14:47 | 5/24/2007 14:47 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CPD | SBell5 | Scott Bell | 0 | 10 |
| 5/23/2007 14:26 | 5/23/2007 14:55 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CPD | SBell5 | Scott Bell | 29 | 139 |
| 5/23/2007 14:26 | 5/23/2007 14:55 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | PPW | SBell5 | Scott Bell | 16 | 73 |
| 5/23/2007 14:14 | 5/23/2007 14:22 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | COM | SBell5 | Scott Bell | 7 | 104 |
| 5/23/2007 14:14 | 5/23/2007 14:22 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CPD | SBell5 | Scott Bell | 0 | 17 |
| 5/23/2007 10:09 | 5/23/2007 12:23 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | COM | SBell5 | Scott Bell | 27 | 54 |
| 5/23/2007 10:09 | 5/23/2007 12:23 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CSXCG | SBell5 | Scott Bell | 67 | 105 |
| 5/23/2007 10:09 | 5/23/2007 12:23 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | PPW | SBell5 | Scott Bell | 44 | 59 |
| 5/21/2007 11:36 | 5/21/2007 12:28 | | 75.201.234.251 | 251.sub-75-201-234.myvzw. | | COM | SBell5 | Scott Bell | 3 | 18 |
| 5/21/2007 11:36 | 5/21/2007 12:28 | | 75.201.234.251 | 251.sub-75-201-234.myvzw. | | COMEXP | SBell5 | Scott Bell | 4 | 21 |
| 5/21/2007 11:36 | 5/21/2007 12:28 | | 75.201.234.251 | 251.sub-75-201-234.myvzw. | | CSXCG | SBell5 | Scott Bell | 29 | 153 |
| 5/21/2007 11:36 | 5/21/2007 12:28 | | 75.201.234.251 | 251.sub-75-201-234.myvzw. | | PPW | SBell5 | Scott Bell | 50 | 166 |
| 5/18/2007 15:25 | 5/18/2007 15:28 | | 71.180.191.152 | pool-71-180-191-152.tampf | | PPW | SBell5 | Scott Bell | 3 | 26 |
| 5/17/2007 13:31 | 5/17/2007 16:01 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CPD | SBell5 | Scott Bell | 13 | 77 |
| 5/17/2007 13:31 | 5/17/2007 16:01 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CSXCG | SBell5 | Scott Bell | 150 | 306 |
| 5/17/2007 13:31 | 5/17/2007 16:01 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | PPW | SBell5 | Scott Bell | 33 | 49 |
| 5/14/2007 10:59 | 5/14/2007 11:10 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | COM | SBell5 | Scott Bell | 11 | 143 |
| 5/14/2007 10:59 | 5/14/2007 11:10 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CSXCG | SBell5 | Scott Bell | 1 | 4 |
| 5/9/2007 13:43 | 5/9/2007 14:38 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | COM | SBell5 | Scott Bell | 8 | 133 |
| 5/9/2007 13:43 | 5/9/2007 14:38 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CPD | SBell5 | Scott Bell | 35 | 274 |
| 5/9/2007 13:43 | 5/9/2007 14:38 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | CSXCG | SBell5 | Scott Bell | 10 | 173 |
| 5/9/2007 13:43 | 5/9/2007 14:38 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | PPW | SBell5 | Scott Bell | 3 | 25 |
| 5/4/2007 11:02 | 5/4/2007 11:37 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | PPW | SBell5 | Scott Bell | 35 | 53 |
| 5/2/2007 10:41 | 5/2/2007 11:35 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz | | PPW | SBell5 | Scott Bell | 53 | 218 |

