# Exhibit G

# CoStar Enterprise - Production Database

File Edit View Module Tools Options Help

Search | Status Board ▼ | Refresh | New | Brokerlistings | History ▼

## Company

| < Prev | Next > | New | Edit | Save | Cancel | Delete | Mailer | Assign | Export | Revenue | Group | Audit |

- Location ID: 128631
- Name: Klein & Heuchan, Inc.
- Address: 1744 N Belcher Rd, Clearwater, FL 33765
- Location Type: Main HQ
- Corporate Headquarters:
- Location:
- Company Reports To:
- Is Hierarchy Locked:
- Level: LEVEL 3

- Year Founded: 0
- Ticker Symbol:
- Web Site: www.kleinandheuchan.com
- Total Employees: 20
- Emps at Location: 18
- Owner Type:
- Country of Origin:
- Business Type: Brokerage
- Business Subtype:
- Phone: (727) 441-1951
- Fax: (727) 449-1724
- Business Status: Active

- CoStar Market: TAMPA/ST PETERSBURG
- Account Executive:
- Advertising AE:
- Researcher: Stephen Martin
- Contract Specialist:
- Collection Analyst:
- Internal Notes: No Contact - Legal Dept Hold-5/26-CMR - being sued by CoStar- Don't Contact ☐☐ Pronounced "KLINE and
- Is CRE: ☑
- Portfolio: FL-TAMPA-3-2
- Exclude from Power Broker: ☐

## Activity

| < Prev | Next > | New | Edit | Save | Cancel | Delete | Export | Mailer | Audit | Recipients | Follow Up |

- Activity ID: 9238358
- Contact: Steve Klein
- Company: Klein & Heuchan, Inc., 1744 N Belcher Rd, Clearwater, FL 33765
- Activity Note: Sent Steve a new proposal.

- Product:
- Method: Quality Call
- Activity Status: Completed
- Date: Tue 3/23/2006  11:00 AM
- Priority: Normal

- Problem Type:
- Keyword:
- Customer Note:
- CoStar Contact: Thomas Bible
- Department: Sales

### Sidebar
- Home
- Companies
  - List
  - Contacts
  - Activities
  - Pipeline
  - Lineitems
  - All Locations
  - AKA
  - Research Info
  - Billing Info
  - Shipping Info
  - CPD
  - Users
  - Logon History
  - Sales Info
  - Usage Trend
  - Map
  - System Info
- Contacts
- Pipeline
- Activities
- Contracts
- Lineitems
- Users
- Prospects
- Groups
- Properties
- Centers
- Tenants
- Comps

Ready | Company 5 of 6, Activity 77 of 135

Filter | List | Jump

Exhibit H

4211 W. BOY SCOUT BLVD.
TAMPA, FL 33607



2202 N. WEST SHORE BLVD.
TAMPA, FL 33608

15950 BAY VISTA DR.
CLEARWATER, FL  33760

PHOTO 1

15950 BAY VISTA DR.
CLEARWATER, FL 33760

PHOTO 2



600 N. WESTSHORE BLVD.
TAMPA, FL 33609

4301 ANCHOR PLAZA PKWY.
TAMPA, FL 33634





4343 ANCHOR PLAZA PKWY.
TAMPA, FL 33634



1930 W. CORTEZ RD.
BRADENTON, FL 34207

PHOTO 1



PHOTO 2
1930 W. CORTEZ RD.
BRADENTON, FL 34207



1930 W. CORTEZ RD.
BRADENTON, FL 34207

PHOTO 3