Klein & Heuchan, Inc. v. CoStar Realty Information, Inc. et al Doc. 69 Att. 7

# Exhibit 1

Dockets.Justia.com

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-360-344

EFFECTIVE DATE OF REGISTRATION

Jun 15 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
Group Registration/Photos: PM03

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration/Photos: Approximately 583 Photos

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
CoStar Realty Information, Inc., Employer for Hire of Pam Miller

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA (Maryland)
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☑ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2003 Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 1 Day 2 Year 2003
through 12/30/2003
USA Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CoStar Realty Information, Inc.
2 Bethesda Metro Center, 10th Floor, Bethesda, MD 20814-5388

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
JUN 15 2006
ONE DEPOSIT RECEIVED
JUN 15 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY [handwritten initials]

FORM VA

CHECKED BY [handwritten initials]

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

**b** b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a**

| Name ▼ | Account Number ▼ |
| --- | --- |
| CoStar Realty Information, Inc. | DA93000 |

**b**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

CoStar Realty Information, Inc.
Legal Department, Att. Steve Williams
2 Bethesda Metro Center, 10th Floor, Bethesda, MD 20814-5388

Area code and daytime telephone number ( 301 ) 215-8300 Fax number ( 301 ) 664-9176

Email swilliams@costar.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of CoStar Realty Information, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Steven J. Williams Date 6/12/2006

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

| | |
| --- | --- |
| Name ▼ | CoStar Realty Information, Inc., Legal Department, Att. Steve Williams |
| Number/Street/Apt ▼ | 2 Bethesda Metro Center, 10th Floor |
| City/State/ZIP ▼ | Bethesda, MD 20814-5388 |

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

CoStar GROUP
Real Estate Information
Copyright CoStar Realty Information, Inc.
All Rights Reserved
Unauthorized Copying is Prohibited
Name: Pam Miller
Market: Florida
Year: 2003

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
Group Registration/Photos: PM03

NATURE OF THIS WORK ▼ See instructions
Photographs

Previous or Alternative Titles ▼
Group Registration/Photos: Approximately 583 Photos

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
CoStar Realty Information, Inc., Employer for Hire of Pam Miller

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA (Maryland)
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☑ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2003 Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 1 Day 2 Year 2003
through 12/30/2003
USA Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CoStar Realty Information, Inc.
2 Bethesda Metro Center, 10th Floor, Bethesda, MD 20814-5388

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 5

REVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

## 6

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

## 7

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a. Name ▼ CoStar Realty Information, Inc. Account Number ▼ DA93000

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

CoStar Realty Information, Inc.
Legal Department, Att. Steve Williams
2 Bethesda Metro Center, 10th Floor, Bethesda, MD 20814-5388

Area code and daytime telephone number ( 301 ) 215-8300 Fax number ( 301 ) 664-9176

Email swilliams@costar.com

## 8

CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of CoStar Realty Information, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Steven J. Williams Date 6/12/2006

Handwritten signature (X) ▼

X [signature]

## 9

Certificate will be mailed in window envelope to this address:

Name ▼ CoStar Realty Information, Inc., Legal Department, Att. Steve Williams

Number/Street/Apt ▼ 2 Bethesda Metro Center, 10th Floor

City/State/ZIP ▼ Bethesda, MD 20814-5388

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Photographer - Pam Miller
(Market - Tampa)

