Klein & Heuchan, Inc. v. CoStar Realty Information, Inc. et al

Doc. 69 Att. 1

# Exhibit 4

Dockets.Justia.com

Scott Bell - Coldwell Banker Commercial NRT

log out

### 8619 New York Ave - Amies Mini Storage
Hudson, FL 34667 - Pasco County Ind Submarket
Sale on 05/20/2005 for $1,400,000 ($34.48/SF) - Research Complete
40,605 SF, Class C Self-Storage Building Built in 1987

| | | |
|---|---|---|
| home page | sale transaction | property |
| 6 of 7 | map/aerial | demographics |

| | contacts | images |
|---|---|---|
| | analytic | tenant |

**sale contacts**

| | | | | |
|---|---|---|---|---|
| results table | Recorded Buyer: | **Charles T Winheim** | Recorded Seller: | **Wolfies Inc** |
| print reports | | 8619 New York Ave | | 8619 New York Ave |
| change criteria | | Hudson, FL 34667 | | Hudson, FL 34667 |
| show criteria | | (727) 862-6016 | | (813) 309-8045 |
| | | | Seller Contact: | **Brian Wolfe** |

**transaction details**

| | | | | |
|---|---|---|---|---|
| save survey | Sale Date: | 05/20/2005 | | |
| add records | Sale Price: | $1,400,000 - Confirmed | | |
| remove record | Asking Price: | - | Bldg Type: | **Self-Storage** |
| | Price/SF: | $34.48 | Year Built/Age: | **Built 1987 Age: 18** |
| comps search | Price/AC Land Gross: | $441,640.38 ($10.14/SF) | RBA: | 40,605 SF |
| my surveys | | | Land Area: | 3.17 AC (138,085 SF) |
| lookup comps | Percent Leased: | - | Percent Improved: | 95.7% |
| | Buyer Cap Rate: | - | Total Value Assessed: | $1,114,584 in 2004 |
| update data | Sale Conditions: | - | Improved Value Assessed: | $1,067,114 |
| suggestions | Transfer Tax: | $9,800 | Land Value Assessed: | $47,470 |
| support | | | Land Assessed/AC: | $14,974 |
| | Financing: | **Lender Not available** | | |
| | Crane: | - | Stories: | 1 |
| | Column Spacing: | - | Ceiling Height: | - |
| | Levelators: | **None** | Cross Docks: | - |
| | Drive Ins: | - | Loading Docks: | **None** |
| | Rail Spots: | **None** | Const Type: | - |
| | Zoning: | **C2, County** | Sprinklers: | - |
| | | | Rail Line: | **None** |
| | Legal Desc: | Lot 5, Blk 2, Gulf Coast Acres Unit 4, Plat Bk 5 Pg 87 | | |
| | Parcel No: | 23-24-16-0060-00200-0050 | | |
| | Document No: | 6394-0999 | | |

Bell
EXHIBIT NO. 6
8-20-09
J. WILKES

**transaction notes**

Wolfies Inc c/o Brian Wolfe

* **Number of Units:** The buyer confirmed that there are 300 storage units.
* **Market Time:** The buyer confirmed that the property was not on the market at the time of the sale; the buyer approached the seller directly.

My Notes:

[add a note]

My Docs: NONE

[attach a file]

**research & sources**

CoStar Research: Deepa Parija
(800) 442-9768 phone
(888) 265-1364 fax

Last Updated: 11/19/2005
[update date]

Publication Date: 10/21/2005

Comp ID: 1049284

Copyright ©2002-2007 CoStar Realty Information, Inc. All rights reserved.
By using this site, you agree to our Terms of Use

Contact CoStar