Klein & Heuchan, Inc. v. CoStar Realty Information, Inc. et al

Doc. 69 Att. 12

# Exhibit 5

Dockets.Justia.com

## Scott Bell

**From:** Scott Bell [scottbell@kleinandheuchan.com]
**Sent:** Wednesday, January 31, 2007 5:15 PM
**To:** Tracy McMurray (tmcmurray@ashberrywater.com)
**Subject:** 5126 Lois Ave
**Attachments:** TAMPA WAREHOUSE - 1-31-07.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Tracy,

I have attached a few reports for the warehouse we saw today. The timing may provide an opportunity for you.

C. Scott Bell

Klein and Heuchan Inc.
Office 727-441-1951
Fax 727-449-1724

Bell
EXHIBIT NO. 11
8-20-09
J. WILKES

# 18,504 SF Showroom/Office/Warehouse

5126 S. Lois Avenue, Tampa, FL 33611

FOR LEASE/SALE

**Available for Lease or Sale**

- South Tampa Location, just south of Gandy Blvd.
- Showroom/Office/Warehouse
- Grade Level & Dock High Loading
- Services both Hillsborough & Pinellas Counties

Mark McKell
813.221.2290
mmckell@colliersarnold.com

Colliers Arnold
4350 W. Cypress Street, Suite 300
Tampa, Florida 33607
Tel: 813.221.2290
www.colliersarnold.com

Sales & Leasing | Investment | Property Management | Site Selection | Valuation | Consulting

Information contained herein has been obtained from the owners or from other sources deemed reliable. We have no reason to doubt its accuracy but regret we cannot guarantee it. All properties subject to change or withdrawal without notice.

# 18,504 SF Showroom/Office/Warehouse

5126 S. Lois Avenue, Tampa, FL 33611



Mark McKell
813.221.2290
mmckell@colliersarnold.com

Colliers Arnold
4350 W. Cypress Street, Suite 300
Tampa, Florida 33607
Tel: 813.221.2290
www.colliersarnold.com



Information contained herein has been obtained from the owners or from other sources deemed reliable. We have no reason to doubt its accuracy but regret we cannot guarantee it. All properties subject to change or withdrawal without notice

CoStar Property® Page 1 of 1

log out

# 5126 Lois Ave

**Tampa, FL 33611 - SW Hillsborough Ind Submarket**
18,833 SF Class B Showroom Building Built in 1958
Property is for sale at $1,875,000 ($99.56/SF)

home page | for sale map/aerial | company comps | images tenant | analytic public record
2 of 2
results table | subject property | market analysis
print reports
change criteria
show criteria
save survey
add records
remove record
lookup for sale
new search
my surveys
update data
suggestions
support

**For full Sales COMP information click on the Costar COMPS Logo.**

**sale contacts**

Recorded Buyer: **5126 S. Lois Ave, LLC**
P.O. Box 1969
Tampa, FL 33601
(813) 221-3900
Buyer Contact: **Jonathan Jennewein**

Recorded Seller: **Kenneth & Hilma Fisher**
13215 McIntosh Rd
Thonotosassa, FL 33592
(813) 986-8616

**transaction details**

Sale Date: **03/15/2006**
Sale Price: **$1,375,000 - Full Value**
Asking Price: -
Price/SF: **$73.01**
Price/AC Land Gross: **$1,285,046.73 ($29.50/SF)**

Percent Leased: -
Buyer Cap Rate: -
Sale Conditions: -
Transfer Tax: **$9,625**

Bldg Type: **Showroom**
Year Built/Age: **Built 1958 Age: 48**
RBA: **18,833 SF**
Land Area: **1.07 AC (46,609 SF)**

Percent Improved: **72.1%**
Total Value Assessed: **$667,182 in 2005**
Improved Value Assessed: **$480,870**
Land Value Assessed: **$186,312**
Land Assessed/AC: **$174,123**

Financing: **Down payment of $275,000 (20.0%)**
**$1,100,000 from Private Lender: 4.50%,: due in 1 yrs**

**research & sources**

CoStar Research: **Shana Wilson**
**(800) 825-9330** *phone*
**(800) 825-9330** *fax*

Last Updated: **07/25/2006**
update data

Publication Date: **07/25/2006**

Comp ID: 1134715

Copyright ©2000-2007 CoStar Realty Information, Inc. All rights reserved.
By using this site, you agree to our Terms of Use

