# Exhibit 6

# Scott Bell

| | |
|---|---|
| **From:** | Scott Bell [scottbell@kleinandheuchan.com] |
| **Sent:** | Thursday, August 16, 2007 4:12 PM |
| **To:** | 'msk' |
| **Subject:** | Costar report |
| **Attachments:** | cbdofficemsk.xls |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Here it is.

C. Scott Bell

Klein and Heuchan Inc.
Office 727-441-1951
Fax 727-449-1724

Bell
EXHIBIT NO. 2
8-20-09
J. WILKES

1

| Building Address | Building Name | Building Park | PropertyType | Building Status | Building Class |
|---|---|---|---|---|---|
| 100 S Ashley Dr | Wachovia Center | | Office | Existing | A |
| 400 N Ashley Dr | Rivergate Tower | | Office | Existing | A |
| 601 N Ashley Dr | M & I Bank Plaza | | Office | Existing | B |
| 1000 N Ashley St | The Times Building | | Office | Existing | B |
| 1101 Channelside Dr | Tampa Port Authority | | Office | Existing | A |
| 201 N Franklin St | Tampa City Center | | Office | Existing | A |
| 777 S Harbour Island Blvd | One Harbour Place | | Office | Existing | A |
| 401 E Jackson St | SunTrust Financial Centre | | Office | Existing | A |
| 101 E Kennedy Blvd | Bank of America Plaza | | Office | Existing | A |
| 501 E Kennedy Blvd | One Mack-Cali Center | | Office | Existing | A |
| 220 E Madison St | | | Office | Existing | B |
| 412 E Madison St | Landmark Office Bldg | | Office | Existing | B |
| 100 N Tampa St | 100 North Tampa | | Office | Existing | A |
| 102 W Whiting St | CapTrust | | Office | Existing | B |

| Submarket Cluster | Submarket Name | City | State | Zip | County Name | Year Built | Number Of Stories |
|---|---|---|---|---|---|---|---|
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1985 | 22 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1988 | 31 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1929 | 12 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1972 | 10 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1999 | 4 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1981 | 38 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1985 | 9 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1992 | 35 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1986 | 40 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1981 | 19 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1962 | 9 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1971 | 12 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1992 | 42 |
| Central Tampa | Tampa CBD | Tampa | FL | '33602 | Hillsborough | 1974 | 6 |

| Year Renovated | Number Of Parking Spaces | Parking Ratio | Land Area (AC) | Rentable Building Area |
|---|---|---|---|---|
|  | 385 | 1.3 | 1.1946 | 388325 |
|  |  | 1.15 | 3.9638 | 515965 |
| 1998 |  | 1 |  | 61260 |
| 1996 | 695 | 3.6 | 2.3215 | 178710 |
|  | 262 | 3.48 | 8.82 | 82000 |
| 1993 | 1600 | 1 | 1.0124 | 735030 |
|  |  | 2.5 | 2.31 | 208838 |
|  | 1410 | 1 | 1.0124 | 527237 |
|  | 1250 | 1.58 | 0.9539 | 789636 |
| 1997 | 368 | 1.2 | 1.0172 | 281695 |
| 1994 |  |  | 0.2587 | 78948 |
|  |  | 3.5 | 0.4664 | 100000 |
|  |  | 1 | 0.7486 | 552080 |
| 1996 | 138 | 2.5 | 0.2443 | 46182 |

| Typical Floor Size | Max Building Contiguous Space | Max Floor Contiguous Space | Total Available Space (SF) |
|---|---|---|---|
| 20195 | 23217 | 19778 | 90026 |
| 16644 | 124387 | 16972 | 175762 |
| 5105 | 5105 | 5105 | 15315 |
| 17871 | 17871 | 17871 | 52649 |
| 20500 | 5200 | 5200 | 5451 |
| 16062 | 54434 | 27217 | 167694 |
| 23500 | 10129 | 10129 | 28957 |
| 20000 | 19972 | 19972 | 35955 |
| 20155 | 20828 | 20828 | 111181 |
| 19878 | 23843 | 20943 | 74205 |
| 9300 | 6199 | 6199 | 43582 |
| 16666 | 5229 | 5229 | 23071 |
| 22000 | 16047 | 16047 | 33510 |
| 9185 | 4267 | 4267 | 12487 |

