# Exhibit 8

# Scott Bell

| | |
|---|---|
| From: | Scott [scott@kh.com] |
| Sent: | Thursday, June 14, 2007 4:31 PM |
| To: | 'bmistak@gmail.com' |
| Subject: | FW: [Image File] SCOTT BELL,, #595 |
| Attachments: | 20070614162126.pdf |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Gus,

I sent you the wrong attachment. This is the report!

-----Original Message-----
From: printer@kh.com [mailto:printer@kh.com]
Sent: Thursday, June 14, 2007 11:22 AM
To: scott@kh.com
Subject: [Image File] SCOTT BELL,, #595

FROM:
Image data has been attached to the e-mail.

Bell
EXHIBIT NO. 1
8-20-09
J. WILKES



## Leasing Highlights in Select CoStar Markets
**Color Coded by Vacancy Rate**



Source: CoStar Property®