Klein & Heuchan, Inc. v. CoStar Realty Information, Inc. et al

Doc. 69 Att. 1

# Exhibit 9

Dockets.Justia.com

# Scott Bell

| | |
|---|---|
| From: | Scott Bell [scottbell@kleinandheuchan.com] |
| Sent: | Wednesday, May 23, 2007 11:52 AM |
| To: | 'csduncan@tampabay.rr.com' |
| Subject: | OneClick.aspx floor plan |

http://property.costar.com/Property/Reports/OneClick.aspx?Context=DOWNLOAD&FormatType=PDF&Ticket=d0b44f59-7dad-4d61-be84-88bf4a7664af

Bell
EXHIBIT NO. 12
8-20-08
J. WILKES