# Exhibit 10

## Scott Bell

| | |
|---|---|
| **From:** | Scott Bell [scottbell@kleinandheuchan.com] |
| **Sent:** | Thursday, April 05, 2007 1:24 PM |
| **To:** | 'Steven Klein' |
| **Subject:** | RE: |
| **Attachments:** | Export040507.xls |

**Categories:** Red Category

Excel file attached.

C. Scott Bell



Klein and Heuchan Inc.
Office 727-441-1951
Fax 727-449-1724

---

**From:** Steven Klein [mailto:stevenklein@kleinandheuchan.com]
**Sent:** Wednesday, April 04, 2007 6:23 PM
**To:** 'Scott Bell'
**Subject:** RE:

Thanks.

---

*Steven G. Klein*
*Klein & Heuchan, Inc.*
*1744 N. Belcher Road*
*Suite 200*
*Clearwater, FL 33765*
*Phone: (727) 441-1951*
*Fax:    (727) 449-1724*
*email:  stevenklein@kleinandheuchan.com*
*web:   www.kleinandheuchan.com*

---

**From:** Scott Bell [mailto:scottbell@kleinandheuchan.com]
**Sent:** Wednesday, April 04, 2007 3:39 PM
**To:** stevenklein@kleinandheuchan.com
**Subject:**

Steve,

Office report document

C. Scott Bell

Klein and Heuchan Inc.
Office 727-441-1951
Fax 727-449-1724

1

| Building Address | Building Name | Building Park | PropertyType | Building Status |
|---|---|---|---|---|
| US Hwy 301 @ Causeway Blvd | 200 Legacy Park | Legacy Park | Office | Proposed |
| US Hwy 301 @ Causeway Blvd | 300 Legacy Park | Legacy Park | Office | Proposed |
| 5519 W Idlewild Ave | | | Office | Existing |
| 15550 Lightwave Dr | Bayview Pavilion | | Office | Existing |
| Woodland Corporate Blvd | Woodland Corporate Center | Woodland Corporate Center | Office | Proposed |
| 1700 W Kennedy Blvd | 1700 Kennedy | | Office | Proposed |
| 355 Park Pl | 355 Park Place | | Office | Proposed |
| 375 Patricia Ave | Bldg I | Nielsen Media Campus | Office | Existing |
| 10401 Highland Manor Dr | Highland Oaks V | Highland Oaks | Office | Existing |
| 550 N Reo St | 550 Reo Bldg II | | Office | Proposed |
| 3151 3rd Ave N | Plaza 300 West | | Office | Existing |
| 2400 State Road 60 | Angelica Place | | Office | Under Construction |
| 8900 Grand Oak Cir | Grand Oak Plaza | Hidden River Corporate Pk | Office | Existing |
| 3802 Corporex Park Dr | Eastpointe | Corporex Park | Office | Existing |
| 15601 Turtle Ln | Bayside Corporate Center I | Bayside Corporate Center | Office | Proposed |
| 15601 Turtle Ln | Bayside Corporate Center II | Bayside Corporate Center | Office | Proposed |
| Tech Blvd @ I-75 | Building A | Pinebrooke Business Center | Office | Proposed |
| Tech Blvd @ I-75 | Building B | Pinebrooke Business Center | Office | Proposed |
| 3802 Spectrum Blvd | Partnership Bldg | USF Research Park | Office | Existing |
| 13101 Telecom Dr | Oakview Center | | Office | Existing |
| 9425 Camden Field Pky | West Building | Interchange Center | Office | Existing |
| 15499 N Dale Mabry Pky | Phase III | Dibbs Commercial Center | Office | Proposed |
| 3804 Coconut Palm Dr | Reflections/Sabal | Sabal | Office | Existing |
| 525 Grand Regency Blvd | Regency Corporate Center | Regency Corporate Park | Office | Existing |

| | | | | |
|---|---|---|---|---|
| Hwy 301 & Causeway Blvd | Building 1 | Legacy Park | Office | Proposed |
| Hwy 301 & Causeway Blvd | | Legacy Park | Office | Proposed |
| 5550 W Idlewild Ave | Bldg D | Lakeside Tech Center | Office | Existing |
| 400 Cleveland St | AmSouth Bldg | | Office | Existing |
| 9306-9324 Broadway Ave | Crosspointe Phase II | Sabal Park | Office | Proposed |
| 1901 Central Ave N | | | Office | Existing |
| Tech Blvd @ I-75 | | Pinebrooke Business Center | Office | Proposed |
| Tech Blvd @ I-75 | | Pinebrooke Business Center | Office | Proposed |
| Tech Blvd @ I-75 | | Pinebrooke Business Center | Office | Proposed |
| 6944 Us Highway 41 N | | | Office | Existing |
| 5585 Rio Vista Dr | Jeweler's Financial | Bay Vista Business Park | Office | Existing |

