IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

CASE NO: 8:08-Cv-1227-T-30EAJ

Plaintiff,

vs.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.

       Defendants-Counterclaim
       Plaintiffs,

vs.

SCOTT BELL and KLEIN & HEUCHAN, INC.

       Counterclaim-Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, NICHOLAS L. OTTAVIANO, the undersigned counsel, and moves this Honorable Court to enter an Order granting this Motion to Withdraw as Counsel, and as grounds therefore would show:

1. Counterclaim-Defendant, SCOTT BELL, retained the law firm of Randall J. Love & Associates to represent him in this matter.

2. At that time, the undersigned was an associate attorney with Mr. Love.

3. Randall J. Love and Associates continues to represent the Counterclaim-Defendant, SCOTT BELL, in this matter.

4. The undersigned is no longer employed with the law firm of Randall J. Love & Associates.

**WHEREFORE**, the undersigned attorney respectfully requests this Honorable Court grant this Motion to Withdraw as counsel, and relieve the undersigned attorney from all further responsibility to the Counterclaim-Defendant, SCOTT BELL, in this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl L. Loesch, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this _____ day of _____, 2009.

FLORIN ROEBIG P.A.

_/s/ Nicholas J. Ottaviano_
**NICHOLAS L. OTTAVIANO, ESQUIRE**
FBN 0798738
777 Alderman Road
Palm Harbor, FL 34683
(727) 786-5000, Fax (727) 772-9833

Klein & Heuchan, Inc. vs. Costar Realty Information, Inc., et al
Case No: 8:08-Cv-1227-T-30EAJ
Motion to Withdraw as Counsel
Page 2 of 2