IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    Plaintiff,

v.                                              Civil Action No. 8:08-cv-01227-JSM-MSS

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

    Defendants / Counter-Plaintiffs

v.

SCOTT BELL and KLEIN & HEUCHAN,
INC.

    Counter-Defendants
_____/

## NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff / Counter-Defendant, KLEIN & HEUCHAN, INC., by and through its undersigned counsel, herby withdraws its previously filed *Unopposed Motion for One Week Extension of Time to Respond to Motion for Summary Judgment* [D.E. 71] which was filed on October 8, 2009. The undersigned incorrectly calculated the time permitted to file a Response pursuant to Rule 56, Federal Rules of Civil Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

RESPECTFULLY SUBMITTED on this 16th day of October, 2009.

    /s/ Jeffrey W. Gibson
J. PAUL RAYMOND, ESQ.
Florida Bar No. 0169268
jpr@macfar.com
JEFFREY W. GIBSON, ESQ.
Florida Bar No. 0568074
jg@macfar.com
Macfarlane Ferguson & McMullen
P.O. Box 1669
Clearwater, FL 33757
(727) 441-8966 – Phone
(727) 442-8470 – Facsimile
Attorneys for Plaintiff
Klein & Heuchan, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following participants:

William J. Sauers, Esq.
Shari Ross Lahlou, Esq.
Sanja Sarich Kerksiek, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

William Cooper Geurrant, Jr.
Hill Ward Henderson
101 E. Kennedy Blvd, Suite 3700
Tampa, FL 33601
*Counsel for Defendants-Counter-Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*

Nicholas Louis Ottaviano, Esq.
Florin Roebig, PA
777 Alderman Road
Palm Harbor, FL 34683

Randall J. Love, Esq.
Randall J. Love & Associates, P.A.
5647 Gulf Drive
New Port Richey, FL 34652-4019
*Counsel for Counter-Defendant, Scott Bell*

    /s/ Jeffrey W. Gibson
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074