UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KLEIN & HEUCHAN, INC.,**

    **Plaintiff,**

v.                                          Case No.: 8:08-CV-1227-T-30EAJ

**COSTAR REALTY INFORMATION, INC.
and COSTAR GROUP, INC.,**

    **Defendants / Counterclaim Plaintiffs,**

v.

**SCOTT BELL and KLEIN & HEUCHAN,
INC.**

    **Counterclaim Defendants.**
_____/

## ORDER

    Before the court is Nicholas Ottaviano, Esq.'s **Motion to Withdraw as Counsel** (Dkt. 70). Mr. Ottaviano and Randall Love, Esq. of the firm Randall Love & Associates, PA represent Counterclaim Defendant Scott Bell. Mr. Ottaviano states that he is no longer employed with Randall Love & Associates, PA and wishes to withdraw his representation. Mr. Love and Randall Love & Associates, PA will continue representing Counterclaim Defendant in this case. No party has responded to the motion and the time for doing so has expired. The certificate of service indicates that all parties have been served with Mr. Ottaviano's motion. See Local Rule 2.03(b), M.D. Fla.

    Accordingly and upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)     Nicholas Ottaviano, Esq.'s **Motion to Withdraw as Counsel** (Dkt. 70) is **GRANTED**; and

(2)     Mr. Ottaviano is relieved of any further responsibility to represent Counterclaim

Defendant Scott Bell in this case. Randall Love, Esq. and Randall Love & Associates, PA shall continue representing Bell.

**DONE** and **ORDERED** in Tampa, Florida on this 28th day of October, 2009.

_____
ELIZABETH A JENKINS
United States Magistrate Judge