UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.

    Plaintiff

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.

    Civil No.: 8:08-cv-01227-JSM-EAJ

    Defendants / Counter-Plaintiffs

v.

SCOTT BELL and KLEIN & HEUCHAN,
INC.

    Counter-Defendants

_____/

## SUPPLMENTAL LOCAL RULE 3.01(G) CERTIFICATION REGARDING MOTION TO STRIKE AND INCORPORATED MEMORANDUM OF LAW

Defendant / Counter-Defendant KLEIN & HEUCHAN, INC. (hereinafter "K&H"), by and through its undersigned counsel, hereby respectfully submits this Supplement to its Local Rule 3.01(g) certification contained within the *Motion to Strike and Incorporated Memorandum of Law* [D.E. 75] filed on October 16, 2009. Counsel for K&H has attempted in good faith to confer with counsel for Defendants / Counter-Plaintiffs but has been unable to resolve the issues raised by the motion.

In the late night hours of October 15, 2009 the undersigned wrote to opposing counsel Sauers seeking his clients' position regarding the motion. A copy of the undersigned's October 15, 2009 correspondence is attached as "Exhibit A." Thereafter, the undersigned telephoned opposing counsel Sauers leaving a voicemail message on the

afternoon of Friday, October 15, 2009. On Monday, October 19, 2009, the undersigned again wrote to opposing counsel Sauers. A copy of the October 19, 2009 correspondence is attached as "Exhibit B." On Tuesday, October 20, 2009, the undersigned again telephoned and left a voicemail for opposing counsel Sauers.

Having not received any response to the attempts to confer, on Tuesday, October 27, 2009, the undersigned again wrote to opposing counsel Sauers. A copy of the October 27, 2009 correspondence is attached as "Exhibit C." Thereafter, the undersigned received an "Out of Office AutoReply" indicated that opposing counsel Sauers was out of the office. A copy of the "Out of Office AutoReply" is attached as "Exhibit D." On Wednesday, October 28, 2009 the undersigned wrote to opposing counsel Kerksiek. A copy of the October 28, 2009 correspondence is attached as "Exhibit E." Having not received a response, at approximately 5:00 p.m. on Wednesday, October, 28, 2009, the undersigned telephoned opposing counsel Kerksiek and again left a voice mail message.

As of the date and time of this filing, the undersigned has not received any response to any of the prior attempts to confer with opposing counsel and is therefore unable to state Defendants / Counter-Plaintiffs' position with regard to the *Motion to Strike and Incorporated Memorandum of Law*. [D.E. 75].

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

RESPECTFULLY SUBMITTED this 29th day of October, 2009.

    /s/ Jeffrey W. Gibson
J. PAUL RAYMOND, ESQ.
Florida Bar No. 0169268
jpr@macfar.com
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074
jg@macfar.com
Macfarlane Ferguson & McMullen
P.O. Box 1669
Clearwater, FL 33757
(727) 441-8966 – Phone
(727) 442-8470 – Facsimile
Attorneys for Defendant
Klein & Heuchan, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

William J. Sauers, Esq.
Shari Ross Lahlou, Esq.
Sanja Sarich Kerksiek, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004

William Cooper Guerrant, Jr.
Hill Ward Henderson
101 E. Kennedy Blvd, Suite 3700
P.O. Box 2231
Tampa, FL 33601

*Counsel for Defendants-Counter-Plaintiffs
CoStar Realty Information, Inc. and CoStar
Group, Inc.*

Randall J. Love, Esq.
Randall J. Love & Associates, P.A.
5647 Gulf Dr.
New Port Richey, FL 34652-4019

*Counsel for Counter-Defendant Scott Bell*

    /s/ Jeffrey W. Gibson
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074

# Jeffrey W. Gibson

**From:** Jeffrey W. Gibson
**Sent:** Thursday, October 15, 2009 11:58 PM
**To:** Sauers, William
**Subject:** K&H v. Costar

Bill:

Pursuant to Local Rule 3.01(g) I write to determine whether you will agree to withdraw the following documents filed in support of your clients' Motion for Summary Judgment: (1) Declaration of Robert Lardizabal [D.E. 69-5]; (2) Exhibits 1, 2 and 3 of COSTAR's Motion for Summary Judgment [D.E. 69-8, 69-9, 69-10]; and (3) "Exhibit 10" of Declaration of Steven J. Williams [D.E. 69-4 pp.3-13]. I intend to Move to Strike these supporting documents. I intend to move to strike the Declaration of Mr. Lardizabal because his name was never previously disclosed. Additionally I intend to seek to strike Exhibits 1, 2, and 3 of the Motion for Summary Judgment along with Exhibit 10 to Mr. Williams Declaration as those documents were not previously disclosed.

