IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    Plaintiff,

v.                                              Civil Action No. 8:08-cv-01227-JSM-MSS

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

    Defendants / Counter-Plaintiffs

v.

SCOTT BELL and KLEIN & HEUCHAN,
INC.

    Counter-Defendants
_____/

## NOTICE OF WITHDRAWAL OF SUPPLEMENTAL LOCAL RULE 3.01(G) CERTIFICATION REGARDING MOTION TO STRIKE AND INCORPORATED MEMORANDUM OF LAW

Plaintiff / Counter-Defendant, KLEIN & HEUCHAN, INC., by and through its undersigned counsel, herby withdraws its previously filed *Supplemental Local Rule 3.01(G) Certification Regarding Motion to Strike and Incorporated Memorandum of Law* [D.E. 78] which was filed on October 29, 2009.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

RESPECTFULLY SUBMITTED on this 29th day of October, 2009.

        /s/ Jeffrey W. Gibson
J. PAUL RAYMOND, ESQ.
Florida Bar No. 0169268
jpr@macfar.com
JEFFREY W. GIBSON, ESQ.
Florida Bar No. 0568074
jg@macfar.com
Macfarlane Ferguson & McMullen
P.O. Box 1669
Clearwater, FL 33757
(727) 441-8966 – Phone
(727) 442-8470 – Facsimile
Attorneys for Plaintiff
Klein & Heuchan, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following participants:

| | |
|---|---|
| William J. Sauers, Esq.<br>Shari Ross Lahlou, Esq.<br>Sanja Sarich Kerksiek, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>William Cooper Geurrant, Jr.<br>Hill Ward Henderson<br>101 E. Kennedy Blvd, Suite 3700<br>Tampa, FL 33601<br>*Counsel for Defendants-Counter-Plaintiffs*<br>*CoStar Realty Information, Inc. and CoStar*<br>*Group, Inc.* | Randall J. Love, Esq.<br>Randall J. Love & Associates, P.A.<br>5647 Gulf Drive<br>New Port Richey, FL 34652-4019<br>*Counsel for Counter-Defendant, Scott Bell* |

        /s/ Jeffrey W. Gibson
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074