UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.

    Plaintiff

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.

    Civil No.: 8:08-cv-01227-JSM-EAJ

    Defendants / Counter-Plaintiffs

v.

SCOTT BELL and KLEIN & HEUCHAN,
INC.

    Counter-Defendants

_____/

## SUPPLEMENTAL LOCAL RULE 3.01(G) CERTIFICATION REGARDING MOTION TO STRIKE AND INCORPORATED MEMORANDUM OF LAW

Plaintiff / Counter-Defendant KLEIN & HEUCHAN, INC. (hereinafter "K&H"), by and through its undersigned counsel, hereby respectfully submits this Local Rule 3.01(g) certification regarding the *Motion to Strike and Incorporated Memorandum of Law* [D.E. 75]. Counsel for K&H states that he has conferred with counsel for Defendants / Counter-Plaintiffs who advises they object to the relief requested in the Motion to Strike.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

RESPECTFULLY SUBMITTED this 29th day of October, 2009.

       /s/ Jeffrey W. Gibson
J. PAUL RAYMOND, ESQ.
Florida Bar No. 0169268
jpr@macfar.com
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074
jg@macfar.com
Macfarlane Ferguson & McMullen
P.O. Box 1669
Clearwater, FL 33757
(727) 441-8966 – Phone
(727) 442-8470 – Facsimile
Attorneys for Defendant
Klein & Heuchan, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which send a notice of electronic filing to the following:

| | |
|---|---|
| William J. Sauers, Esq.<br>Shari Ross Lahlou, Esq.<br>Sanja Sarich Kerksiek, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004 | Randall J. Love, Esq.<br>Randall J. Love & Associates, P.A.<br>5647 Gulf Dr.<br>New Port Richey, FL 34652-4019<br><br>*Counsel for Counter-Defendant Scott Bell* |
| William Cooper Guerrant, Jr.<br>Hill Ward Henderson<br>101 E. Kennedy Blvd, Suite 3700<br>P.O. Box 2231<br>Tampa, FL 33601<br><br>*Counsel for Defendants-Counter-Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.* | |

       /s/ Jeffrey W. Gibson
JEFFREY W. GIBSON, ESQ.
Florida Bar No.: 0568074