IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| KLEIN & HEUCHAN, INC., | |
|---|---|
| Plaintiff, | |
| v. | |
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC, | Civil Action No. 8:08-cv-01227-JSM-MSS |
| Defendants. | |

## DECLARATION OF ROBERT LARDIZABAL

I, Robert Lardizabal, declare as follows:

1. My name is Robert Lardizabal. I am employed by CoStar Group, Inc. ("CoStar") as Technical Manager in CoStar's Product Development department. The statements in this declaration are based upon personal knowledge and I would testify to such statements under oath if called upon as a witness.

2. I signed a declaration in support of CoStar's Motion for Summary Judgment against Klein & Heuchan, Inc. I understand from counsel that Klein & Heuchan has now moved to strike my declaration and the exhibits attached to that declaration because I was not previously identified by CoStar as an individual with "discoverable information."

3. In fact, I do not personally have knowledge related to the individual actions of Klein & Heuchan, Inc. The statements in my declaration relate only to a generalized knowledge of the operation of CoStar's products and the records kept by CoStar's computers in the ordinary course of business concerning the use of CoStar's products.

-1-

4. Other than my testimony concerning the general operation of CoStar's products, the facts in my declaration were drawn from CoStar's business records as kept by CoStar's computers. I have no independent knowledge of those facts outside of those business records, and I am just one of many people in CoStar's Product Development department who could have provided the same testimony, as that testimony related to how CoStar's computers operated and what CoStar's computers recorded, not what I or anyone else in my department personally knows.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 10/30/2009 at Bethesda, Maryland.

Robert Lardizabal