UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,
a Florida Corporation,

          Plaintiff,

vs.                                      Case No.: 8-08-cv-01227-T-30-EAJ

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

          Defendants.
_____/

## UNOPPOSED MOTION TO SUBSTITUTE ATTORNEYS OF RECORD

**COMES NOW**, Defendants, COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., by and through their undersigned counsel and pursuant to Local Rule 2.03 of the Middle District of Florida, hereby serves this Unopposed Motion to Substitute Attorneys of Record, and request that this Court enter an Order substituting Matthew J. Oppenheim of The Oppenheim Group, LLP, 7304 River Falls Drive, Potomac, Maryland 20854, (301) 299-4986, as counsel of record for Defendants COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., and relieving current counsel of record William J. Sauers and Sanya Sarich Kerksiek and the law firm of Crowell & Moring LLP from further representation in this matter. William C. Guerrant, Jr. and William F. Sansone of Hill, Ward & Henderson, P.A. will remain as counsel for Defendants, COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned has conferred with counsel for Plaintiff who has advised that Plaintiff consents to relief sought herein.

Respectfully submitted,

s/William C. Guerrant, Jr.
William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
Trial Counsel
William F. Sansone
Florida Bar No. 781231
wsansone@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond, Brian J. Aungst, Jr., and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757 and to Randall J. Love, Randall J. Love & Associates, 10816 U.S. Highway 19 North, Suite 110, Port Richey, Florida 34668-2564.

s/William C. Guerrant, Jr.
Attorney

634206