UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

      Plaintiff                               Case No. 8:08-cv-01227-JSM-EAJ

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC,

      Defendants.
_____/

## MOTION OF MATTHEW J. OPPENHEIM TO APPEAR *PRO HAC VICE*

Matthew J. Oppenheim of the law firm of The Oppenheim Group, LLP located at 7304 River Falls Drive, Potomac, Maryland 20854, hereby petitions this Court for permission to appear *pro hac vice* on behalf of CoStar Realty Information, Inc., and CoStar Group, Inc. ("Defendants"). Petitioner states that he is a member in good standing of the Bars of the states of New York, Maryland, and the District of Columbia, and is licensed to practice before the United States District Court for the Southern District of New York, the District of Maryland, and the District of Columbia. Petitioner further states that William C. Guerrant, Jr. and William F. Sansone of the law firm of Hill, Ward & Henderson, P.A., have been designated as local counsel in this action.

Petitioner represents that he is not admitted to practice in the Middle District of Florida and does not maintain a regular practice of law in the State of Florida. Petitioner has reviewed and is familiar with the Local Rules of the Middle District of Florida and submits to the jurisdiction of this Court for discipline purposes.

Petitioner certifies that he has submitted to the Clerk's office a check representing the fee required pursuant to Local Rule 2.01(d).

WHEREFORE, Matthew J. Oppenheim petitions the Court to allow him to appear *pro hac vice* on behalf of Defendants in this matter pursuant to Rule 2.02 of the Local Rules of the Middle District of Florida.

## **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned has conferred with counsel for Plaintiff who has advised that Plaintiff consents to the request for the relief sought herein.

Dated: November 10, 2009

Respectfully submitted,

/s/ William C. Guerrant, Jr.
William C. Guerrant, Jr.
Florida Bar No. 516058
HILL WARD & HENDERSON, P.A.
101 E. Kennedy Blvd.
Suite 3700
Post Office Box 2231
Tampa, Florida 33601-2231
Telephone (813) 221-3900
Facsimile (813) 221-2900
wguerrant@hwhlaw.com

- and -

/s/ Matthew J. Oppenheim
Matthew J. Oppenheim
The Oppenheim Group, LLP
7304 River Falls Drive
Potomac, MD 20854
301-299-4986
866-766-1678 (fax)
matt@oppenheimgroup.net
Attorneys for CoStar Realty
Information, Inc., and CoStar
Group, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond, Brian J. Aungst, Jr., and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757 and to Randall J. Love, Randall J. Love & Associates, 10816 U.S. Highway 19 North, Suite 110, Port Richey, Florida 34668-2564.

/s/ William C. Guerrant, Jr.
Attorney

869798