# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KLEIN & HEUCHAN, INC.,**

    **Plaintiffs,**

v.                                                                           Case No.: 8:08-CV-1227-T-30EAJ

**COSTAR REALTY INFORMATION, INC.
and COSTAR GROUP, INC.,**

    **Defendants / Counterclaim Plaintiffs**

v.

**SCOTT BELL and KLEIN & HEUCHAN,
INC.**

    **Counterclaim Defendants.**
_____/

## ORDER

Before the court is the **Unopposed Motion to Substitute Attorneys of Record** (Dkt. 84) filed by William Guerrant, Esq. of Hill, Ward & Henderson, P.A. on behalf of Defendants Costar Realty Information, Inc. and Costar Group, Inc. Movants request an order permitting William Sauers, Esq. and Sanya Kerksiek, Esq. of the law firm Crowell & Moring LLP to withdraw their representation of Defendants and substituting Matthew Oppenheim, Esq. as Defendants' counsel. Mr. Guerrant submits that he will continue to represent Defendants as local counsel and that Plaintiff consents to the substitution of counsel. However, the motion fails to include Defendants in the certificate of service and the court is unable to determine whether Defendants were provided with ten days notice as required by Local Rule 2.03(b), M.D. Fla.

Accordingly and upon consideration, it is **ORDERED AND ADJUDGED** that:

    (1)    Defendants' **Unopposed Motion to Substitute Attorneys of Record** (Dkt. 84) is

**DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Tampa, Florida this 12th day of November, 2009.

/s/ Elizabeth A. Jenkins
ELIZABETH A JENKINS
United States Magistrate Judge