UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,
a Florida Corporation,

                Plaintiff,

vs.                                  Case No.: 8-08-cv-01227-T-30-EAJ

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

                Defendants.
_____/

## AMENDED UNOPPOSED MOTION
## TO SUBSTITUTE ATTORNEYS OF RECORD

**COMES NOW**, Defendants, COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., by and through their undersigned counsel and pursuant to Local Rule 2.03 of the Middle District of Florida, hereby serves this Unopposed Motion to Substitute Attorneys of Record, and request that this Court enter an Order substituting Matthew J. Oppenheim of The Oppenheim Group, LLP, 7304 River Falls Drive, Potomac, Maryland 20854, (301) 299-4986, as counsel of record for Defendants COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., and relieving current counsel of record William J. Sauers and Sanya Sarich Kerksiek and the law firm of Crowell & Moring LLP from further representation in this matter. William C. Guerrant, Jr. and William F. Sansone of Hill, Ward & Henderson, P.A. will remain as counsel for Defendants, COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC.

Undersigned counsel certifies that Defendants consent to the substitution requested herein, and that the notice required by Local Rule 2.03(b) has been given.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned has conferred with counsel for Plaintiff who has advised that Plaintiff consents to relief sought herein.

> Respectfully submitted,
>
> s/William C. Guerrant, Jr.
> William C. Guerrant, Jr.
> Florida Bar No. 516058
> wguerrant@hwhlaw.com
> Trial Counsel
> William F. Sansone
> Florida Bar No. 781231
> wsansone@hwhlaw.com
> HILL, WARD & HENDERSON, P.A.
> Suite 3700 – Bank of America Building
> 101 East Kennedy Boulevard
> Post Office Box 2231
> Tampa, Florida 33601
> Telephone: (813) 221-3900
> Facsimile: (813) 221-2900
> Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 13, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond, Brian J. Aungst, Jr., and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757 and to Randall J. Love, Randall J. Love & Associates, 10816 U.S. Highway 19 North, Suite 110, Port Richey, Florida 34668-2564. Notice has also been sent via U.S. Mail to CoStar Group, Inc. and CoStar Realty Information, Inc., Two Bethesda Metro Center, 10th Floor, Bethesda, Maryland 20814.

> s/William C. Guerrant, Jr.
> Attorney

634206