# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KLEIN & HEUCHAN, INC.,**

    **Plaintiffs,**

v.                                                    Case No.: 8:08-CV-1227-T-30EAJ

**COSTAR REALTY INFORMATION, INC.**
**and COSTAR GROUP, INC.,**

    **Defendants / Counterclaim Plaintiffs**

v.

**SCOTT BELL and KLEIN & HEUCHAN,**
**INC.**

    **Counterclaim Defendants.**

_____/

## **ORDER**

Before the court is the **Amended Unopposed Motion to Substitute Attorneys of Record** (Dkt. 90) filed by William Guerrant, Esq. of Hill, Ward & Henderson, P.A. on behalf of Defendants Costar Realty Information, Inc. and Costar Group, Inc. Movants request an order permitting Matthew Oppenheim, Esq. to appear as Defendants' counsel in substitution of William Sauers, Esq. and Sanya Kerksiek, Esq. of the law firm Crowell & Moring LLP. Mr. Guerrant submits that he will continue to represent Defendants as local counsel, Plaintiff and Defendants consent to the substitution of counsel, and all parties have been provided notice of the substitution in compliance with Local Rule 2.03(b), M.D. Fla.

Accordingly and upon consideration, it is **ORDERED AND ADJUDGED** that:

    (1)    Defendants' **Amended Unopposed Motion to Substitute Attorneys of Record** (Dkt. 90) is **GRANTED**; and

(2)     William Sauers, Esq., Sanya Kerksiek, Esq., and Crowell & Moring LLP are relieved of any further responsibility to represent Defendants in this case.

**DONE** and **ORDERED** in Tampa, Florida on this 18th day of November, 2009.

/s/ Elizabeth A. Jenkins
ELIZABETH A JENKINS
United States Magistrate Judge