**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KLEIN & HEUCHAN, INC.,**

      **Plaintiff,**

**v.**                                                    **Case No.: 8:08-CV-1227-T-30EAJ**

**COSTAR REALTY INFORMATION, INC.**
**and COSTAR GROUP, INC.,**

      **Defendants / Counterclaim Plaintiffs,**

**v.**

**SCOTT BELL and KLEIN & HEUCHAN,**
**INC.**

      **Counterclaim Defendants.**
_____/

**ORDER**

      Before the court is the **Motion of Matthew Oppenheim to Appear Pro Hac Vice** (Dkt. 85) filed by Defendants CoStar Realty Information, Inc. and CoStar Group, Inc. Defendants request that this court permit Matthew Oppenheim, Esq. of the law firm The Oppenheim Group, LLP to appear pro hac vice, with William Guerrant, Esq. and William Sansone, Esq. designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla. Defendants assert that Mr. Oppenheim is a member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York.

      Upon consideration, it is **ORDERED AND ADJUDGED** that Defendants' **Motion of Matthew Oppenheim to Appear Pro Hac Vice** (Dkt. 85) is **GRANTED**, subject to the requirement that Mr. Oppenheim shall comply with the fee and email registration requirements of

Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

**DONE AND ORDERED** in Tampa, Florida this 20th day of November, 2009.

ELIZABETH A JENKINS
United States Magistrate Judge

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing the court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an email address.