UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    Plaintiff(s),

v.                                   CASE NO: 8:08-CV-1227-T-30EAJ

COSTAR REALTY INFORMATION,
INC., et al.,

    Defendant(s).
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. A review of the file reveals that defense counsel SHARI ROSS LAHLOU has filed to comply with the provisions of this Court's Order (Dkt. #57) entered on July 14, 2009, which requires compliance with administrative procedures regarding electronic filing. The Clerk's office has contacted Ms. Lahlou on several occasions to remind her of the Court's requirements. As of this date, Ms. Lahlou is still in non-compliance. It is therefore

ORDERED AND ADJUDGED that Attorney SHARI ROSS LAHLOU shall show cause, in writing, within eleven (11) days of the date of this Order as to why she should not be stricken as counsel of record in this case.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Odd\2008\08-cv-1227.ecf comply.wpd*