UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

    Plaintiff,

v.                                   CASE NO: 8:08-CV-1227-T-30EAJ

COSTAR REALTY INFORMATION,
INC., et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause (Dkt. #93) was entered on November 20, 2009, which gave defense counsel SHARI ROSS LAHLOU eleven days to show cause as to why she should not be stricken as counsel of record in this case. Ms. Lahlou has failed to file a timely response.

It is therefore ORDERED AND ADJUDGED that Attorney SHARI ROSS LAHLOU is stricken as counsel of record for Defendants in this case.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Odd\2008\08-cv-1227.ecf comply.wpd*