UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.  8:08-cv-1227-T-30EAJ            DATE  February 2, 2010

TITLE  Klein & Heuchan, Inc. vs. CoStar Realty Information, Inc., et al.

TIME  8:50 a.m. - 8:55 a.m.                 TOTAL  5 minutes

Honorable  James S. Moody, Jr.             Deputy Clerk  Sara Boswell

Court Reporter  Sherrill Jackson            Courtroom  13A

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s): | Defendant(s): |
|---|---|---|
| Jeffrey Gibson | Matthew Oppenheim | CoStar |
| | -------------------------------------------- | |
| | Attorney for Counter Defendant(s): Scott Bell | |
| | Randall Love | |

**PROCEEDINGS:    PRETRIAL CONFERENCE**

The case is set on the MARCH trial calendar.

The parties advise that Scott Bell and CoStar have reached a full settlement.

With the settlement in place, the parties anticipate that a bench trial will take 2 - 3 days to complete.

Defendant/Counter Claimants CoStar Realty Information, Inc. and CoStar Group, Inc. with consent of Plaintiff/Counter Defendant Klein & Heuchan, Inc. has filed [Dkt. 97] Consented to Motion for Realignment.  Motion granted.

Protection is requested for March 5th and March 12th due to witness unavailability.  Counsel also requests protection during Passover, March 29th and March 30th.  The Court advises the parties that the Court is unavailable to try the case during the week of March 8th.

The parties anticipate filing motion(s) in limine.  Any motions in limine shall be filed by February 8th.  Responses are due 10 days later.