UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,
a Florida Corporation,

                Plaintiff,

vs.                                                Case No.:  8-08-cv-01227-JSM-MSS

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

                Defendants.
_____/

## DFENDANTS' UNOPPOSED MOTION FOR *FOUR-DAY* ENLARGEMENT OF TIME TO FILE MOTIONS IN LIMINE

      Defendants Costar Realty Information, Inc. and Costar Group, Inc., by and through their undersigned counsel, hereby move this Court to enter an Order enlarging the time within which they must file their Motions in Limine by *four days*, through and including February 12, 2010, and as grounds therefore state:

      1.      On February 2, 2010, the Court held a pretrial conference in this case and ordered that any motions in limine shall be filed by February 8, 2010 (Dkt. 98).

      2.      Due to a major snow storm and subsequent power outages, trial counsel for Defendants is unable to meet the required deadline to file Defendants' Motions in Limine and therefore requests a *four-day* extension of time within which to file Defendants' Motions in Limine—through and including February 12, 2010.

      3.      Plaintiff is not opposed to Defendants' request for an extension of time in which to file its Motions in Limine.

4. Plaintiff's deadline in which to file Plaintiff's Motions in Limine is not affected by this motion.

5. Pursuant to Rule 6, Fed.R.Civ.P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendants Costar Realty Information, Inc. and Costar Group, Inc., respectfully request this Court enter an Order enlarging the time within which they must file their Motions in Limine by *four-days*, through and including February 12, 2010.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants has conferred with counsel for Plaintiff, and counsel for Plaintiff has no objection to the granting of the relief requested herein.

    Respectfully submitted,

    s/William C. Guerrant, Jr.
    William C. Guerrant, Jr., FBN 516058
    wguerrant@hwhlaw.com
    Trial Counsel
    William F. Sansone, FBN 781231
    wsansone@hwhlaw.com
    HILL, WARD & HENDERSON, P.A.
    Suite 3700 – Bank of America Building
    101 East Kennedy Boulevard
    Post Office Box 2231
    Tampa, Florida 33601
    Telephone: (813) 221-3900
    Facsimile: (813) 221-2900
    Attorneys for Defendants

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757.

                                                s/William C. Guerrant, Jr.
                                                Attorney