

P.O. Box 14300, Washington, DC 20044-4300 ▪ p202 624-2500 ▪ f202 628-8844

Courier Address: 1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595

William J. Sauers
202-624-2746
wsauers@crowell.com

January 13, 2009

**BY FEDEX**

Jeffrey W. Gibson, Esq.
Macfarlane Ferguson & McMullen
625 Court Street
Clearwater, FL 33757

Re: Klein & Heuchan v. CoStar Realty

Dear Jeff:

Per my e-mail today, attached please find a copy of CoStar's first document production to Klein & Heuchan, Bates Nos. COSTAR00000001-COSTAR00000364, originally served on January 5, 2009. Please note that several of the documents have been produced in native file format, and, per our agreement, are marked as CONFIDENTIAL - ATTORNEYS' EYES ONLY by way of this e-mail stating the same. All other documents are designated as indicated.

Very truly yours,

William J. Sauers

WJS:crr
Enclosure
7072614

EXHIBIT E

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels