# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KLEIN & HEUCHAN, INC.,
a Florida Corporation,

      Plaintiff/Counter-Defendant,

vs.                                Case No.:  8-08-cv-01227-JSM-EAJ

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC.,

      Defendants and Counter-Plaintiffs.

_____/

## STIPULATION AND MOTION FOR ENTRY
## OF JUDGMENT AND PERMANENT INJUNCTION

      Defendant-Counterclaimants, CoStar Realty Information, Inc. and CoStar Group, Inc.

("CoStar"), and Counter-Defendant Christopher Scott Bell ("Bell") hereby stipulate to entry

of the Judgment and Permanent Injunction attached hereto as Exhibit "A."  Accordingly,

CoStar respectfully requests that the Court enter the attached Order, together with such relief

as the Court deems just and proper.

| | |
|---|---|
| s/ Randall J. Love, Esq. | s/ William C. Guerrant, Jr. |
| Randall J. Love, Esq. | William C. Guerrant, Jr. |
| Florida Bar No. 0000380 | Florida Bar No. 516058 |
| mmjlove@aol.com | wguerrant@hwhlaw.com |
| Randall J. Love & Associates, P.A. | William F. Sansone |
| 5647 Gulf Dr. | Florida Bar No. 781231 |
| New Port Richey, FL 34652-4019 | wsansone@hwhlaw.com |
| *Attorney for Counter-Defendant Scott Bell* | HILL, WARD & HENDERSON, P.A. |
| | Suite 3700 – Bank of America Building |
| | 101 East Kennedy Boulevard |
| | Post Office Box 2231 |
| | Tampa, Florida 33601 |
| | Telephone: (813) 221-3900 |
| | Facsimile: (813) 221-2900 |

- and -

s/ Matthew J. Oppenheim
Matthew J. Oppenheim
Trial Counsel
The Oppenheim Group, LLP
7304 River Falls Drive
Potomac, MD  20854
301-299-4986
866-766-1678 (fax)
matt@oppenheimgroup.net

*Attorneys for Defendants/Counter Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc,*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond, Brian J. Aungst, Jr., and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL  33757 and to Randall J. Love, Randall J. Love & Associates, 10816 U.S. Highway 19 North, Suite 110, Port Richey, Florida  34668-2564.

/s/ William C. Guerrant, Jr.
Attorney