AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Klein & Heuchan, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   8:08-cv-01227-JSM-EAJ |
| CoStar Realty Information, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plantiff, Klein & Heuchan, Inc.                                                                     .

Date:      02/16/2010

_____
*Attorney's signature*

Joshua Magidson, FBN: 301701
*Printed name and bar number*

Macfarlane Ferguson & McMullen
P.O. Box 1669
Clearwater, FL  33757

_____
*Address*

jm@macfar.com
*E-mail address*

(727) 441-8966
*Telephone number*

(727) 442-8470
*FAX number*

Dockets.Justia.