**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KLEIN & HEUCHAN, INC.,

    Plaintiff(s),

v.                                                                                               CASE NO: 8:08-CV-1227-T-30EAJ

COSTAR REALTY INFORMATION,
INC., et al.,

    Defendant(s).
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion for Leave to Use Laptop Computers and Cellular Telephones at Trial (Dkt. #110), filed as an exception to the Local Rules of this Court. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     Said Motion is GRANTED.

2.     Attorneys **WILLIAM F. SANSONE, WILLIAM C. GUERRANT, JR., MATTHEW J. OPPENHEIM, and/or LARA J. TIBBALS** shall be allowed to bring the following item(s)/equipment into Courtroom #13A for the duration of the trial scheduled in the above referenced case:

    A.    Sony Vaio laptop computer, serial #3105867.

    B.    HP laptop computer, serial #CNU9211TWG.

   C. Blackberry cellular telephones: #217080032C, #07604066031, and #30CC1152.

** Said trial will commence on **MONDAY, MARCH 1, 2010**, and is expected to last two (2) to three (3) days.

  3. No printers shall be allowed.

  4. Cell phones shall be kept in the "vibrate" or "silent" mode and may be used only outside the courtroom. No photographs shall be taken inside of the Courthouse at any time.

  5. The attorney(s)/person(s) authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment. The equipment described above is subject to inspection at any time by courthouse security personnel.

  **DONE** and **ORDERED** in Tampa, Florida on February 23, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Court Security Officer - Front Desk

*S:\Odd\2008\08-cv-1227.electronics 110.wpd*