## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

      Plaintiff                                      Case No. 8:08-cv-01227-JSM-EAJ

v.

COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC,

      Defendants.
_____/

### MOTION OF SCOTT ZEBRAK TO APPEAR *PRO HAC VICE*

Scott Zebrak of the law firm of The Oppenheim Group, LLP located at 1325 G Street, NW, Suite 500, Washington, D.C. 20005, hereby petitions this Court for permission to appear *pro hac vice* on behalf of CoStar Realty Information, Inc., and CoStar Group, Inc. ("Defendants"). Petitioner states that he is a member in good standing of the Bars of the State of Virginia and the District of Columbia, and is licensed to practice before the United States District Court for the Eastern District of Virginia, the District of Columbia, and the District of Maryland. Petitioner further states that William C. Guerrant, Jr., Lara J. Tibbals, and William F. Sansone of the law firm of Hill, Ward & Henderson, P.A., have been designated as local counsel in this action.

Petitioner represents that he is not admitted to practice in the Middle District of Florida and does not maintain a regular practice of law in the State of Florida. Petitioner has reviewed and is familiar with the Local Rules of the Middle District of Florida and submits to the jurisdiction of this Court for discipline purposes.

Petitioner certifies that he has submitted to the Clerk's office a check representing the fee required pursuant to Local Rule 2.01(d).

WHEREFORE, Scott Zebrak petitions the Court to allow him to appear *pro hac vice* on behalf of Defendants in this matter pursuant to Rule 2.02 of the Local Rules of the Middle District of Florida.

### **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned has conferred with counsel for Plaintiff who has advised that Plaintiff consents to the request for the relief sought herein.

Dated:  February 25, 2010  Respectfully submitted,

/s/  Lara J. Tibbals
William C. Guerrant, Jr., FBN 516058
wguerrant@hwhlaw.com
Lara J. Tibbals, FBN 129054
ltibbals@hwhlaw.com
William F. Sansone, FBN 781231
wsansone@hwhlaw.com
HILL WARD & HENDERSON, P.A.
101 E. Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601-2231
Telephone (813) 221-3900
Facsimile (813) 221-2900

- and -

/s/ Matthew J. Oppenheim
Matthew J. Oppenheim
The Oppenheim Group, LLP
7304 River Falls Drive
Potomac, MD  20854
301-299-4986
866-766-1678 (fax)
matt@oppenheimgroup.net
*Attorneys for CoStar Realty Information, Inc., and CoStar Group, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond, Brian J. Aungst, Jr., and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL  33757 and to Randall J. Love, Randall J. Love & Associates, 10816 U.S. Highway 19 North, Suite 110, Port Richey, Florida  34668-2564.

/s/ Lara J. Tibbals
Attorney