UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KLEIN & HEUCHAN, INC.,**

    Plaintiff,

v.                                               Case No.  8:08-cv-1227-T-30EAJ

**COSTAR REALTY INFORMATION,
INC., and COSTAR GROUP, INC.,**

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Motion for Scott Zebrak to Appear Pro Hac Vice (Dkt. 114). Upon review and consideration, the Court finds that counsel's request for *pro hac vice* admission should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The Motion for Scott Zebrak to Appear Pro Hac Vice (Dkt. 114) is GRANTED.

2. Scott Zebrak of The Oppenheim Group, LLP, located at 1325 G Street NW, Suite 500, Washington, D.C. 20005, is hereby admitted to practice in this Court for the limited purpose of appearing in the above-styled case.

3. The admission of Scott Zebrak is conditioned on the continued appearance in this case of an active member of the Florida Bar Association, resident of the

State of Florida, upon whom service as to all matters connected with this action may be made with the same effect as if made upon Scott Zebrak within the District of Columbia.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1227.pro hac vice.frm