UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

---

CASE NO.  8:08-cv-1227-T-30EAJ         DATE  March 1, 2010

TITLE  Klein & Heuchan, Inc. vs. CoStar Realty Information, Inc., et al.

TIME  9:05 - 12:00, 1:30 - 4:10         TOTAL 5 hours and 45 minutes

Honorable  James S. Moody, Jr.          Deputy Clerk  Sara Boswell

Court Reporter  Sherrill Jackson        Courtroom  13A

---

| Attorney(s) for Plaintiff(s) and Counter Defendant(s): | Attorney(s) for Defendant(s) and Counter Claimant(s): |
|---|---|
| Jeffrey Gibson | Matthew Oppenheim |
| Joshua Magidson | Scott Zebrak |
|  | Christopher Winters |

---

**PROCEEDINGS:    BENCH TRIAL (DAY 1)**

9:05    The Court hears arguments on the pending motions in limine. The Court denies [Dkt. 103] CoStar's motion in limine and [Dkt. 101] Klein & Heuchan's motion in limine.

9:20    Opening statement made by Mr. Oppenheim.

9:45    Opening statement made by Mr. Gibson.

9:55    CoStar calls Stephen Alliegro to testify. Direct examination conducted by Mr. Oppenheim.

11:45   Cross examination by Mr. Gibson.

12:00   Lunch.

1:30    Resume cross examination of Stephen Alliegro.

2:10    CoStar calls Christopher "Scott" Bell to testify. Direct examination conducted by Mr. Oppenheim.

4:10    Court is in recess. Trial will resume on 3/2/10 at 9:00 a.m.