# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO.  8:08-cv-1227-T-30EAJ          DATE  March 2, 2010

TITLE  Klein & Heuchan, Inc. vs. CoStar Realty Information, Inc., et al.

TIME  8:55 - 12:00, 1:35 - 2:30          TOTAL  4 hours

Honorable  James S. Moody, Jr.           Deputy Clerk  Sara Boswell

Court Reporter  Sherrill Jackson          Courtroom  13A

| Attorney(s) for Plaintiff(s) and Counter Defendant(s): | Attorney(s) for Defendant(s) and Counter Claimant(s): |
|---|---|
| Jeffrey Gibson | Matthew Oppenheim |
| Joshua Magidson | Scott Zebrak |
|  | Christopher Winters |

**PROCEEDINGS:   BENCH TRIAL (DAY 2)**

8:55  Trial resumes from 3/1/2010. Cross examination of Christopher "Scott" Bell conducted by Mr. Gibson.

9:25  Redirect examination.

9:30  CoStar calls Mark Klein to testify. Direct examination conducted by Mr. Oppenheim.

10:40  Cross examination of Mr. Klein by Mr. Gibson.

10:45  CoStar calls Steven Williams to testify. Direct examination conducted by Mr. Oppenheim.

11:20  Cross examination conducted by Mr. Gibson.

11:30  Redirect examination.

11:45  CoStar rests. Klein & Heuchan (K&H) motions for directed verdict. Reserved ruling by the Court.

<u>Case No.: 8:08-cv-1227-T-30EAJ</u>
Klein & Huechan vs. CoStar
Clerk's Minutes - Page 2

12:00   Lunch break.

1:35   K&H's case begun.  Mark Klein recalled.  Direct examination conducted by Mr. Gibson.  Cross examination conducted by Mr. Oppenheim.

1:50   K&H calls Steven Klein to testify.  Direct examination conducted by Mr. Gibson.  Cross examination conducted by Mr. Oppenheim.

1:55   K&H rests.  No rebuttal evidence or testimony from CoStar.  The Court directs the parties to file proposed findings of fact and conclusions of law. The Court gives the option to counsel of make their closing arguments orally or in written form with their findings of fact.  Closing arguments made by Mr. Oppenheim.

2:30   Mr. Gibson will submit closing arguments in Klein & Hueschan's findings of facts memorandum.  The parties shall submit their memorandums on or before Friday, March 19, 2010.

   Court adjourned.