3

| Login Date/Time | Last Access | Violation | IP Address | IP Host | Cookie ID | Prod. | UserID | Name | Duration | Page Hits |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/2007 14:20 | 4/30/2007 15:12 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | COM | SBell5 | Scott Bell | 29 | 148 |
| 4/30/2007 14:20 | 4/30/2007 15:12 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | CSXCG | SBell5 | Scott Bell | 21 | 234 |
| 4/30/2007 14:20 | 4/30/2007 15:12 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 1 | 11 |
| 4/30/2007 9:55 | 4/30/2007 11:07 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 72 | 76 |
| 4/25/2007 19:18 | 4/25/2007 19:25 | | 72.185.190.7 | cpe-72-185-190-7.tampabay | | CSXCG | SBell5 | Scott Bell | 6 | 65 |
| 4/17/2007 14:40 | 4/17/2007 14:59 | | 70.221.251.153 | 153.sub-70-221-251.myvzw. | | PPW | SBell5 | Scott Bell | 18 | 141 |
| 4/10/2007 15:05 | 4/10/2007 15:21 | | 24.94.134.85 | 85-134.94-24.tampabay.res | | PPW | SBell5 | Scott Bell | 16 | 70 |
| 4/9/2007 15:11 | 4/9/2007 15:58 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | COM | SBell5 | Scott Bell | 17 | 133 |
| 4/9/2007 15:11 | 4/9/2007 15:58 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 30 | 215 |
| 4/5/2007 13:08 | 4/5/2007 13:19 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 10 | 178 |
| 4/4/2007 15:05 | 4/4/2007 15:56 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | CSXCG | SBell5 | Scott Bell | 9 | 131 |
| 4/4/2007 15:05 | 4/4/2007 15:56 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 1 | 17 |
| 4/3/2007 20:48 | 4/3/2007 20:57 | | 24.94.134.85 | 85-134.94-24.tampabay.res | | COM | SBell5 | Scott Bell | 0 | 4 |
| 4/3/2007 20:48 | 4/3/2007 20:57 | | 24.94.134.85 | 85-134.94-24.tampabay.res | | CSXCG | SBell5 | Scott Bell | 1 | 16 |
| 4/3/2007 20:48 | 4/3/2007 20:57 | | 24.94.134.85 | 85-134.94-24.tampabay.res | | PPW | SBell5 | Scott Bell | 9 | 44 |
| 4/3/2007 9:07 | 4/3/2007 9:12 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 5 | 15 |
| 4/2/2007 13:34 | 4/2/2007 14:34 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | COM | SBell5 | Scott Bell | 0 | 3 |
| 4/2/2007 13:34 | 4/2/2007 14:34 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 9 | 45 |
| 4/2/2007 10:24 | 4/2/2007 10:32 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | COM | SBell5 | Scott Bell | 0 | 3 |
| 4/2/2007 10:24 | 4/2/2007 10:32 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | CPD | SBell5 | Scott Bell | 1 | 21 |
| 4/2/2007 10:24 | 4/2/2007 10:32 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 7 | 35 |
| 3/26/2007 11:10 | 3/26/2007 11:22 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 12 | 72 |
| 2/27/2007 15:30 | 2/27/2007 15:33 | | 65.35.198.225 | 225-198.35-65.tampabay.re | | CSXCG | SBell5 | Scott Bell | 3 | 12 |
| 2/8/2007 13:47 | 2/8/2007 14:15 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 28 | 96 |
| 2/7/2007 15:50 | 2/7/2007 15:57 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 6 | 48 |
| 2/5/2007 10:05 | 2/5/2007 10:51 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | CSXCG | SBell5 | Scott Bell | 4 | 44 |
| 2/5/2007 10:05 | 2/5/2007 10:51 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 41 | 574 |
| 1/31/2007 16:28 | 1/31/2007 16:44 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | CSXCG | SBell5 | Scott Bell | 15 | 62 |
| 1/31/2007 16:28 | 1/31/2007 16:44 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 1 | 10 |
| 1/29/2007 9:20 | 1/29/2007 9:26 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 4 | 76 |
| 1/29/2007 15:44 | 1/29/2007 17:14 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 90 | 231 |
| 1/29/2007 10:11 | 1/29/2007 10:59 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 47 | 443 |
| 1/25/2007 16:07 | 1/25/2007 17:39 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 91 | 270 |
| 1/25/2007 12:40 | 1/25/2007 12:42 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 2 | 39 |
| 1/25/2007 12:39 | 1/25/2007 12:39 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 0 | 1 |
| 1/22/2007 14:51 | 1/22/2007 15:13 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 14 | 146 |