| # | COSTAR SERIAL NUMBERS* | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 1 | AC31533 | 6935 15th E St | Sarasota | 9/10/2003 |
| 2 | AC37504 | 6915 15th E St | Sarasota | 9/10/2003 |
| 3 | AC45853 | 2629 Waverly Barn Rd | Davenport | 7/30/2003 |
| 4 | AC47653 | 245 Deen Still Rd | Davenport | 2/13/2003 |
| 5 | AC57831 | 1777 Northgate Blvd | Sarasota | 3/5/2003 |
| 6 | ACH0327 | 7004 Benjamin Rd | Tampa | 6/17/2003 |
| 7 | ACH1893 | 112 Westshore Blvd | Tampa | 9/8/2003 |
| 8 | ACH2549 | 9404 E Broadway Ave | Tampa | 12/5/2003 |
| 9 | ACH3233 | 5100 Causeway Blvd | Tampa | 1/31/2003 |
| 10 | ACH3742 | 3120 Williams Rd | Brandon | 5/31/2003 |
| 11 | ACH3806 | 8506 Benjamin Rd | Tampa | 12/10/2003 |
| 12 | ACH3851 | 4340 W Hillsborough Ave | Tampa | 3/11/2003 |
| 13 | ACH4862 | 5250 Eagle Trail Dr | Tampa | 2/3/2003 |
| 14 | ACH5317 | 6316 78th St | Riverview | 1/31/2003 |
| 15 | ACH7499 | 8508 Benjamin Rd | Tampa | 6/17/2003 |
| 16 | ACH7691 | 7010 Benjamin Rd | Tampa | 6/17/2003 |
| 17 | ACH9441 | 10421 University Center Dr | Tampa | 5/31/2003 |
| 18 | ACHA13A | 3505 Frontage Rd | Tampa | 1/7/2003 |
| 19 | ACHB08D | 5101 W Rio Vista Ave | Tampa | 2/5/2003 |
| 20 | ACHB0A9 | 4302 W Gandy Blvd | Tampa | 3/5/2003 |
| 21 | ACHB26E | 6419 N 50th St | Tampa | 1/6/2003 |
| 22 | ACHB2FE | 6202 Benjamin Rd | Tampa | 2/5/2003 |
| 23 | ACHB379 | 5455 W Waters Ave | Tampa | 2/3/2003 |
| 24 | ACP0056 | 9965 18th N St | St. Petersburg | 7/29/2003 |
| 25 | ACP0269 | 4902 Creekside Dr | Clearwater | 3/10/2003 |
| 26 | ACP1746 | 5731 Rio Vista Dr | Clearwater | 3/6/2003 |
| 27 | ACP2637 | 4707 140th N Ave | Clearwater | 3/5/2003 |
| 28 | ACP2953 | 4707 140th N Ave | Clearwater | 3/5/2003 |
| 29 | ACP3676 | 4033 Tampa Rd | Oldsmar | 1/7/2003 |
| 30 | ACP3762 | 10222 MCI Dr | Pinellas Park | 1/8/2003 |
| 31 | ACP4962 | 4707 140th N Ave | Clearwater | 3/5/2003 |
| 32 | ACP4995 | 9900 18th N St | St. Petersburg | 7/29/2003 |
| 33 | ACP6053 | 1780 102nd N Ave | St. Petersburg | 8/6/2003 |
| 34 | ACP6136 | 3350 Ulmerton Rd | St. Petersburg | 1/8/2003 |
| 35 | ACP6194 | 1750 N Belcher Rd | Clearwater | 3/7/2003 |
| 36 | ACP6248 | 4700 140th N Ave | Clearwater | 3/5/2003 |
| 37 | ACP6506 | 10360 72nd N St | Largo | 2/20/2003 |
| 38 | ACP6673 | 4700 140th N Ave | Clearwater | 3/5/2003 |
| 39 | ACP6963 | 4912 Creekside Dr | Clearwater | 3/10/2003 |
| 40 | ACP7175 | 2003 Gandy Blvd | St. Petersburg | 2/20/2003 |
| 41 | ACP7921 | 1790 Commerce N Ave | St. Petersburg | 7/29/2003 |
| 42 | ACP8124 | 2820 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 43 | ACP8990 | 2066 Tyrone N Blvd | St. Petersburg | 9/9/2003 |
| 44 | ACP9733 | 3350 Ulmerton Rd | St. Petersburg | 1/8/2003 |
| 45 | ACP9930 | 501 Brooker Creek Blvd | Oldsmar | 9/8/2003 |
| 46 | ACPA094 | 780 Carillon Pky | St. Petersburg | 2/11/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS* | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 47 | ACPA114 | 1674 Belcher Rd | Clearwater | 3/7/2003 |
| 48 | ACPA122 | 200 1st S Ave | St. Petersburg | 7/8/2003 |
| 49 | ACPB0AC | 3340 Scherer Dr | St. Petersburg | 1/8/2003 |
| 50 | ACPB0C9 | 10650 72nd St | Largo | 2/20/2003 |
| 51 | ACPB13F | 4900 Creekside Dr | Clearwater | 3/10/2003 |
| 52 | ACPB148 | 4825 140th N Ave | Clearwater | 3/5/2003 |
| 53 | ACPB14E | 13130 56th Ct | Clearwater | 3/7/2003 |
| 54 | ACPB1C5 | 13131 56th Ct | Clearwater | 3/7/2003 |
| 55 | ACPB1D6 | 14155 N 58th St | Clearwater | 3/6/2003 |
| 56 | ACPB203 | 2810 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 57 | ACPB209 | 2860 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 58 | ACPB210 | 2830 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 59 | ACPB214 | 2840 N Scherer Dr | St. Petersburg | 2/6/2003 |
| 60 | ACPB2AE | 2131 Sunnydale Blvd | Clearwater | 3/7/2003 |
| 61 | ACPB2C9 | 12910 Automobile Blvd | Clearwater | 3/5/2003 |
| 62 | ACPB2CD | 12890 Automobile Blvd | Clearwater | 3/5/2003 |
| 63 | ACPB2D1 | 12880 Automobile Blvd | Clearwater | 3/5/2003 |
| 64 | ACPB2F1 | 12920 Automobile Blvd | Clearwater | 3/5/2003 |
| 65 | ACPB2FF | 13160 56th Ct | Clearwater | 3/7/2003 |
| 66 | ACPB302 | 13190 56th Ct | Clearwater | 3/7/2003 |
| 67 | ACPB304 | 13191 56th Ct | Clearwater | 3/7/2003 |
| 68 | ACPB31C | 9400 N International Ct | St. Petersburg | 10/18/2003 |
| 69 | ACPB31D | 14201 N Myerlake Cir | Clearwater | 3/6/2003 |
| 70 | ACPB32E | 13080 S Belcher Rd | Largo | 2/20/2003 |
| 71 | ACPB36F | 12420 N 73rd Ct | Largo | 4/23/2003 |
| 72 | ACPB3CB | 5777 Myerlake Cir | Clearwater | 3/6/2003 |
| 73 | ACPB483 | 13805 N 58th St | Clearwater | 3/10/2003 |
| 74 | ACPB4D7 | 13925 N 58th St | Clearwater | 3/10/2003 |
| 75 | ACPB52B | 3051 Tech Dr | St. Petersburg | 1/8/2003 |
| 76 | ACPB55F | 2870 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 77 | ACPB564 | 2850 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 78 | ACPB5AE | 10601 47th N St | Clearwater | 3/10/2003 |
| 79 | ACPB5B6 | 2075 Sunnydale Blvd | Clearwater | 3/7/2003 |
| 80 | ACPB637 | 4911 Creekside Dr | Clearwater | 3/10/2003 |
| 81 | ACZ2180 | 21613 State Road 54 | Lutz | 2/26/2003 |
| 82 | ACZ6920 | 11515 Prosperous Dr | Odessa | 12/10/2003 |
| 83 | BC43227 | 1515 W Bella Vista St | Lakeland | 7/31/2003 |
| 84 | BC45853 | 2629 Waverly Barn Rd | Davenport | 7/30/2003 |
| 85 | BC46984 | 210 Deen Still Rd | Davenport | 7/31/2003 |
| 86 | BC52650 | 1819 Main St | Sarasota | 9/10/2003 |
| 87 | BC52891 | 1 S School Ave | Sarasota | 9/10/2003 |
| 88 | BCH3406 | 5204 W Linebaugh Ave | Tampa | 9/12/2003 |
| 89 | BCH4862 | 5250 Eagle Trail Dr | Tampa | 2/3/2003 |
| 90 | BCH9042 | 9401 Camden Field Pky | Riverview | 5/31/2003 |
| 91 | BCHB52A | 14201 McCormick Dr | Tampa | 7/31/2003 |