Contact CoStar

http://property.costar.com/exchange/Detail/Detail.aspx?t=7&id=142347&wait=y 1/31/2007



log out

## 5126 Lois Ave

**Tampa, FL 33611 - SW Hillsborough Ind Submarket**
18,833 SF Class B Showroom Building Built in 1958
Property is for sale at $1,875,000 ($99.56/SF)

home page | for sale | company | images | analytic
2 of 2 | map/aerial | **comps** | tenant | public record

subject property | **market analysis** | Show: ◉ list view ○ map view Show Search Criteria

results table
print reports
change criteria
show criteria
save survey
add records
remove record
lookup for sale
new search
my surveys
update data
suggestions
support

| Address | City | Year Blt | RBA | Sale Date | Price/SF | Sale Price | Type | Buyer | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 4912 S Lois Ave | Tampa | 1974 | 27,129 | 5/7/2004 | 36.68 | 995,000 | Industrial | Triage Consi... | 0.22 |
| 4307 S Dale Mabry Hwy | Tampa | 1966 | 20,000 | 12/6/2005 | 111.17 | 2,223,400 | Industrial | South Dale M... | 1.54 |
| 7501 Interbay Blvd | Tampa | 1968 | 29,780 | 12/14/2005 | 53.73 | 1,600,000 | Industrial | Par Plus Ente... | 2.54 |
| 311 S Dakota Ave | Tampa | 1927 | 12,000 | 8/4/2005 | 125.00 | 1,500,000 | Industrial | Post Apartme... | 6.89 |
| 5101 W Lemon St | Tampa | 1965 | 15,237 | 9/27/2004 | 194.82 | 2,968,500 | Industrial | First Group Inc | 6.90 |
| 1018 N Ward St | Tampa | 1971 | 15,456 | 8/1/2005 | 85.40 | 1,320,000 | Industrial | Frederick & L... | 7.10 |
| 4914 W Laurel St | Tampa | 1979 | 15,050 | 2/28/2005 | 132.89 | 2,000,000 | Industrial | Westgate Ap... | 7.46 |
| 5415 W Laurel St | Tampa | 1965 | 23,890 | 5/10/2006 | 136.04 | 3,250,000 | Industrial | Xcellence, LLC | 7.52 |
| 502 Channelside Dr | Tampa | 1977 | 11,012 | 9/15/2005 | 168.00 | 1,850,000 | Industrial | SID Channel... | 8.66 |
| 107 N 11th St | Tampa | 1944 | 29,672 | 1/20/2006 | 47.88 | 1,420,600 | Industrial | Novare Chan... | 9.22 |

Copyright ©2000-2007 CoStar Realty Information, Inc. All rights reserved.
By using this site, you agree to our Terms of Use

Contact CoStar



log out

**5126 Lois Ave**

**Tampa, FL 33611 - SW Hillsborough Ind Submarket**
18,833 SF Class B Showroom Building Built in 1958
Property is for sale at $1,875,000 ($99.56/SF)

home page
2 of 2
results table
print reports
change criteria
show criteria
save survey
add records
remove record
lookup for sale
new search
my surveys
update data
suggestions
support

**for sale** | company | images | analytic
map/aerial | comps | tenant | public record

**investment information**

For Sale Price: **$1,875,000**
Price/SF: **$99.56**
Cap Rate: -

Sale Status: **Active**
Sale Type: **Owner/User**
Sale Conditions: -

Days on Market: **405**

Attachment: **Marketing Brochure/Flyer**

**listing broker**

**Colliers Arnold**
4350 W Cypress St
Suite 300
Tampa, FL 33607
(813) 221-2290

COLLIERS ARNOLD

**Mark McKell**
Industrial Broker
(813) 221-2290 ext. 137 *phone*
(813) 224-9403 *fax*

**industrial information**

Bldg Type: **Showroom**
Bldg Status: **Built 1958**
Total Avail: **18,833 SF**
Warehouse Avail: **18,833 SF**
Office Avail: **0 SF**
Bldg Vacant: **0 SF**
Max Contig: **18,833 SF**
Smallest Space: **18,833 SF**

Rent/SF/yr: **$8.50**
Class: **B**
Stories: **1**
Owner Type: -
Owner Occupied: -
Tenancy: **Single**

RBA: **18,833 SF**
% Leased: **100.0%**
Building FAR: **0.40**
Zoning: **CI**
CAM: -
Land Area: **1.07 AC**
Lot Dimensions: **154x299**

Ceiling Height: **16'0"-20'0"**
Column Spacing: -
Const Type: **Masonry**
Rail Spots: -

Crane: -
Loading Docks: **2 ext (bldg. total)**
Drive Ins: **1 (total)**
Rail Line: -

Cross Docks: -
Levelators: -
Sprinklers: **Wet**

**location information**

Metro Market: **Tampa/St Petersburg**
Submarket: **Central Hillsborough Ind/SW Hillsborough Ind**
County: **Hillsborough**
Map(Page): **American Map Corp 6252-E3**