| Direct Available Space | Direct Vacant Space | Sublet Available Space | Sublet Vacant Space | Percent Leased |
|---:|---:|---:|---:|---:|
| 90026 | 94946 | 0 | 0 | 76.82 |
| 175762 | 192125 | 0 | 2000 | 65.94 |
| 15315 | 15315 | 0 | 0 | 75 |
| 52649 | 18163 | 0 | 0 | 89.84 |
| 5200 | 5200 | 251 | 0 | 93.66 |
| 167694 | 167694 | 0 | 0 | 77.19 |
| 23816 | 17820 | 5141 | 5141 | 91.47 |
| 15983 | 15983 | 19972 | 19972 | 96.97 |
| 79723 | 94980 | 31458 | 14919 | 92.67 |
| 74205 | 74205 | 0 | 0 | 73.66 |
| 43582 | 43582 | 0 | 0 | 44.8 |
| 23071 | 23071 | 0 | 0 | 76.93 |
| 22125 | 43696 | 11385 | 17519 | 96.45 |
| 12487 | 12487 | 0 | 0 | 72.96 |

| Average Weighted Rent | Building Tax Expenses | Building Operating Expenses | Sublet Services |
|---|---|---|---|
| 20.93 | 2005 Combined Tax/Ops @ $9.28/sf | 2005 Combined Tax/Ops @ $9.28/sf | |
| 20 | 2005 Tax @ $1.65/sf | 2005 Tax @ $1.65/sf | |
| 15 | | | |
| 21.05 | 2005 Combined Tax/Ops @ $8.52/sf; 2006 Est Ops @ $ | 2005 Combined Tax/Ops @ $8.52/sf; 2006 Est Ops @ $7.59/sf | |
| 20 | 2003 Combined Tax/Ops @ $5.24/sf | 2003 Combined Tax/Ops @ $5.24/sf | |
| 20.98 | 2004 Combined Tax/Ops @ $8.45/sf | 2004 Combined Tax/Ops @ $8.45/sf | |
| 0 | | | |
| 25.5 | | | |
| 24.5 | 2002 Ops @ $9.50/sf, 2003 Est Ops @ $ | 2002 Ops @ $9.50/sf, 2003 Est Ops @ $ | Full Service Gross |
| 22.5 | 2003 Combined Tax/Ops @ $8.20/sf | 2003 Combined Tax/Ops @ $8.20/sf | |
| 15 | | | |
| 14.15 | | | |
| 26.78 | 2002 Ops @ $9.03/sf, 2003 Est Ops @ $ | 2002 Ops @ $9.03/sf, 2003 Est Ops @ $ | Full Service Gross |
| 19 | 1999 Tax @ $1.02/sf | 1999 Tax @ $1.02/sf | |

| Direct Services | Property Manager Name | Developer Name |
|---|---|---|
| Full Service Gross | USAA Real Estate Company | Trammell Crow Company |
| Full Service Gross | America's Capital Partners | Faison |
| Plus Electric | Urban Renewal, LLC | |
| Full Service Gross | Denholtz Associates | |
| Full Service Gross | | R.R. Simmons Construction Corp. |
| Full Service Gross | Jones Lang LaSalle Americas, Inc. | |
| | Highwoods Properties | Lincoln Harris LLC |
| Full Service Gross | Wind Realty Partners | The Landmarks Group |
| Full Service Gross | CB Richard Ellis | Paragon Group |
| Full Service Gross | Decade Properties, Inc. | |
| Full Service Gross | The Krauss Organization | |
| Full Service Gross | Grandoff Investment, Inc. | |
| Full Service Gross | CLW Real Estate Services Group | |
| Full Service Gross | Colliers Arnold | |