| Building Class | Submarket Cluster | Submarket Name | City | State | Zip | County Name | Year Built |
|---|---|---|---|---|---|---|---|
| B | I-75 Corridor | East Tampa | Tampa | FL | '33619 | Hillsborough | |
| B | I-75 Corridor | East Tampa | Tampa | FL | '33619 | Hillsborough | |
| B | North Hillsborough | Northwest Tampa | Tampa | FL | '33634 | Hillsborough | 1980 |
| A | Pinellas | Bayside | Clearwater | FL | '33760 | Pinellas | 1998 |
| | | | | | | | |
| A | North Hillsborough | Northwest Tampa | Tampa | FL | '33614 | Hillsborough | 2008 |
| A | Central Tampa | South Tampa | Tampa | FL | '33606 | Hillsborough | 2008 |
| A | Pinellas | Bayside | Clearwater | FL | '33764 | Pinellas | |
| B | Pinellas | North Pinellas | Dunedin | FL | '34698 | Pinellas | 1980 |
| A | I-75 Corridor | East Tampa | Tampa | FL | '33610 | Hillsborough | 2007 |
| B | Central Tampa | Westshore | Tampa | FL | '33609 | Hillsborough | |
| | | | | | | | |
| B | Pinellas | South Pinellas | St. Petersburg | FL | '33713 | Pinellas | 1973 |
| A | Eastern Outlying | Eastern Outlying | Valrico | FL | '33594 | Hillsborough | 2007 |
| B | I-75 Corridor | Northeast Tampa | Tampa | FL | '33637 | Hillsborough | 1994 |
| | | | | | | | |
| B | I-75 Corridor | East Tampa | Tampa | FL | '33619 | Hillsborough | 1987 |
| | | | | | | | |
| A | Pinellas | Gateway | Clearwater | FL | '33762 | Pinellas | |
| | | | | | | | |
| A | Pinellas | Gateway | Clearwater | FL | '33762 | Pinellas | |
| B | I-75 Corridor | East Tampa | Tampa | FL | '33619 | Hillsborough | |
| B | I-75 Corridor | East Tampa | Tampa | FL | '33619 | Hillsborough | |
| | | | | | | | |
| A | I-75 Corridor | Northeast Tampa | Tampa | FL | '33612 | Hillsborough | 2005 |
| | | | | | | | |
| A | I-75 Corridor | Northeast Tampa | Tampa | FL | '33637 | Hillsborough | 1997 |
| B | I-75 Corridor | East Tampa | Riverview | FL | '33569 | Hillsborough | 2005 |
| B | North Hillsborough | Northwest Tampa | Tampa | FL | '33618 | Hillsborough | |
| B | I-75 Corridor | East Tampa | Tampa | FL | '33619 | Hillsborough | 1985 |
| B | I-75 Corridor | East Tampa | Brandon | FL | '33510 | Hillsborough | 1993 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | Eastern Outlying | Eastern Outlying | Riverview | FL | 33569 | Hillsborough | |
| A | Eastern Outlying | Eastern Outlying | Riverview | FL | 33569 | Hillsborough | |
| B | North Hillsborough | Northwest Tampa | Tampa | FL | 33634 | Hillsborough | 1983 |
| B | Pinellas | Clearwater CBD | Clearwater | FL | 33755 | Pinellas | 1961 |
| B | I-75 Corridor | East Tampa | Tampa | FL | 33619 | Hillsborough | 2007 |
| C | Pinellas | South Pinellas | St. Petersburg | FL | 33713 | Pinellas | 1958 |
| B | I-75 Corridor | East Tampa | Tampa | FL | 33619 | Hillsborough | |
| B | I-75 Corridor | East Tampa | Tampa | FL | 33619 | Hillsborough | |
| B | I-75 Corridor | East Tampa | Tampa | FL | 33619 | Hillsborough | |
| C | I-75 Corridor | Southeast Hillsborough | Apollo Beach | FL | 33572 | Hillsborough | 1980 |
| C | Pinellas | Bayside | Clearwater | FL | 33760 | Pinellas | 1990 |