I assume that you will not agree with my request but seek your position pursuant to my obligation under Local Rule 3.01(g).

Thank you for your reply.

- Jeff


**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm



**MACFARLANE FERGUSON & MCMULLEN**
*Attorneys & Counselors At Law*

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.



EXHIBIT A

# Jeffrey W. Gibson

**From:** Jeffrey W. Gibson
**Sent:** Monday, October 19, 2009 3:32 PM
**To:** Sauers, William
**Subject:** FW: K&H v. Costar

Bill:

Following up on my e-mail message (below) and my voicemail message left with your office on Friday afternoon. Could you please let me know your client's position regarding the Motion to Strike filed on Friday so I can so advise the Court.

Thank you in advance for your cooperation.

- Jeff

**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm



## MACFARLANE FERGUSON & McMULLEN
*Attorneys & Counselors At Law*

This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

**From:** Jeffrey W. Gibson
**Sent:** Thursday, October 15, 2009 11:58 PM
**To:** 'Sauers, William'
**Subject:** K&H v. Costar

Bill:


EXHIBIT B

Pursuant to Local Rule 3.01(g) I write to determine whether you will agree to withdraw the following documents filed in support of your clients' Motion for Summary Judgment: (1) Declaration of Robert Lardizabal [D.E. 69-5]; (2) Exhibits 1, 2 and 3 of COSTAR's Motion for Summary Judgment [D.E. 69-8, 69-9, 69-10]; and (3) "Exhibit 10" of Declaration of Steven J. Williams [D.E. 69-4 pp.3-13]. I intend to Move to Strike these supporting documents. I intend to move to strike the Declaration of Mr. Lardizabal because his name was never previously disclosed. Additionally I intend to seek to strike Exhibits 1, 2, and 3 of the Motion for Summary Judgment along with Exhibit 10 to Mr. Williams Declaration as those documents were not previously disclosed.

I assume that you will not agree with my request but seek your position pursuant to my obligation under Local Rule 3.01(g).

Thank you for your reply.

- Jeff


**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

**Please visit www.mfmlegal.com for more information about our Firm**



MACFARLANE FERGUSON & McMULLEN
*Attorneys & Counselors At Law*

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

# Jeffrey W. Gibson

**From:** Jeffrey W. Gibson
**Sent:** Tuesday, October 27, 2009 5:14 PM
**To:** Sauers, William
**Subject:** FW: K&H v. Costar

Bill
I have yet to receive a response to my messages below as well as several voice-mail message. Please let me know your clients position with respect to the Motion to Strike

Thank you

- Jeff


**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm


**MACFARLANE FERGUSON & McMULLEN**
*Attorneys & Counselors At Law*

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

**From:** Jeffrey W. Gibson
**Sent:** Monday, October 19, 2009 3:32 PM
**To:** Sauers, William
**Subject:** FW: K&H v. Costar

Bill:


EXHIBIT C

Following up on my e-mail message (below) and my voicemail message left with your office on Friday afternoon. Could you please let me know your client's position regarding the Motion to Strike filed on Friday so I can so advise the Court.

Thank you in advance for your cooperation.

- Jeff

**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm


MACFARLANE FERGUSON & McMULLEN
Attorneys & Counselors At Law

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

**From:** Jeffrey W. Gibson
**Sent:** Thursday, October 15, 2009 11:58 PM
**To:** 'Sauers, William'
**Subject:** K&H v. Costar

Bill:

Pursuant to Local Rule 3.01(g) I write to determine whether you will agree to withdraw the following documents filed in support of your clients' Motion for Summary Judgment: (1) Declaration of Robert Lardizabal [D.E. 69-5]; (2) Exhibits 1, 2 and 3 of COSTAR's Motion for Summary Judgment [D.E. 69-8, 69-9, 69-10]; and (3) "Exhibit 10" of Declaration of Steven J. Williams [D.E. 69-4 pp.3-13]. I intend to Move to Strike these supporting documents. I intend to move to strike the Declaration of Mr. Lardizabal because his name was never previously disclosed. Additionally I intend to seek to strike Exhibits 1, 2, and 3 of the Motion for Summary Judgment along with Exhibit 10 to Mr. Williams Declaration as those documents were not previously disclosed.