4

| Login Date/Time | Last Access | Violation | IP Address | IP Host | CookieID | Prod | UserID | Name | Duration | Page Hits |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2007 10:14 | 1/22/2007 12:07 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | CPD | SBell5 | Scott Bell | 1 | 6 |
| 1/22/2007 10:14 | 1/22/2007 12:07 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 113 | 598 |
| 1/17/2007 17:30 | 1/17/2007 18:11 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | COM | SBell5 | Scott Bell | 24 | 110 |
| 1/17/2007 17:30 | 1/17/2007 18:11 | | 71.42.68.195 | rrcs-71-42-68-195.se.biz. | | PPW | SBell5 | Scott Bell | 3 | 28 |

# Exhibit E

CoStar Enterprise - Production Database screenshot showing User record for User Id 387412, Contact Id 705717: First/Last Name Mark S Klein, Job Title President, Company Klein & Heuchan, Inc., Phone (727) 449-1724, Fax (727) 449-1724, Email msk@tampabay.rr.com, Web Site www.kleinandheuchan.com, Business Type Brokerage. Account User Name MKlein7. Security Mode Password Only, Max Certs 0.

Logon History: User Name MKlein7, Name Mark S Klein, Session 71468239, Logon Date 11/2/2007 10:13:12 AM, End Date 11/2/2007 10:57:27 AM. Product CSXCGLT, Duration (Min) 4, First Access Date 11/2/2007 10:53:12 AM, Last Access Date 11/2/2007 10:57:27 AM. User Id 387412, IP Address 71.43.67.134, IP Host rrcs-71-43-67-134.se.biz, Server Name DCWEBPRD511.

User 5 of 5, Logon History 1 of 2.

# Exhibit F

# CoStar Enterprise - Production Database

File  Edit  View  Module  Tools  Options  Help

Search | Status Board ▼ | < Prev  Next > | Refresh | BrokerListings | History ▼

- Home
- Companies
- Contacts
- Pipeline
- Activities
- Contracts
- Lineitems
- Users
  - **List**
  - Subscriptions
  - Product Config
  - Exchge Trans
  - Credit Card
- Orders
  - AdHoc Subscr.
  - Logon History
  - Billing Info
  - Activities
  - Certificates
  - Usage Trend
  - System Info
- Prospects
- Groups
- Properties
- Centers
- Tenants
- Comps

## User

New  Edit  Save  Cancel  Delete  Export  Group

User Id: 241641   Contact Id: 723722

**Detail**
- First/Last Name: Steve Klein
- Job Title:
- Company: Klein & Heuchan, Inc.
- Phone: (727) 441-1951 227
- Fax: (727) 449-1724
- Other Phone:
- Email: stevek@tampabay.rr.com
- Web Site: www.kleinandheuchan.com
- Business Type: Brokerage

**Account**
- User Name: klein123
- Reset Password: ☐
- Password/Verify: ********
- Secret Question: q
- Lockout: ☐
- Lockout Minutes:
- Lockout Reason:
- Disabled: ☐
- Disabled Reason:
- Disabled Comment:

**Security**
- Security Mode: Password Only
- Max Certs: 1
- DigiPass Serial:
- DigiPass TestDate:
- Security Override: ☐
- Override Start:
- Override Days:
- Override Reason:

## Orders

New  Edit  Save  Cancel  Export   < Prev  Next >

- Entry Number: 747996
- Order Id: 305530
- # of Entries: 1
- Order Date: 3/23/2006 3:57:00 PM
- Product: For Sale Express
- Order Description:

- Comp Number:
- Base Price: $0.00
- Discount Amount: $0.00
- Tax Amount: $0.00
- Total Paid: $0.00
- Revenue: $0.00
- Order Revenue: $0.00

- Credit: ☐
- Reason For Credit:
- Credited By:
- Date Credited:
- Posted Invoice Id:
- Posted Date:
- PaymentType: Promotional coupon
- Subscription Desc: Starts Mar 23 2006 3:57PM, Expires Mar 23 2006 3:57PM

Ready | User 2 of 7, Order 1 of 1 | Production Database