| 92 | BCP0871 | 80 Beach NE Dr | St. Petersburg | 9/10/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS* | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 93 | BCP4497 | 5590 Ulmerton Rd | Clearwater | 3/14/2003 |
| 94 | BCP6506 | 10360 72nd N St | Largo | 2/20/2003 |
| 95 | BCPA09F | 15950 Bay Vista Dr | Clearwater | 3/6/2003 |
| 96 | BCPB32E | 13080 S Belcher Rd | Largo | 2/20/2003 |
| 97 | CCHA157 | 5100 W Kennedy Blvd | Tampa | 2/11/2003 |
| 98 | CCHB2FE | 6202 Benjamin Rd | Tampa | 2/5/2003 |
| 99 | CCP4497 | 5590 Ulmerton Rd | Clearwater | 3/14/2003 |
| 100 | LCH3543 | 10950 Sheldon Rd | Tampa | 12/10/2003 |
| 101 | LCH7210 | 1416 W Kennedy Blvd | Tampa | 12/5/2003 |
| 102 | LCP5321 | 2150 Palm Harbor Blvd | Palm Harbor | 3/9/2003 |
| 103 | LCP6588 | 2122 Palm Harbor Blvd | Palm Harbor | 3/9/2003 |
| 104 | LCZ8980 | 4551 Grand Blvd | New Port Richey | 2/24/2003 |
| 105 | PC31533 | 6935 15th E St | Sarasota | 9/10/2003 |
| 106 | PC37504 | 6915 15th E St | Sarasota | 9/10/2003 |
| 107 | PC43227 | 1515 W Bella Vista St | Lakeland | 7/31/2003 |
| 108 | PC45853 | 2629 Waverly Barn Rd | Davenport | 7/30/2003 |
| 109 | PC46548 | 701 Mckean St | Auburndale | 7/31/2003 |
| 110 | PC46984 | 210 Deen Still Rd | Davenport | 7/31/2003 |
| 111 | PC47653 | 245 Deen Still Rd | Davenport | 2/13/2003 |
| 112 | PC52067 | 4900 Fruitville Rd | Sarasota | 9/10/2003 |
| 113 | PC52650 | 1819 Main St | Sarasota | 9/10/2003 |
| 114 | PC52710 | 3403 Clark Rd | Sarasota | 9/10/2003 |
| 115 | PC52891 | 1 S School Ave | Sarasota | 9/10/2003 |
| 116 | PC53681 | 240 S Pineapple Ave | Sarasota | 7/2/2003 |
| 117 | PC55968 | 1680 Fruitville Rd | Sarasota | 2/3/2003 |
| 118 | PC56324 | 5745 N Washington Blvd | Sarasota | 3/5/2003 |
| 119 | PC56343 | 1322 N Tamiami Trl | Sarasota | 7/2/2003 |
| 120 | PC56512 | 1755 Northgate Blvd | Sarasota | 2/21/2003 |
| 121 | PC57087 | 5310 Clark Rd | Sarasota | 9/10/2003 |
| 122 | PC57831 | 1777 Northgate Blvd | Sarasota | 3/5/2003 |
| 123 | PC59934 | 6345 S Tamiami Trl | Sarasota | 7/2/2003 |
| 124 | PC5A035 | 8216 Tamiami Trl | Sarasota | 7/2/2003 |
| 125 | PC5B01B | 1520 Northgate Blvd | Sarasota | 2/21/2003 |
| 126 | PC5B0C7 | 1610 Northgate Blvd | Sarasota | 2/21/2003 |
| 127 | PC5B197 | 1470 Northgate Blvd | Sarasota | 2/21/2003 |
| 128 | PC5B1D4 | 5945 Us Hwy 301 | Sarasota | 2/21/2003 |
| 129 | PC5B1DE | 5933 N Washington Blvd | Sarasota | 2/21/2003 |
| 130 | PCH0171 | 1903 W Brandon Blvd | Brandon | 9/12/2003 |
| 131 | PCH0234 | 5035 E Busch Blvd | Tampa | 1/2/2003 |
| 132 | PCH0275 | 4701 W Hillsborough Ave | Tampa | 3/11/2003 |
| 133 | PCH0304 | 1251 E Fowler Ave | Tampa | 12/13/2003 |
| 134 | PCH0327 | 7004 Benjamin Rd | Tampa | 6/17/2003 |
| 135 | PCH0372 | 6100 S Macdill Ave | Tampa | 3/12/2003 |
| 136 | PCH0419 | 2702 E 7th Ave | Tampa | 7/24/2003 |
| 137 | PCH0458 | 1112 Apollo Beach Blvd | Apollo Beach | 4/16/2003 |
| 138 | PCH0537 | 5222 W Tyson Ave | Tampa | 12/13/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 139 | PCH0557 | 3801 W Gandy Blvd | Tampa | 3/11/2003 |
| 140 | PCH0587 | 1717 E Busch Blvd | Tampa | 12/5/2003 |
| 141 | PCH0815 | 10940 Sheldon Rd | Tampa | 10/10/2003 |
| 142 | PCH1058 | 2540 E Fowler Ave | Tampa | 3/13/2003 |
| 143 | PCH1104 | 3410 Henderson W Blvd | Tampa | 2/22/2003 |
| 144 | PCH1178 | 2137 W Martin Luther King Blvd | Tampa | 4/23/2003 |
| 145 | PCH1315 | 918 Channelside Dr | Tampa | 3/13/2003 |
| 146 | PCH1319 | 9202 Anderson Rd | Tampa | 3/11/2003 |
| 147 | PCH1456 | 1517 E 9th Ave | Tampa | 3/13/2003 |
| 148 | PCH1523 | 1717 E Busch Blvd | Tampa | 9/10/2003 |
| 149 | PCH1530 | 8315 Gunn Hwy | Tampa | 7/2/2003 |
| 150 | PCH1655 | 10920 Sheldon Rd | Tampa | 7/2/2003 |
| 151 | PCH1712 | 605 W Azeele St | Tampa | 3/5/2003 |
| 152 | PCH1765 | 13331 N 56th St | Tampa | 10/24/2003 |
| 153 | PCH1774 | 1717 E Busch Blvd | Tampa | 9/9/2003 |
| 154 | PCH1893 | 112 Westshore Blvd | Tampa | 9/8/2003 |
| 155 | PCH2065 | 5404 Hoover Blvd | Tampa | 6/17/2003 |
| 156 | PCH2086 | 376 E Bloomingdale Ave | Brandon | 3/26/2003 |
| 157 | PCH2149 | 5892 E Fowler Ave | Tampa | 10/24/2003 |
| 158 | PCH2255 | 15432 N Nebraska Ave | Lutz | 7/24/2003 |
| 159 | PCH2482 | 5262 S Dale Mabry Hwy | Tampa | 3/12/2003 |
| 160 | PCH2492 | 11534 E Us Highway 92 | Seffner | 10/18/2003 |
| 161 | PCH2562 | 7528 Highway 301 N | Tampa | 7/31/2003 |
| 162 | PCH2606 | 16562 N Dale Mabry Hwy | Tampa | 12/5/2003 |
| 163 | PCH2637 | 5896 E Fowler Ave | Tampa | 12/5/2003 |
| 164 | PCH2642 | 14704 N Florida Ave | Tampa | 3/13/2003 |
| 165 | PCH2683 | 1910 E 7th Ave | Tampa | 3/13/2003 |
| 166 | PCH2827 | 926 E Fowler Ave | Tampa | 12/13/2003 |
| 167 | PCH2877 | 6828 S Macdill Ave | Tampa | 3/12/2003 |
| 168 | PCH2951 | 13305 N 56th St | Tampa | 12/5/2003 |
| 169 | PCH3037 | 4227 Henderson Blvd | Tampa | 3/11/2003 |
| 170 | PCH3140 | 5201 W Laurel St | Tampa | 10/8/2003 |
| 171 | PCH3233 | 5100 Causeway Blvd | Tampa | 1/31/2003 |
| 172 | PCH3234 | 8365 Gunn Hwy | Tampa | 7/2/2003 |
| 173 | PCH3406 | 5204 W Linebaugh Ave | Tampa | 9/12/2003 |
| 174 | PCH3543 | 10950 Sheldon Rd | Tampa | 9/11/2003 |
| 175 | PCH3596 | 14517 Bruce B Downs Blvd | Tampa | 10/23/2003 |
| 176 | PCH3629 | 8220 N Dale Mabry Hwy | Tampa | 2/5/2003 |
| 177 | PCH3709 | 5101 E Busch Blvd | Tampa | 1/2/2003 |
| 178 | PCH3742 | 3120 Williams Rd | Brandon | 5/31/2003 |
| 179 | PCH3806 | 8506 Benjamin Rd | Tampa | 12/10/2003 |
| 180 | PCH3907 | 6303 Linebaugh Ave | Tampa | 6/19/2003 |
| 181 | PCH4150 | 5903 Anderson Rd | Tampa | 3/23/2003 |
| 182 | PCH4267 | 3401 Queen Palm Dr | Tampa | 12/13/2003 |
| 183 | PCH4270 | 311 S Brevard Ave | Tampa | 3/5/2003 |