**space availability**

**all spaces** | listing summary | space summary

| Floor | Use | Type | SF Avail | Flr Ctg | Bldg Ctg | Rent/SF/yr | Occupancy | Listing Company |
|---|---|---|---|---|---|---|---|---|
| E 1st | Warehse | Direct | 18,833 | 18,833 | 18,833 | $8.50/nnn | 60 Days | Colliers Arnold |

Property ID: 1300402

Copyright ©2000-2007 CoStar Realty Information, Inc. All rights reserved.
By using this site, you agree to our Terms of Use

Contact CoStar



log out

# 5126 Lois Ave

**Tampa, FL 33611 - SW Hillsborough Ind Submarket**
18,833 SF Class B Showroom Building Built in 1958
Property is for sale at $1,875,000 ($99.56/SF)

home page | for sale | company | images | analytic
2 of 2 | map/aerial | comps | tenant | **public record**

results table
print reports
change criteria
show criteria
save survey
add records
remove record
lookup for sale
new search
my surveys
update data
suggestions
support

Public record for **5126 Lois Ave** (entire property, not individual unit).

## sales & loan information

Owner: **5126 S Lois Avenue Llc**
Additional Owner: -
Owner Address: **PO BOX 1969 TAMPA, FL 33601**
Owner Phone: -
Previous Owner: **FISHER KENNETH M & HILMA D**

click for larger view

## assessment & tax information

| | | |
|---|---|---|
| Tax Year: **2005** | Assessed Year: **2005** | |
| Tax Amount: **$9,727** | Total Value Assessed: **$385,100** | Total Value Market: **$385,100** |
| Percent Improved: - | Impr Value Assessed: - | Improved Value Market: **$480,870** |
| Tax Code Area: - | Land Value Assessed: - | Land Value Market: **$186,312** |
| | Land Assessed/AC: - | Land Market/AC: - |
| Tax Year: **2004** | Assessed Year: **2004** | |
| Tax Amount: **$9,424** | Total Value Assessed: **$374,700** | Total Value Market: **$374,700** |
| Percent Improved: - | Impr Value Assessed: - | Improved Value Market: **$285,385** |
| Tax Code Area: - | Land Value Assessed: **$116,445** | Land Value Market: **$116,445** |
| | Land Assessed/AC: - | Land Market/AC: - |
| Tax Year: **2003** | Assessed Year: **2003** | |
| Tax Amount: **$9,089** | Total Value Assessed: **$358,700** | Total Value Market: **$358,700** |
| Percent Improved: - | Impr Value Assessed: - | Improved Value Market: **$249,032** |
| Tax Code Area: - | Land Value Assessed: **$104,800** | Land Value Market: **$104,800** |
| | Land Assessed/AC: - | Land Market/AC: - |
| Tax Year: **2002** | Assessed Year: **2002** | |
| Tax Amount: **$8,573** | Total Value Assessed: **$342,000** | Total Value Calc: **$342,000** |
| Percent Improved: - | Impr Value Assessed: - | Improved Value Calc: **$235,832** |
| Tax Code Area: - | Land Value Assessed: **$104,800** | Land Value Calc: **$104,800** |
| | Land Assessed/AC: - | Land Calc/AC: - |

## property address

Property Address: **5126 S Lois Ave Tampa, FL 33611**
County: **Hillsborough**

| | | |
|---|---|---|
| Parcel: **A-09-30-18-ZZZ-0000(** | Zoning: **CI** | Land Use: **Warehouse** |
| Alternate Parcel: **132443-0000** | Census: **0070001001** | State Use: **48** |
| | | County Use: **4830** |
| Township: **30** | Section: **09** | |
| Range: **18** | Quarter Section: - | |

## property information

| | | |
|---|---|---|
| Bldg Square Footag **17,506** | Buildings: **1** | 1st Floor SF: - |
| Stories: **1** | Units: **100** | Basement SF: - |
| Year Built: **1958** | Rooms: **100** | Garage SF: - |
| Effective Year Built: **1980** | Baths: - | Parking Type: - |
| Construction Type: - | Roof Type: **Built Up Tar & Gravel** | Parking Spaces: - |
| Flood Zone: **1201140037C** | Acres: **1.07 AC** | Lot Length: **301** |
| | | Lot Width: **100** |
| Subdivision Plat Boc **41** | Subdivision Plat Pag **13** | Subdivision Track # **ZZZ** |

Subdivision Name: **ACREAGE & UNREC PLATS**
Legal Description: **N 155 FT OF S 625 FT OF W 300.5 FT OF E 325.5 FT OF N 2/3 OF W 1/2 OF NW 1/4**

Copyright ©2000-2007 CoStar Realty Information, Inc. All rights reserved.
By using this site, you agree to our Terms of Use

Contact CoStar