| Leasing Company Name | Leasing Company Address | Leasing Company City State Zip |
|---|---|---|
| Bishop & Associates, Inc. | 1111 W Cass St | Tampa, FL 33606 |
| Cushman & Wakefield of Florida Inc. | 201 N Franklin St Suite # 3600 | Tampa, FL 33602 |
| CLW Real Estate Services Group | 100 N Tampa St Suite # 2135 | Tampa, FL 33602 |
| Taylor & Mathis, Inc. | 4010 W Boy Scout Blvd Suite # 160 | Tampa, FL 33607 |
| World Trade Center Tampa Bay Executive | 1101 Channelside Dr Suite # 244 | Tampa, FL 33602 |
| Jones Lang LaSalle Americas, Inc. | 4830 W Kennedy Blvd Suite # 100 | Tampa, FL 33609 |
| Highwoods Properties | 3111 W Dr Martin Luther King Blvd Suite | Tampa, FL 33607 |
| Colliers Arnold | 4350 W Cypress St Suite # 300 | Tampa, FL 33607 |
| CB Richard Ellis | 101 E Kennedy Blvd Suite # 3140 | Tampa, FL 33602 |
| CB Richard Ellis | 201 E Kennedy Blvd Suite # 1500 | Tampa, FL 33602 |
| The Krauss Organization | 711 N Sherrill St | Tampa, FL 33609 |
| Grandoff Investment, Inc. | 412 E Madison St Suite # 816 | Tampa, FL 33602 |
| CLW Real Estate Services Group | 100 N Tampa St Suite # 2135 | Tampa, FL 33602 |
| Colliers Arnold | 4350 W Cypress St Suite # 300 | Tampa, FL 33607 |

| Leasing Company Phone | Leasing Company Fax | Leasing Company Contact | Owner Name |
|---|---|---|---|
| 8132501820 | 8132500508 | Robin Bishop | Tampa Equities REIT I |
| 8132236300 | 8132219166 | John Fish | ACP/Pinnacle, LLC |
| 8132217188 | 8132228327 | Phil Dinkins | Urban Renewal, LLC |
| 8138757950 | 8138720501 | Angela Odell | Denholtz Associates |
| 8138643000 | 8138643100 | Heather Doyle | Tampa Port Authority |
| 8132864333 | 8132864334 | Doug Bartley | One Tampa City Center, LLC |
| 8138767000 | 8138795644 | Laurie Alden | Highwoods Properties |
| 8132212290 | 8132249403 | Claire Calzon | CMD ST Financial Centre, LLC |
| 8132217474 | 8132249563 | Michael Hoffman | MetLife Real Estate Investments |
| 8132293111 | 8132237144 | Anne-Marie Ayers | 501 Kennedy Associates, LLC |
| 8138855656 | 8132812356 | Leanne Hamilton-Smith | Westwind Development V, LLC |
| 8132290874 | 8132296154 | Debbie Devoe | Grandoff Investment, Inc. |
| 8132217188 | 8132228327 | Phil Dinkins | PRISA 100 North Tampa LLC |
| 8132212290 | 8132249403 | David Box | W & A, LLC |

| Architect Name | Amenities | Serial |
|---|---|---|
| Smallwood, Reynolds, Stewart & Stewart | Balconies, Banking, Concierge, Conferen | CHA0C3 |
| Henry Wolfe | Convenience Store, Fitness Center, On S | CHA1C0 |
| | Banking, On Site Management, Property | CHA1E1 |
| | Fitness Center, Food Service, Property M | CHA1BB |
| | Balconies, Corner Lot, Courtyard, Propert | CHA059 |
| Welton Beckett & Associates | Banking, Concierge, Dry Cleaner, Fitness | CHA212 |
| | Balconies, Banking, Hotel, On Site Manag | CHA0C1 |
| Cooper Carry Associates, Inc. | Banking, Concierge, Conferencing Facility | CHA0C9 |
| HKS Architects, Inc. | Balconies, Banking, Concierge, Conferen | CHA0C2 |
| | Conferencing Facility, Corner Lot, Propert | CHA200 |
| | | CHA1F6 |
| | Property Manager on Site | CHA1F5 |
| | Banking, Concierge, Conferencing Facility | CHA0C7 |
| | Banking, Corner Lot, Property Manager o | CHA0BD |