| Number Of Stories | Year Renovated | Number Of Parking Spaces | Parking Ratio | Land Area (AC) |
|---|---|---|---|---|
| 2 | | 600 | 6 | |
| 2 | | 600 | 6 | |
| 1 | | | 4 | |
| 3 | | 449 | 4.85 | 3.9 |
| 3 | | | 6 | |
| 4 | | 314 | | |
| 3 | | | 4.5 | |
| 1 | | 916 | 4.3 | 16.29 |
| 3 | | | | |
| 5 | | | 5 | |
| 6 | | 85 | 5 | |
| 6 | | | | |
| 3 | | 250 | 4.5 | 6.5 |
| 3 | 1999 | 324 | 4.4 | 3.36 |
| 3 | | | 4.5 | |
| 3 | | | 4.5 | |
| 2 | | 275 | 5 | 6.73 |
| 2 | | 250 | 4 | 6.73 |
| 3 | | | 4.1 | |
| 2 | | 490 | 5 | 7.87 |
| 1 | | | | |
| 4 | | | | |
| 2 | | 140 | 4 | 2.966 |
| 1 | | 104 | | 4.32 |

| | | | |
|---|---|---|---|
| 1 | | 6 | |
| 1 | | 6 | |
| 1 | 215 | 4 | |
| 9 | 150 | 4 | 0.4339 |
| 1 | | 7 | |
| 3 | | | 0.436 |
| 1 | 485 | 5.1 | 6.73 |
| 1 | 485 | 5.1 | 6.73 |
| 1 | 485 | 5.1 | 6.73 |
| 1 | | | 28.84 |
| 1 | 217 | 7 | 3.8644 |

| Rentable Building Area | Typical Floor Size | Max Building Contiguous Space | Max Floor Contiguous Space |
|---|---|---|---|
| 100000 | 50000 | 100000 | 50000 |
| 100000 | 50000 | 100000 | 50000 |
| 99000 | 99000 | 99000 | 99000 |
| 92225 | 30000 | 92225 | 31723 |
| 90000 | 30000 | 90000 | 30000 |
| 88000 | 22000 | 88000 | 22000 |
| 85000 | 28000 | 84999 | 28333 |
| 80650 | 80650 | 80650 | 80650 |
| 97244 | 33872 | 33968 | 33968 |
| 76456 | 15290 | 76450 | 15290 |
| 74112 | 12352 | 70827 | 12352 |
| 68000 | 12000 | 60000 | 12000 |
| 67917 | 23323 | 67917 | 24100 |
| 85063 | 28354 | 30261 | 30261 |
| 60000 | 20000 | 60000 | 20000 |
| 60000 | 20000 | 60000 | 20000 |
| 55000 | 27500 | 55000 | 27500 |
| 55000 | 27500 | 110000 | 55000 |
| 100000 | 33000 | 33000 | 33000 |
| 79393 | 39696 | 35000 | 35000 |
| 60000 | 60000 | 44224 | 44224 |
| 41000 | 10250 | 41000 | 10250 |
| 41008 | 36977 | 40000 | 20000 |
| 40298 | 40298 | 40000 | 40000 |

| | | | |
|---|---|---|---|
| 40000 | 40000 | 40000 | 40000 |
| 40000 | 40000 | 40000 | 40000 |
| 47645 | 47645 | 39503 | 39503 |
| 99354 | 11000 | 34000 | 34000 |
| 36000 | 36000 | 36000 | 36000 |
| 35600 | 15000 | 35600 | 15000 |
| 32000 | 32000 | 32000 | 32000 |
| 32000 | 32000 | 32000 | 32000 |
| 32000 | 32000 | 32000 | 32000 |
| 31200 | 31200 | 31000 | 31000 |
| 30000 | 30000 | 30000 | 30000 |