I assume that you will not agree with my request but seek your position pursuant to my obligation under Local Rule 3.01(g).

Thank you for your reply.

- Jeff

**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm


## MACFARLANE FERGUSON & McMULLEN
*Attorneys & Counselors At Law*

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

## Jeffrey W. Gibson

**From:** Sauers, William [WSauers@crowell.com]
**Sent:** Tuesday, October 27, 2009 5:25 PM
**To:** Jeffrey W. Gibson
**Subject:** Out of Office AutoReply: K&H v. Costar

Thank you for your e-mail. I am out of the office October 26-28 on business and will have limited access to e-mail. Please contact my assistant, Cathy Ryan, 202-508-8797, with any urgent issues.



# Jeffrey W. Gibson

**From:** Jeffrey W. Gibson
**Sent:** Wednesday, October 28, 2009 9:56 AM
**To:** Kerksiek, Sanya
**Cc:** 'Sauers, William'
**Subject:** FW: K&H v. Costar

Sanya:

I understand that Mr. Sauers is out today. Can you provide any assistance in obtaining your clients position on the recently filed Motion to Strike. You help would be appreciated.

- Jeff

**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm


### MACFARLANE FERGUSON & McMULLEN
*Attorneys & Counselors At Law*

This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

**From:** Jeffrey W. Gibson
**Sent:** Tuesday, October 27, 2009 5:14 PM
**To:** Sauers, William
**Subject:** FW: K&H v. Costar

Bill
I have yet to receive a response to my messages below as well as several voice-mail message. Please let me know your clients position with respect to the Motion to Strike

Thank you


EXHIBIT E

- Jeff

**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm


## MACFARLANE FERGUSON & MCMULLEN
*Attorneys & Counselors At Law*

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

**From:** Jeffrey W. Gibson
**Sent:** Monday, October 19, 2009 3:32 PM
**To:** Sauers, William
**Subject:** FW: K&H v. Costar

Bill:

Following up on my e-mail message (below) and my voicemail message left with your office on Friday afternoon. Could you please let me know your client's position regarding the Motion to Strike filed on Friday so I can so advise the Court.

Thank you in advance for your cooperation.

- Jeff

**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970

jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm


## MACFARLANE FERGUSON & McMULLEN
*Attorneys & Counselors At Law*

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

**From:** Jeffrey W. Gibson
**Sent:** Thursday, October 15, 2009 11:58 PM
**To:** 'Sauers, William'
**Subject:** K&H v. Costar

Bill:

Pursuant to Local Rule 3.01(g) I write to determine whether you will agree to withdraw the following documents filed in support of your clients' Motion for Summary Judgment: (1) Declaration of Robert Lardizabal [D.E. 69-5]; (2) Exhibits 1, 2 and 3 of COSTAR's Motion for Summary Judgment [D.E. 69-8, 69-9, 69-10]; and (3) "Exhibit 10" of Declaration of Steven J. Williams [D.E. 69-4 pp.3-13]. I intend to Move to Strike these supporting documents. I intend to move to strike the Declaration of Mr. Lardizabal because his name was never previously disclosed. Additionally I intend to seek to strike Exhibits 1, 2, and 3 of the Motion for Summary Judgment along with Exhibit 10 to Mr. Williams Declaration as those documents were not previously disclosed.

I assume that you will not agree with my request but seek your position pursuant to my obligation under Local Rule 3.01(g).

Thank you for your reply.

-       Jeff


**Jeffrey W. Gibson, Esq.**
Macfarlane Ferguson & McMullen
P.O. Box 1669 Clearwater, FL 33757
625 Court Street Clearwater, FL 33756
Main: (727) 441-8966
Direct: (727) 444-1400
Fax: (727) 461-7970
jg@macfar.com
V Card ♦ Bio

Please visit www.mfmlegal.com for more information about our Firm

## MACFARLANE FERGUSON & McMULLEN
*Attorneys & Counselors At Law*

*This electronic message transmission contains information from the law firm of Macfarlane Ferguson & McMullen and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by collect telephone at (813) 273-4200 or electronic mail (info@mfmlegal.com). Thank you*

IRS Circular 230 Disclosure: Any tax advice in this communication is not intended or written by Macfarlane Ferguson & McMullen to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or other matter addressed herein.

**Tracking:**