| 184 | PCH4302 | 1700 S Macdill Ave | Tampa | 7/2/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS* | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 185 | PCH4309 | 6532 Gunn Hwy | Tampa | 7/2/2003 |
| 186 | PCH4311 | 14521 Bruce B Downs Blvd | Tampa | 10/23/2003 |
| 187 | PCH4362 | 900 Lithia-Pinecrest Rd | Brandon | 10/18/2003 |
| 188 | PCH4367 | 15484 N Nebraska Ave | Lutz | 7/24/2003 |
| 189 | PCH4507 | 711 W Platt St | Tampa | 3/23/2003 |
| 190 | PCH4579 | 5260 W Eagle Trail Dr | Tampa | 4/17/2003 |
| 191 | PCH4586 | 4606 W Boy Scout Blvd | Tampa | 3/11/2003 |
| 192 | PCH4624 | 16654 N Dale Mabry Hwy | Tampa | 12/5/2003 |
| 193 | PCH4675 | 10419 N 30th St | Tampa | 12/13/2003 |
| 194 | PCH4821 | 2525 N Dale Mabry Hwy | Tampa | 8/6/2003 |
| 195 | PCH4850 | 2426 E 7th Ave | Tampa | 3/13/2003 |
| 196 | PCH4862 | 5250 Eagle Trail Dr | Tampa | 2/3/2003 |
| 197 | PCH5119 | 10940 Sheldon Rd | Tampa | 9/11/2003 |
| 198 | PCH5317 | 6316 78th St | Riverview | 1/31/2003 |
| 199 | PCH5406 | 3204 Bruce B Downs Blvd | Zephyrhills | 9/3/2003 |
| 200 | PCH5571 | 14517 Bruce B Downs Blvd | Tampa | 10/23/2003 |
| 201 | PCH5604 | 16554 N Dale Mabry Hwy | Tampa | 10/24/2003 |
| 202 | PCH5813 | 14523 Bruce B Downs Blvd | Tampa | 10/23/2003 |
| 203 | PCH5817 | 206 Buckingham Pl | Brandon | 7/24/2003 |
| 204 | PCH5824 | 1602 43rd N St | Tampa | 1/31/2003 |
| 205 | PCH5876 | 8355 Gunn Hwy | Tampa | 3/17/2003 |
| 206 | PCH5884 | 5111 Memorial Hwy | Tampa | 6/11/2003 |
| 207 | PCH6015 | 4401 E 7th Ave | Tampa | 1/31/2003 |
| 208 | PCH6170 | 13305 N 56th St | Tampa | 10/24/2003 |
| 209 | PCH6194 | 10930 Sheldon Rd | Tampa | 7/2/2003 |
| 210 | PCH6222 | 14525 Bruce B Downs Blvd | Tampa | 10/23/2003 |
| 211 | PCH6252 | 16622 N Dale Mabry Hwy | Tampa | 12/5/2003 |
| 212 | PCH6260 | 5818 N 56th St | Tampa | 12/11/2003 |
| 213 | PCH6527 | 513 N Tampa St | Tampa | 5/31/2003 |
| 214 | PCH6558 | 16680 N Dale Mabry Hwy | Tampa | 9/13/2003 |
| 215 | PCH6581 | 1220 Kingsway Rd | Brandon | 9/10/2003 |
| 216 | PCH6661 | 4211 W Boy Scout Blvd | Tampa | 9/8/2003 |
| 217 | PCH6915 | 9800 N 56th St | Temple Terrace | 1/2/2003 |
| 218 | PCH6954 | 5406 Hoover Blvd | Tampa | 6/17/2003 |
| 219 | PCH6971 | 3840 N 50th St | Tampa | 3/13/2003 |
| 220 | PCH7065 | 900 Lithia Pinecrest Rd | Brandon | 10/18/2003 |
| 221 | PCH7083 | 3802 West Shore Blvd | Tampa | 3/12/2003 |
| 222 | PCH7128 | 3210 E 7th Ave | Tampa | 1/31/2003 |
| 223 | PCH7210 | 1416 W Kennedy Blvd | Tampa | 1/7/2003 |
| 224 | PCH7272 | 5400 W Gray St | Tampa | 9/8/2003 |
| 225 | PCH7275 | 2604 E 7th Ave | Tampa | 3/22/2003 |
| 226 | PCH7499 | 8508 Benjamin Rd | Tampa | 6/17/2003 |
| 227 | PCH7561 | 2120 S Macdill Ave | Tampa | 3/12/2003 |
| 228 | PCH7603 | 5808 N 56th St | Tampa | 12/5/2003 |
| 229 | PCH7691 | 7010 Benjamin Rd | Tampa | 6/17/2003 |
| 230 | PCH7698 | 809 E Jackson St | Tampa | 3/22/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 231 | PCH7707 | 1401 E Fowler Ave | Tampa | 12/13/2003 |
| 232 | PCH7725 | 14446 N Dale Mabry Hwy | Tampa | 3/11/2003 |
| 233 | PCH7993 | 1602 43rd N St | Tampa | 1/31/2003 |
| 234 | PCH8404 | 13020 N Telecom Pky | Tampa | 8/7/2003 |
| 235 | PCH8434 | 4012 Gunn Hwy | Tampa | 3/11/2003 |
| 236 | PCH8579 | 3207 E 7th Ave | Ybor City | 3/13/2003 |
| 237 | PCH8638 | 9281 N 56th St | Tampa | 3/13/2003 |
| 238 | PCH8758 | 9250 N 56th St | Tampa | 1/2/2003 |
| 239 | PCH8857 | 4809 N Armenia Ave | Tampa | 12/13/2003 |
| 240 | PCH9042 | 9401 Camden Field Pky | Riverview | 5/31/2003 |
| 241 | PCH9102 | 5002 Waters Ave | Tampa | 8/7/2003 |
| 242 | PCH9124 | 5900 E Fowler Ave | Tampa | 9/10/2003 |
| 243 | PCH9160 | 3341 Lithia Pinecrest Rd | Valrico | 9/12/2003 |
| 244 | PCH9234 | 14314 N Dale Mabry Hwy | Tampa | 3/11/2003 |
| 245 | PCH9365 | 5525 W Cypress St | Tampa | 12/10/2003 |
| 246 | PCH9453 | 16606 N Dale Mabry Hwy | Tampa | 12/5/2003 |
| 247 | PCH9718 | 14805 N Dale Mabry Hwy | Tampa | 3/11/2003 |
| 248 | PCH9730 | 1254 Channelside Dr | Tampa | 7/17/2003 |
| 249 | PCHA007 | 109 N Brush St | Tampa | 3/22/2003 |
| 250 | PCHA042 | 2202 N Westshore Blvd | Tampa | 9/8/2003 |
| 251 | PCHA084 | 115 S Dale Mabry | Tampa | 7/17/2003 |
| 252 | PCHA0BD | 102 W Whiting St | Tampa | 10/7/2003 |
| 253 | PCHA0D1 | 600 N Westshore Blvd | Tampa | 9/8/2003 |
| 254 | PCHA0E4 | 3105 W Waters Ave | Tampa | 10/7/2003 |
| 255 | PCHA106 | 3910 Northdale Blvd | Tampa | 7/24/2003 |
| 256 | PCHA11A | 1000 Century Park Dr | Tampa | 10/18/2003 |
| 257 | PCHA138 | 3501 E Frontage Rd | Tampa | 1/7/2003 |
| 258 | PCHA13A | 3505 Frontage Rd | Tampa | 1/7/2003 |
| 259 | PCHA14B | 550 N Reo St | Tampa | 9/8/2003 |
| 260 | PCHA15B | 10630 N 56th St | Tampa | 1/2/2003 |
| 261 | PCHA168 | 4809 E Busch Blvd | Tampa | 1/2/2003 |
| 262 | PCHA16A | 4815 E Busch Blvd | Tampa | 1/2/2003 |
| 263 | PCHA16F | 1933 E Hillsborough Ave | Tampa | 6/17/2003 |
| 264 | PCHA184 | 4902 Eisenhower Blvd | Tampa | 4/15/2003 |
| 265 | PCHA194 | 5215 W Laurel St | Tampa | 1/7/2003 |
| 266 | PCHA1D1 | 324 S Hyde Park Ave | Tampa | 2/11/2003 |
| 267 | PCHA1D5 | 203 N Marion St | Tampa | 6/12/2003 |
| 268 | PCHA1F2 | 11016 N Dale Mabry | Tampa | 7/17/2003 |
| 269 | PCHB012 | 3517 N 40th St | Tampa | 1/31/2003 |
| 270 | PCHB03E | 6201 N 50th St | Tampa | 1/6/2003 |
| 271 | PCHB058 | 6403 N 50th St | Tampa | 1/6/2003 |
| 272 | PCHB05C | 6405 N 50th St | Tampa | 1/6/2003 |
| 273 | PCHB05D | 3014 N US Hwy 301 | Tampa | 10/18/2003 |
| 274 | PCHB05F | 6409 N 50th St | Tampa | 1/6/2003 |
| 275 | PCHB060 | 3016 N Us Hwy 301 | Tampa | 10/18/2003 |
| 276 | PCHB065 | 3018 N Us Hwy 301 | Tampa | 10/18/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 277 | PCHB069 | 3012 N US Hwy 301 | Tampa | 10/18/2003 |
| 278 | PCHB072 | 210 N 12th St | Tampa | 2/3/2003 |