| Total Available Space (SF) | Direct Available Space | Direct Vacant Space | Sublet Available Space | Sublet Vacant Space |
|---|---|---|---|---|
| 100000 | 100000 | 0 | 0 | 0 |
| 100000 | 100000 | 0 | 0 | 0 |
| 99000 | 99000 | 99000 | 0 | 0 |
| 92225 | 92225 | 92225 | 0 | 0 |
| 90000 | 90000 | 0 | 0 | 0 |
| 88000 | 88000 | 0 | 0 | 0 |
| 84999 | 84999 | 0 | 0 | 0 |
| 80650 | 80650 | 80650 | 0 | 0 |
| 77197 | 77197 | 77197 | 0 | 0 |
| 76450 | 76450 | 0 | 0 | 0 |
| 70827 | 70827 | 70827 | 0 | 0 |
| 68000 | 68000 | 0 | 0 | 0 |
| 67917 | 67917 | 67917 | 0 | 0 |
| 62756 | 62756 | 3400 | 0 | 0 |
| 60000 | 60000 | 0 | 0 | 0 |
| 60000 | 60000 | 0 | 0 | 0 |
| 55000 | 55000 | 0 | 0 | 0 |
| 55000 | 55000 | 0 | 0 | 0 |
| 51400 | 51400 | 51400 | 0 | 0 |
| 45496 | 35000 | 35000 | 10496 | 0 |
| 44224 | 44224 | 44224 | 0 | 0 |
| 41000 | 41000 | 0 | 0 | 0 |
| 40000 | 40000 | 40000 | 0 | 0 |
| 40000 | 40000 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 40000 | 40000 | 0 | 0 | 0 |
| 40000 | 40000 | 0 | 0 | 0 |
| 39503 | 39503 | 42274 | 0 | 0 |
| 37095 | 37095 | 3095 | 0 | 0 |
| 36000 | 36000 | 0 | 0 | 0 |
| 35600 | 20600 | 20600 | 15000 | 0 |
| 32000 | 32000 | 0 | 0 | 0 |
| 32000 | 32000 | 0 | 0 | 0 |
| 32000 | 32000 | 0 | 0 | 0 |
| 31000 | 31000 | 31000 | 0 | 0 |
| 30000 | 0 | 0 | 30000 | 30000 |

| Percent Leased | Average Weighted Rent | Building Tax Expenses | Building Operating Expenses |
|---|---|---|---|
| 0 | 0 | | |
| 0 | 0 | | |
| 0 | 14 | | |
| 0 | 23 | | |
| 0 | 25.5 | | |
| 0 | 24 | | |
| 0 | 24.5 | | |
| 0 | 0 | | |
| 20.62 | 23.5 | | |
| 0.01 | 20.5 | | |
| 4.43 | 14.5 | | |
| 0 | 19 | | |
| 0 | 16 | 2001 Combined Tax/Ops @ $0.31/sf | 2001 Combined Tax/Ops @ $0.31/sf |
| 96 | 20 | 2004 Tax @ $1.19/sf | 2004 Tax @ $1.19/sf |
| 0 | 0 | | |
| 0 | 0 | | |
| 0 | 0 | | |
| 0 | 0 | | |
| 48.6 | 22 | 2005 Est Ops @ $7.50/sf | 2005 Est Ops @ $7.50/sf |
| 55.92 | 20.5 | 1997 Combined Tax/Ops @ $0.78/sf | 1997 Combined Tax/Ops @ $0.78/sf |
| 26.29 | 14 | | |
| 0 | 0 | | |
| 2.46 | 22 | | |
| 100 | 14 | | |

| | | 2003 Tax @ $1.14/sf |
|---|---|---|
| 0 | 0 | |
| 23 | 0 | |
| 23 | 17.09 | |
| 16.5 | 96.88 | |
| 19 2003 Tax @ $1.14/sf | 0 | |
| 14.77 | 42.13 | |
| 13.46 | 0 | |
| 0 | 0 | |
| 0 | 0 | |
| 0 | 0.64 | |
| 15 | 100 | |
| 0 | | |

| Sublet Services | Direct Services | Property Manager Name | Developer Name |
|---|---|---|---|
| | | Carter | Carter |
| | | Carter | Carter |
| | Triple Net | Trammell Crow Company | |
| | Full Service Gross | Colliers Arnold | |
| | | | Liberty Property Trust |
| | | | Beck Development |
| | | Hallmark Development of Florida, Inc. | |
| | | Grady Pridgen, Inc. | |
| | Negotiable | | |
| | | Bishop & Associates, Inc. | |
| | Full Service Gross | Plaza 300 | |
| | Modified Gross | National Properties Trust, Inc. | National Properties Trust, Inc. |
| | Triple Net | Cushman & Wakefield of Florida Inc. | |
| | Negotiable | | Corporex Dev. Services of Florida, Inc. |
| | | Highwoods Properties | Highwoods Properties |
| | | Highwoods Properties | Highwoods Properties |
| | | | Panattoni Development Company |
| | | | Panattoni Development Company |
| | Full Service Gross | Carter | Carter |
| | Full Service Gross | Glenborough Realty Trust, Inc. | Opus South Corporation |
| | Triple Net | | Alex. Brown Realty, Inc. |
| | | North Dale Development, Ltd. | North Dale Development, Ltd. |
| | Full Service Gross | EOLA Capital | |
| | Triple Net | Boyd Development Co | |