| 279 | PCHB074 | 6307 N 53rd St | Tampa | 1/6/2003 |
| 280 | PCHB08C | 6401 N 54th St | Tampa | 1/6/2003 |
| 281 | PCHB08D | 5101 W Rio Vista Ave | Tampa | 2/5/2003 |
| 282 | PCHB092 | 6507 N 54th St | Tampa | 1/6/2003 |
| 283 | PCHB09A | 6511 N 54th St | Tampa | 1/6/2003 |
| 284 | PCHB0A3 | 6801 N 54th St | Tampa | 1/6/2003 |
| 285 | PCHB0A9 | 4302 W Gandy Blvd | Tampa | 3/5/2003 |
| 286 | PCHB100 | 110 S 11th St | Tampa | 2/3/2003 |
| 287 | PCHB106 | 3507 S 50th St | Tampa | 1/31/2003 |
| 288 | PCHB108 | 4103 W Alva St | Tampa | 7/17/2003 |
| 289 | PCHB184 | 5301 E Hanna Ave | Tampa | 1/6/2003 |
| 290 | PCHB197 | 4726 Eisenhower Blvd | Tampa | 7/31/2003 |
| 291 | PCHB1C1 | 602 N 34th St | Tampa | 7/29/2003 |
| 292 | PCHB1CE | 5400 S Westshore Blvd | Tampa | 2/4/2003 |
| 293 | PCHB1D7 | 5211 W Laurel St | Tampa | 2/3/2003 |
| 294 | PCHB1DE | 5402 E Hanna Ave | Tampa | 1/6/2003 |
| 295 | PCHB200 | 5100 E Hanna Ave | Tampa | 1/6/2003 |
| 296 | PCHB204 | 5101 E Hanna Ave | Tampa | 1/6/2003 |
| 297 | PCHB209 | 5210 E Hanna Ave | Tampa | 1/6/2003 |
| 298 | PCHB214 | 5709 E Hanna Ave | Tampa | 1/6/2003 |
| 299 | PCHB238 | 6362 E Hanna Ave | Tampa | 1/6/2003 |
| 300 | PCHB24D | 4010 W South Ave | Tampa | 10/17/2003 |
| 301 | PCHB26E | 6419 N 50th St | Tampa | 1/6/2003 |
| 302 | PCHB286 | 5602 W Crenshaw St | Tampa | 2/5/2003 |
| 303 | PCHB2DF | 3107 Queen Palm Dr | Tampa | 7/27/2003 |
| 304 | PCHB2FE | 6202 Benjamin Rd | Tampa | 2/5/2003 |
| 305 | PCHB316 | 9311 Solar Dr | Tampa | 3/26/2003 |
| 306 | PCHB32E | 107 N 11th St | Tampa | 2/3/2003 |
| 307 | PCHB330 | 109 S 13th St | Tampa | 2/3/2003 |
| 308 | PCHB367 | 7105 E 6th Ave | Tampa | 1/31/2003 |
| 309 | PCHB376 | 5553 W Waters Ave | Tampa | 2/3/2003 |
| 310 | PCHB379 | 5455 W Waters Ave | Tampa | 2/3/2003 |
| 311 | PCHB3EB | 5307 E Hanna Ave | Tampa | 1/6/2003 |
| 312 | PCHB3FE | 109 N Meridian Ave | Tampa | 2/3/2003 |
| 313 | PCHB46C | 114 S Meridian St | Tampa | 2/3/2003 |
| 314 | PCHB486 | 7532 Malta Ln | Tampa | 6/17/2003 |
| 315 | PCHB4A3 | 6900 E Adamo Dr | Tampa | 1/31/2003 |
| 316 | PCHB504 | 8509 Sunstate St | Tampa | 2/3/2003 |
| 317 | PCHB54E | 5102 S Westshore Blvd | Tampa | 2/4/2003 |
| 318 | PCHB580 | 4913 W Laurel St | Tampa | 2/3/2003 |
| 319 | PCHB5A9 | 8102 Woodland Center Blvd | Tampa | 3/23/2003 |
| 320 | PCHB5FE | 5010 E Hanna Ave | Tampa | 1/6/2003 |
| 321 | PCHB608 | 11710 N 51st St | Tampa | 1/2/2003 |
| 322 | PCHB60E | 5310 E Hanna Ave | Tampa | 1/6/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS* | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 323 | PCHB63A | 4700 E Whiteway Dr | Tampa | 1/2/2003 |
| 324 | PCHB679 | 5452 W Crenshaw St | Tampa | 2/5/2003 |
| 325 | PCHB6AE | 5209 S 24th Ave | Tampa | 1/31/2003 |
| 326 | PCHB6B5 | 5301 N 53rd St | Tampa | 1/2/2003 |
| 327 | PCHB6D7 | 4701 E Acline Dr | Tampa | 1/31/2003 |
| 328 | PCHB6EF | 302 N Frontage Rd | Plant City | 10/14/2003 |
| 329 | PCHB711 | 5206 W Waters Ave | Tampa | 5/31/2003 |
| 330 | PCHB720 | 6360 E Hanna Ave | Tampa | 1/6/2003 |
| 331 | PCHB722 | 3715 E 7th Ave | Tampa | 1/31/2003 |
| 332 | PCHB737 | 5555 W Linebaugh Ave | Tampa | 3/11/2003 |
| 333 | PCHB791 | 6106 E Hanna Ave | Tampa | 1/6/2003 |
| 334 | PCHB79E | 7840 Professional Pl | Tampa | 10/23/2003 |
| 335 | PCHB7E8 | 202 N 11th St | Tampa | 2/3/2003 |
| 336 | PCHB821 | 1208 E Kennedy Blvd | Tampa | 2/3/2003 |
| 337 | PCHY068 | 10912 N 56th St | Tampa | 1/2/2003 |
| 338 | PCHY244 | 9340 N 56th St | Temple Terrace | 1/2/2003 |
| 339 | PCHY246 | 10320 N 56th St | Tampa | 1/2/2003 |
| 340 | PCHY280 | 4000 W Kennedy Blvd | Tampa | 7/4/2003 |
| 341 | PCHY618 | 4819 E Busch Blvd | Tampa | 1/2/2003 |
| 342 | PCHZ194 | 11602 N 51st St | Tampa | 1/2/2003 |
| 343 | PCHZ305 | 5463 W Waters Ave | Tampa | 7/24/2003 |
| 344 | PCHZ445 | 111 Bullard Pky | Temple Terrace | 1/2/2003 |
| 345 | PCHZ598 | 402 W Ball St | Plant City | 6/17/2003 |
| 346 | PCP0056 | 9965 18th N St | St. Petersburg | 7/29/2003 |
| 347 | PCP0227 | 6661 54th N Ave | St. Petersburg | 5/3/2003 |
| 348 | PCP0269 | 4902 Creekside Dr | Clearwater | 3/10/2003 |
| 349 | PCP0314 | 4174 Woodlands Pky | Palm Harbor | 3/9/2003 |
| 350 | PCP0451 | 5350 Tech Data Dr | Clearwater | 3/6/2003 |
| 351 | PCP0463 | 1235 Central Ave | St. Petersburg | 3/12/2003 |
| 352 | PCP0544 | 1300 Highland S Ave | Clearwater | 6/17/2003 |
| 353 | PCP0748 | 13555 49th N St | Clearwater | 7/29/2003 |
| 354 | PCP0810 | 630 Pasadena S Ave | St. Petersburg | 4/25/2003 |
| 355 | PCP1053 | 6950 112th Cir | Largo | 8/6/2003 |
| 356 | PCP1285 | 4790 140th N Ave | Clearwater | 3/5/2003 |
| 357 | PCP1369 | 2160 Sunnydale Blvd | Clearwater | 6/17/2003 |
| 358 | PCP1372 | 2322 Lake Ave | Largo | 2/20/2003 |
| 359 | PCP1439 | 4168 Woodlands Pky | Palm Harbor | 7/2/2003 |
| 360 | PCP1441 | 8855 9th N St | St. Petersburg | 5/3/2003 |
| 361 | PCP1495 | 2924 Central Ave | St. Petersburg | 3/12/2003 |
| 362 | PCP1601 | 9401 N 9th St | St. Petersburg | 9/9/2003 |
| 363 | PCP1644 | 4500 140th N Ave | Clearwater | 3/5/2003 |
| 364 | PCP1746 | 5731 Rio Vista Dr | Clearwater | 3/6/2003 |
| 365 | PCP1780 | 2469 Sunset Point Rd | Clearwater | 7/28/2003 |
| 366 | PCP1821 | 2569 Countryside Blvd | Clearwater | 3/14/2003 |
| 367 | PCP1914 | 205 9th St | St. Petersburg | 12/12/2003 |
| 368 | PCP2053 | 4000 N Park St | St. Petersburg | 6/17/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 369 | PCP2158 | 4035 Tampa Rd | Oldsmar | 1/7/2003 |
| 370 | PCP2323 | 8080 118th N Ave | Largo | 12/3/2003 |
| 371 | PCP2494 | 1660 S Missouri Ave | Clearwater | 11/12/2003 |
| 372 | PCP2538 | 557 Park St | Dunedin | 11/14/2003 |
| 373 | PCP2637 | 4707 140th N Ave | Clearwater | 3/5/2003 |