| | | | | |
|---|---|---|---|---|
| Full Service Gross | Taylor & Mathis, Inc. | | | |
| Full Service Gross | Weisman & Berg | | | |
| Full Service Gross | | Liberty Property Trust | | |
| | | Panattoni Development Company | | |
| | | Panattoni Development Company | | |
| | | Panattoni Development Company | | |
| Triple Net | | | | |

| Leasing Company Name | Leasing Company Address | Leasing Company City State Zip |
|---|---|---|
| Carter | 4211 W Boyscout Blvd Suite # 520 | Tampa, FL 33607 |
| Carter | 4211 W Boyscout Blvd Suite # 520 | Tampa, FL 33607 |
| Kin Properties, Inc. | 185 Spanish River Blvd Suite # 100 | Boca Raton, FL 33431 |
| Colliers Arnold | 17757 US Highway 19 N Suite # 275 | Clearwater, FL 33764 |
| Liberty Property Trust | 4630 Woodland Corporate Blvd Suite # 150 | Tampa, FL 33614 |
| Bishop & Associates, Inc. | 1111 W Cass St | Tampa, FL 33606 |
| Hallmark Development of Florida, Inc. | 4500 140th Ave N Suite # 101 | Clearwater, FL 33762 |
| Grady Pridgen, Inc. | 9741 International Ct N | St Petersburg, FL 33716 |
| Duke Realty | 10150 Highland Manor Dr Suite # 150 | Tampa, FL 33610 |
| Bishop & Associates, Inc. | 1111 W Cass St | Tampa, FL 33606 |
| Plaza 300 | 300 31st St N Suite # 223 | St. Petersburg, FL 33713 |
| National Properties Trust, Inc. | 2451 McMullen Booth Rd | Clearwater, FL 33759 |
| Cushman & Wakefield of Florida Inc. | 201 N Franklin St Suite # 3600 | Tampa, FL 33602 |
| Taylor & Mathis, Inc. | 4010 W Boy Scout Blvd Suite # 160 | Tampa, FL 33607 |
| Highwoods Properties | 3111 W Dr Martin Luther King Blvd Suite # 300 | Tampa, FL 33607 |
| Highwoods Properties | 3111 W Dr Martin Luther King Blvd Suite # 300 | Tampa, FL 33607 |
| The Dikman Company | 1315 S Howard Ave Suite # 202 | Tampa, FL 33606 |
| The Dikman Company | 1315 S Howard Ave Suite # 202 | Tampa, FL 33606 |
| Carter | 4211 W Boyscout Blvd Suite # 520 | Tampa, FL 33607 |
| Glenborough Realty Trust Inc. | 1525 Wilson Blvd Suite # 615 | Arlington, VA 22209 |
| CB Richard Ellis | 201 E Kennedy Blvd Suite # 1500 | Tampa, FL 33602 |
| North Dale Development, Ltd. | 5229-5293 Ehrlich Rd Suite # 5277 | Tampa, FL 33624 |
| EOLA Capital | 5680 W Cypress St Suite # H | Tampa, FL 33607 |
| Boyd Development Co | 1700 SE 17th St Suite # 300 | Ocala, FL 34471 |

| | | |
|---|---|---|
| Liberty Property Trust | 4630 Woodland Corporate Blvd Suite # 150 | Tampa, FL 33614 |
| Liberty Property Trust | 4630 Woodland Corporate Blvd Suite # 150 | Tampa, FL 33614 |
| CB Richard Ellis | 201 E Kennedy Blvd Suite # 1500 | Tampa, FL 33602 |
| Harbert Realty Services | 100 N Tampa St Suite # 3130 | Tampa, FL 33602 |
| Liberty Property Trust | 4630 Woodland Corporate Blvd Suite # 150 | Tampa, FL 33614 |
| Commercial Engineering | 1950 1st Ave N Suite # 200 | Saint Petersburg, FL 33734 |
| The Dikman Company | 1315 S Howard Ave Suite # 202 | Tampa, FL 33606 |
| The Dikman Company | 1315 S Howard Ave Suite # 202 | Tampa, FL 33606 |
| The Dikman Company | 1315 S Howard Ave Suite # 202 | Tampa, FL 33606 |
| CB Richard Ellis | 201 E Kennedy Blvd Suite # 1500 | Tampa, FL 33602 |