| 374 | PCP2920 | 7751 Dr Martin Luther King Jr N St | St. Petersburg | 9/9/2003 |
| 375 | PCP2953 | 4707 140th N Ave | Clearwater | 3/5/2003 |
| 376 | PCP3197 | W Bay Dr | Largo | 9/12/2003 |
| 377 | PCP3650 | 513 N Belcher Rd | Clearwater | 7/2/2003 |
| 378 | PCP3676 | 4033 Tampa Rd | Oldsmar | 1/7/2003 |
| 379 | PCP3907 | 11001 49th N St | St. Petersburg | 12/30/2003 |
| 380 | PCP3968 | 14433 Myerlake Cir | Clearwater | 3/6/2003 |
| 381 | PCP4518 | 1001 S Myrtle Ave | Clearwater | 7/15/2003 |
| 382 | PCP4646 | 3201 5th N Ave | St. Petersburg | 12/20/2003 |
| 383 | PCP4712 | 14055 46th N St | Clearwater | 4/15/2003 |
| 384 | PCP4753 | 6231 66th St | Pinellas Park | 10/9/2003 |
| 385 | PCP4843 | 8080 118th N Ave | Largo | 12/3/2003 |
| 386 | PCP4861 | 1219 S Missouri Ave | Clearwater | 11/12/2003 |
| 387 | PCP4926 | 200 Douglas Ave | Dunedin | 6/17/2003 |
| 388 | PCP4935 | 2900 34th S St | St. Petersburg | 9/9/2003 |
| 389 | PCP4962 | 4707 140th N Ave | Clearwater | 3/5/2003 |
| 390 | PCP4980 | 1111 Missouri N Ave | Largo | 11/12/2003 |
| 391 | PCP4995 | 9900 18th N St | St. Petersburg | 7/29/2003 |
| 392 | PCP5019 | 2333 34th S St | St. Petersburg | 9/9/2003 |
| 393 | PCP5049 | 6760 Ulmerton Rd | Largo | 2/6/2003 |
| 394 | PCP5265 | 2565 Blackburn St | Clearwater | 6/17/2003 |
| 395 | PCP5266 | 6911 Bryan Dairy Rd | Largo | 12/12/2003 |
| 396 | PCP5321 | 2150 Palm Harbor Blvd | Palm Harbor | 3/9/2003 |
| 397 | PCP5784 | 6088 Park Blvd | Pinellas Park | 12/30/2003 |
| 398 | PCP5951 | 25961 US Hwy 19 N | Clearwater | 11/14/2003 |
| 399 | PCP6053 | 1780 102nd N Ave | St. Petersburg | 8/6/2003 |
| 400 | PCP6091 | 3166 Tampa Rd | Oldsmar | 6/25/2003 |
| 401 | PCP6109 | 2901 Rigsby Ln | Safety Harbor | 8/14/2003 |
| 402 | PCP6136 | 3350 Ulmerton Rd | St. Petersburg | 1/8/2003 |
| 403 | PCP6194 | 1750 N Belcher Rd | Clearwater | 3/7/2003 |
| 404 | PCP6226 | 5420 Central Ave | St. Petersburg | 4/25/2003 |
| 405 | PCP6252 | 1803 Briar Creek Blvd | Safety Harbor | 11/19/2003 |
| 406 | PCP6506 | 10360 72nd N St | Largo | 2/20/2003 |
| 407 | PCP6569 | 6237 66th St | Pinellas Park | 11/19/2003 |
| 408 | PCP6579 | 6802 22nd N Ave | St. Petersburg | 9/9/2003 |
| 409 | PCP6588 | 2122 Palm Harbor Blvd | Palm Harbor | 3/9/2003 |
| 410 | PCP6673 | 4700 140th N Ave | Clearwater | 3/5/2003 |
| 411 | PCP6683 | 13250 95th N St | Largo | 6/17/2003 |
| 412 | PCP6729 | 5511 Central Ave | St. Petersburg | 1/3/2003 |
| 413 | PCP6763 | 131 4th S Ave | St. Petersburg | 3/12/2003 |
| 414 | PCP6768 | 145 5th N Ave | St. Petersburg | 5/20/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 415 | PCP6771 | 2467 Enterprise Rd | Clearwater | 3/14/2003 |
| 416 | PCP6811 | 971 Virginia Ave | Palm Harbor | 11/14/2003 |
| 417 | PCP6885 | 2119 Central Ave | St. Petersburg | 3/12/2003 |
| 418 | PCP6963 | 4912 Creekside Dr | Clearwater | 3/10/2003 |
| 419 | PCP7057 | 14010 Roosevelt Blvd | Clearwater | 3/6/2003 |
| 420 | PCP7072 | 14004 Roosevelt Blvd | Clearwater | 3/6/2003 |
| 421 | PCP7175 | 2003 Gandy Blvd | St. Petersburg | 2/20/2003 |
| 422 | PCP7219 | 11813 44th N St | Clearwater | 3/5/2003 |
| 423 | PCP7238 | 32100 US Hwy 19 N | Palm Harbor | 2/5/2003 |
| 424 | PCP7392 | 13144 Park Blvd | Seminole | 5/8/2003 |
| 425 | PCP7507 | 2440 State Road 580 | Clearwater | 11/19/2003 |
| 426 | PCP7656 | 8080 118th N Ave | Largo | 12/3/2003 |
| 427 | PCP7745 | 18419 US Hwy 19 N | Clearwater | 11/14/2003 |
| 428 | PCP7763 | 2475 N Mcmullen Booth Rd | Clearwater | 8/9/2003 |
| 429 | PCP7792 | 4201 116th N Ter | Clearwater | 2/20/2003 |
| 430 | PCP7830 | 125 Patricia Ave | Dunedin | 6/17/2003 |
| 431 | PCP7869 | 5100 Ulmerton Rd | Clearwater | 2/6/2003 |
| 432 | PCP7895 | 6020 Park Blvd | Pinellas Park | 7/7/2003 |
| 433 | PCP7921 | 1790 Commerce N Ave | St. Petersburg | 7/29/2003 |
| 434 | PCP8052 | 6500 121st Ave | Largo | 7/10/2003 |
| 435 | PCP8124 | 2820 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 436 | PCP8136 | 6200 9th N St | St. Petersburg | 9/9/2003 |
| 437 | PCP8156 | 7253 Central Ave | St. Petersburg | 7/8/2003 |
| 438 | PCP8181 | 1595 Seminole Blvd | Largo | 11/12/2003 |
| 439 | PCP8220 | 8080 118th N Ave | Largo | 12/3/2003 |
| 440 | PCP8707 | 656 Douglas E Rd | Oldsmar | 6/17/2003 |
| 441 | PCP8723 | 8410 4th N St | St. Petersburg | 12/30/2003 |
| 442 | PCP8741 | 954 1st N Ave | St. Petersburg | 3/12/2003 |
| 443 | PCP8990 | 2066 Tyrone N Blvd | St. Petersburg | 9/9/2003 |
| 444 | PCP9032 | 2198 Coachman NE Rd | Clearwater | 3/7/2003 |
| 445 | PCP9069 | 297 Scarlet Blvd | Oldsmar | 4/15/2003 |
| 446 | PCP9222 | 8080 118th N Ave | Largo | 12/3/2003 |
| 447 | PCP9253 | 2524 1/2 N 30th Ave | St. Petersburg | 12/20/2003 |
| 448 | PCP9335 | 26220 Us Highway 19 N | Clearwater | 11/14/2003 |
| 449 | PCP9450 | 1400 S Missouri Ave | Clearwater | 11/12/2003 |
| 450 | PCP9473 | 1600 Dr Martin Luther King Jr S St | St. Petersburg | 12/3/2003 |
| 451 | PCP9496 | 8080 118th N Ave | Largo | 12/3/2003 |
| 452 | PCP9523 | 12900 34th N St | Clearwater | 8/6/2003 |
| 453 | PCP9733 | 3350 Ulmerton Rd | St. Petersburg | 1/8/2003 |
| 454 | PCP9792 | 145 4th Ave | St. Petersburg | 3/12/2003 |
| 455 | PCP9888 | 725 Virginia St | Dunedin | 3/14/2003 |
| 456 | PCP9889 | 2750 Sunset Point Rd | Clearwater | 5/14/2003 |
| 457 | PCP9898 | 11236 N 47th St | Clearwater | 3/10/2003 |
| 458 | PCPA009 | 13921 Icot Blvd | Clearwater | 3/6/2003 |
| 459 | PCPA019 | 26750 US Hwy 19 | Clearwater | 2/21/2003 |
| 460 | PCPA05A | 35111 N Us Hwy 19 | Palm Harbor | 5/17/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR * SERIAL NUMBERS | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 461 | PCPA076 | 5900 Central Ave | St. Petersburg | 1/3/2003 |
| 462 | PCPA094 | 780 Carillon Pky | St. Petersburg | 2/11/2003 |