| Leasing Company Phone | Leasing Company Fax | Leasing Company Contact | Owner Name |
|---|---|---|---|
| 8132870101 | 8132870397 | Andrice Nelson | CNL Realty & Development Corp. |
| 8132870101 | 8132870397 |  | CNL Realty & Development Corp. |
| 5616209200 | 5619559921 |  | Susan Sandelman |
| 7274427184 | 7274492428 | Alan Feldshue | Haydon-Rubin Development, Inc. |
| 8138811776 | 8132490438 | Paul Choukourian |  |
| 8132501820 | 8132500508 | Jim Crews |  |
| 7275397002 | 7275363574 | Paul Engelhardt |  |
| 7275251474 | 7275255334 | Grady Pridgen | Grady Pridgen, Inc. |
| 8136358500 | 8136358560 | Tim Hain |  |
| 8132501820 | 8132500508 | Jim Crews | American Ventures Realty |
| 7273276030 | 7273279008 | Jean Lee | Plaza 300 |
| 7277990111 | 7277991555 | Jean Aiello |  |
| 8132236300 | 8132219166 | Barry Oaks |  |
| 8138757950 | 8138720501 | Angela Odell | East Tampa, LLC |
| 8138767000 | 8138795644 | Laurie Alden | Highwoods Properties |
| 8138767000 | 8138795644 | Laurie Alden | Highwoods Properties |
| 8132515288 | 8132512093 | Robert Dikman |  |
| 8132515288 | 8132512093 | Robert Dikman |  |
| 8132870101 | 8132870397 | Clay Sovich | University of South Florida Research Foundation |
| 7034652300 | 7034652304 | Craig Burton | Tampa Telecom Professional Park, LLC. |
| 8132293111 | 8132237144 | Jack Hoskins | Alex. Brown Realty, Inc. |
| 8139089754 | 8139089794 | Stephen Dibbs | North Dale Development, Ltd. |
| 8132892600 | 8132892605 | Kyle Burd | RFL Owner, LLC |
| 3528612248 |  | Chris Boyd | Rep-Tampa I, LLC |

| | | |
|---|---|---|
| 8138811776 | 8132490438 | Paul Choukourian | |
| 8138811776 | 8132490438 | Paul Choukourian | |
| 8132293111 | 8132237144 | Anne-Marie Ayers | NNN Lakeside Tech, LLC |
| | | |
| 8132292020 | | Carlton Compton | 400 Cleveland LLC |
| 8138811776 | 8132490438 | Paul Choukourian | |
| 7274799141 | 7279844488 | Brian Hartley | Central Executives II, Inc. |
| 8132515288 | 8132512093 | Robert Dikman | |
| 8132515288 | 8132512093 | Robert Dikman | |
| 8132515288 | 8132512093 | Robert Dikman | |
| 8132293111 | 8132237144 | | Bradco Supply Corp. |

| Architect Name | Amenities | Serial |
| --- | --- | --- |
| | | CH6741 |
| | | CH1976 |
| | | CHA0EC |
| | Card Key Access | CPA01B |
| | | 538636 |
| | | 684921 |
| | | 54639 |
| | | CP5877 |
| | | 542210 |
| | | CHA02B |
| | On Site Management, Property Manager on Site, Restaurant | CPA069 |
| | | 524498 |
| | | CH8267 |
| | Atrium, Courtyard | CHA19D |
| | | 668205 |
| | | 668224 |
| | | A4WDSA |
| | | A4WYSA |
| | | CH4515 |
| Opus Architects & Engineers, Inc. | | CHA013 |
| Horton, Harley & Carter Inc. | | CH8120 |
| | Corner Lot | CH3124 |
| | | CHA199 |
| | | CHY167 |

| | |
|---|---|
| | A0A0UA |
| | A0A4UA |
| Pond/Pool | CHA1DD |
| Banking, Corner Lot, On Site Management, Property Manager on Site | CPA0E0 |
| | 538310 |
| | CP9908 |
| | A4P8RA |
| | A4SSSA |
| | A4V5RA |
| | CH4708 |
| Day Care | CPY795 |