| 463 | PCPA09B | 12425 28th N St | St. Petersburg | 3/6/2003 |
| 464 | PCPA09F | 15950 Bay Vista Dr | Clearwater | 3/6/2003 |
| 465 | PCPA0D2 | 28059 US Hwy 19 N | Clearwater | 12/12/2003 |
| 466 | PCPA0EB | 5771 Roosevelt Blvd | Clearwater | 3/6/2003 |
| 467 | PCPA0F3 | 2420 Enterprise Rd | Clearwater | 3/14/2003 |
| 468 | PCPA110 | 28163 US Hwy 19 N | Clearwater | 12/12/2003 |
| 469 | PCPA114 | 1674 Belcher Rd | Clearwater | 3/7/2003 |
| 470 | PCPA116 | 1875 N Belcher Rd | Clearwater | 3/7/2003 |
| 471 | PCPA11E | 1831 N Belcher Rd | Clearwater | 3/7/2003 |
| 472 | PCPA13B | 10051 N 5th St | St. Petersburg | 8/16/2003 |
| 473 | PCPB012 | 10930 Endeavor Way | Largo | 7/7/2003 |
| 474 | PCPB046 | 8810 Enterprise Blvd | Largo | 8/19/2003 |
| 475 | PCPB06E | 1990 Lake Ave | Largo | 2/20/2003 |
| 476 | PCPB078 | 2250 Lake Ave | Largo | 2/20/2003 |
| 477 | PCPB0A4 | 4522 107th Cir | Clearwater | 3/10/2003 |
| 478 | PCPB0AB | 4651 107th Cir | Clearwater | 3/10/2003 |
| 479 | PCPB0AC | 3340 Scherer Dr | St. Petersburg | 1/8/2003 |
| 480 | PCPB0BB | 10800 N 47th St | Clearwater | 3/10/2003 |
| 481 | PCPB0C0 | 4820 N 122nd Ave | Clearwater | 3/10/2003 |
| 482 | PCPB0C9 | 10650 72nd St | Largo | 2/20/2003 |
| 483 | PCPB0E3 | 12087 N 62nd St | Largo | 2/20/2003 |
| 484 | PCPB13F | 4900 Creekside Dr | Clearwater | 3/10/2003 |
| 485 | PCPB148 | 4825 140th N Ave | Clearwater | 3/5/2003 |
| 486 | PCPB14E | 13130 56th Ct | Clearwater | 3/7/2003 |
| 487 | PCPB19E | 14100 58th N St | Clearwater | 3/6/2003 |
| 488 | PCPB1AF | 4481 N 107th Cir | Clearwater | 3/10/2003 |
| 489 | PCPB1C5 | 13131 56th Ct | Clearwater | 3/7/2003 |
| 490 | PCPB1D6 | 14155 N 58th St | Clearwater | 3/6/2003 |
| 491 | PCPB1F5 | 4600 140th N Ave | Clearwater | 3/5/2003 |
| 492 | PCPB203 | 2810 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 493 | PCPB209 | 2860 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 494 | PCPB210 | 2830 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 495 | PCPB214 | 2840 N Scherer Dr | St. Petersburg | 2/6/2003 |
| 496 | PCPB241 | 6360 N 118th Ave | Largo | 6/17/2003 |
| 497 | PCPB245 | 10900 N 47th St | Clearwater | 3/10/2003 |
| 498 | PCPB248 | 10600 47th N St | Clearwater | 12/20/2003 |
| 499 | PCPB28E | 10525 N 49th St | Clearwater | 2/6/2003 |
| 500 | PCPB29C | 12011 N 49th St | Clearwater | 3/10/2003 |
| 501 | PCPB2AD | 10461 75th St | Seminole | 11/19/2003 |
| 502 | PCPB2B4 | 2140 Sunnydale Blvd | Clearwater | 5/14/2003 |
| 503 | PCPB2B7 | 4477 N 122nd Ave | Clearwater | 3/5/2003 |
| 504 | PCPB2C1 | 10640 N 47th St | Clearwater | 11/18/2003 |
| 505 | PCPB2C9 | 12910 Automobile Blvd | Clearwater | 3/5/2003 |
| 506 | PCPB2CD | 12890 Automobile Blvd | Clearwater | 3/5/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS* | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 507 | PCPB2D1 | 12880 Automobile Blvd | Clearwater | 3/5/2003 |
| 508 | PCPB2D6 | 12300 Automobile Blvd | Clearwater | 3/5/2003 |
| 509 | PCPB2EA | 14375 N Myerlake Cir | Clearwater | 3/6/2003 |
| 510 | PCPB2EC | 12900 Automobile Blvd | Clearwater | 3/5/2003 |
| 511 | PCPB2EE | 14044 Icot Blvd | Clearwater | 3/6/2003 |
| 512 | PCPB2F1 | 12920 Automobile Blvd | Clearwater | 3/5/2003 |
| 513 | PCPB2FF | 13160 56th Ct | Clearwater | 3/7/2003 |
| 514 | PCPB302 | 13190 56th Ct | Clearwater | 3/7/2003 |
| 515 | PCPB304 | 13191 56th Ct | Clearwater | 3/7/2003 |
| 516 | PCPB31C | 9400 N International Ct | St. Petersburg | 10/18/2003 |
| 517 | PCPB31D | 14201 N Myerlake Cir | Clearwater | 3/6/2003 |
| 518 | PCPB32B | 12600 S Belcher Rd | Largo | 4/25/2003 |
| 519 | PCPB32D | 14421 N Myerlake Cir | Clearwater | 3/6/2003 |
| 520 | PCPB32E | 13080 S Belcher Rd | Largo | 2/20/2003 |
| 521 | PCPB334 | 11999 N 49th St | Clearwater | 2/6/2003 |
| 522 | PCPB337 | 12003 N 49th St | Clearwater | 3/10/2003 |
| 523 | PCPB340 | 12167 49th N St | Clearwater | 11/18/2003 |
| 524 | PCPB34A | 13710 49th N St | Clearwater | 2/6/2003 |
| 525 | PCPB36F | 12420 N 73rd Ct | Largo | 4/23/2003 |
| 526 | PCPB3CB | 5777 Myerlake Cir | Clearwater | 3/6/2003 |
| 527 | PCPB3D0 | 11601 Roosevelt Blvd | St. Petersburg | 3/10/2003 |
| 528 | PCPB3EC | 4521 107th Cir | Clearwater | 3/10/2003 |
| 529 | PCPB438 | 12101 31st Ct | St. Petersburg | 7/10/2003 |
| 530 | PCPB466 | 13555 49th N St | Clearwater | 7/28/2003 |
| 531 | PCPB47C | 371 Roberts Rd | Oldsmar | 6/25/2003 |
| 532 | PCPB483 | 13805 N 58th St | Clearwater | 3/10/2003 |
| 533 | PCPB49A | 1954 Carroll St | Clearwater | 8/20/2003 |
| 534 | PCPB4C2 | 13770 Automobile Blvd | Clearwater | 3/5/2003 |
| 535 | PCPB4D7 | 13925 N 58th St | Clearwater | 3/10/2003 |
| 536 | PCPB4D8 | 4701 N 95th St | St. Petersburg | 7/15/2003 |
| 537 | PCPB51C | 4908 Creekside Dr | Clearwater | 3/10/2003 |
| 538 | PCPB52B | 3051 Tech Dr | St. Petersburg | 1/8/2003 |
| 539 | PCPB53B | 1009 Eldridge St | Clearwater | 6/26/2003 |
| 540 | PCPB55F | 2870 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 541 | PCPB563 | 12099 N 44th St | Clearwater | 3/5/2003 |
| 542 | PCPB564 | 2850 N Scherer Dr | St. Petersburg | 1/8/2003 |
| 543 | PCPB567 | 16333 Bay Vista Dr | Clearwater | 3/6/2003 |
| 544 | PCPB597 | 14042 66th N St | Largo | 2/20/2003 |
| 545 | PCPB5AD | 11116 N 47th St | Clearwater | 3/10/2003 |
| 546 | PCPB5AE | 10601 47th N St | Clearwater | 3/10/2003 |
| 547 | PCPB5B6 | 2075 Sunnydale Blvd | Clearwater | 3/7/2003 |
| 548 | PCPB5F9 | 6360 N 118th Ave | Largo | 5/14/2003 |
| 549 | PCPB60D | 1400 4th S St | St. Petersburg | 12/12/2003 |
| 550 | PCPB637 | 4911 Creekside Dr | Clearwater | 3/10/2003 |
| 551 | PCPP999 | 14440 Myerlake Cir | Clearwater | 3/6/2003 |
| 552 | PCPY060 | 2200 4th N St | St. Petersburg | 9/8/2003 |

* CoStar Serial Numbers Refer to Images on CD/DVD

| # | COSTAR SERIAL NUMBERS | DIRECTION | | PUBLICATION DATE (on or about) |
|---|---|---|---|---|
| 553 | PCPY152 | 7850 Ulmerton Rd | Largo | 2/6/2003 |
| 554 | PCPY160 | 4326 Park Blvd | Pinellas Park | 2/6/2003 |
| 555 | PCPY253 | 13825 Icot Blvd | Clearwater | 3/6/2003 |
| 556 | PCPY257 | 13770 N 58th St | Clearwater | 3/10/2003 |
| 557 | PCPY313 | 13922 N 58th St | Clearwater | 3/10/2003 |
| 558 | PCPY657 | 13100 56th Ct | Clearwater | 3/7/2003 |
| 559 | PCPY795 | 5585 Rio Vista Dr | Clearwater | 3/6/2003 |
| 560 | PCZ0351 | 15439 Us Highway 301 | Dade City | 7/24/2003 |
| 561 | PCZ0796 | 1734 County Road 581 | Wesley Chapel | 9/3/2003 |
| 562 | PCZ1747 | 1929 Grand Blvd | Holiday | 2/24/2003 |
| 563 | PCZ2180 | 21613 State Road 54 | Lutz | 2/26/2003 |
| 564 | PCZ2228 | 1515 Gunn Hwy | Odessa | 2/26/2003 |
| 565 | PCZ3107 | 8101 State Road 54 | New Port Richey | 2/24/2003 |
| 566 | PCZ4396 | 6416 Massachusetts Ave | New Port Richey | 8/7/2003 |
| 567 | PCZ4769 | 1920 Gunn Hwy | Odessa | 2/26/2003 |
| 568 | PCZ5719 | 5417 Grand Blvd | New Port Richey | 2/24/2003 |
| 569 | PCZ5833 | 1806 Gunn Hwy | Odessa | 2/26/2003 |
| 570 | PCZ6131 | 7850 Massachusetts Ave | New Port Richey | 8/7/2003 |
| 571 | PCZ6790 | 5462 Grand Blvd | New Port Richey | 2/24/2003 |
| 572 | PCZ6920 | 11515 Prosperous Dr | Odessa | 12/10/2003 |
| 573 | PCZ6938 | 8215 State Road 54 | New Port Richey | 2/24/2003 |
| 574 | PCZ7445 | 5010 Mile Stretch Dr | Holiday | 2/24/2003 |
| 575 | PCZ7718 | 1842 Gunn Hwy | Odessa | 2/26/2003 |
| 576 | PCZ7860 | 3351 Grand Blvd | Holiday | 2/24/2003 |
| 577 | PCZ8516 | 5535 Grand Blvd | New Port Richey | 2/24/2003 |
| 578 | PCZ9261 | 8133 State Road 54 | New Port Richey | 2/24/2003 |
| 579 | PCZ9318 | 4738 Grand Blvd | New Port Richey | 2/24/2003 |
| 580 | PCZ9424 | 5509 Grand Blvd | New Port Richey | 2/24/2003 |
| 581 | PCZ9796 | 5610 Grand Blvd | New Port Richey | 2/24/2003 |
| 582 | PCZ9984 | 3702 Land O Lakes Blvd | Land O Lakes | 2/26/2003 |
| 583 | PCZ9991 | 11505 Perpetual Dr | Odessa | 9/11/2003 |