UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Klein & Heuchan, Inc.
    Plaintiff and Counter-Defendant,

v.

CoStar Realty Information, Inc. and CoStar
    Group, Inc.,
    Defendants and Counter-Plaintiffs.

Case No: 8:08-cv-01227-JSM

### EXHIBIT I – JOINT TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | MAR 0 2 2010 | Stip | Summary of CoStar Photographs Allegedly Infringed |
| 2 | | MAR 0 2 2010 | Stip | Summary of CoStar Market Reports Allegedly Infringed |
| 3 | | | | CoStar's internal contact management database of activity/contacts with Bell of Coldwell - CSGP 24-53 |
| 4 | | MAR 0 1 2010 | Alliegro | License Agreement between CoStar and Coldwell dated 2/1/08, w/ Exhibits A-D - CSGP 66-107 |
| 5 | | MAR 0 1 2010 | Alliegro | License Agreement between CoStar and Coldwell dated 9/30/05 w/ addenda extending the term - CSGP 108-126 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | EXHIBIT LIST – CONTINUATION SHEET | | |
| 6 | | | | Summary of logins to CoStar subscription-only services with Bell's ID/password - CSGP 164-166 |
| 7 | | | | CoStar subscription-only services with Scott Bell's ID/password - CSGP 167-178 |
| 8 | | | | Spreadsheet from CoStar's internal contact management database of activity/contacts with Coldwell - CSGP 179-352 |
| 9 | | | | Printouts of pages from K&H's website - CSGP 353-360 |
| 10 | | | | Screen capture from CoStar server showing that UserID 313614 (Bell) accepted the Terms of Use - CSGP 365 |
| 11 | MAR 0 1 2010 | | Alliegro | CoStar Office Report Year-End 2007 Tampa/St Petersburg Office Market - CSGP 367-400 |
| 12 | MAR 0 1 2010 | | Alliegro | CoStar Office Report First Quarter 2007 Tampa/St Petersburg Office Market - CSGP 401-434 |
| 13 | MAR 0 1 2010 | | Alliegro | CoStar Industrial Report Year-End 2007 Tampa St Petersburg Industrial Market - CSGP 435-465 |
| 14 | | | | Email from Bell to Mark Klein, on 6/5/08, forwarding advertisement from CoStar - CSGP 466-467 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | **EXHIBIT LIST -- CONTINUATION SHEET** | | |
| 15 | | MAR 0 1 2010 | Bell | Spreadsheet with building information - CSGP 475-506 |
| 16 | | MAR 0 1 2010 | Bell | Spreadsheet with building information - CSGP 507-526 |
| 17 | | MAR 0 1 2010 | Bell | Spreadsheet with building information - CSGP 587-605 |
| 18 | MAR 0 1 2010 | MAR 0 2 2010 | Steven Klein | Email from Bell to Steve Klein dated 4/6/07, attaching Excel spreadsheet of building information (SJ Ex 10) - CSGP 640-660 |
| 19 | | MAR 0 1 2010 | Bell | CoStar Comps database re 8619 NY Avenue in Hudson, FL on 1/17/07 (SJ Ex 4) - CSGP 729 |
| 20 | | MAR 0 1 2010 | Bell | Email from Bell to Tracy McMurray of Ashberrywater.com dated 1/31/07 with attached documents (SJ Ex 5) - CSGP 731 - 737 |
| 21 | | MAR 0 1 2010 | Bell | Email from Bell to Mark Klein dated 8/16/07 attaching building information (SJ Ex 6) - CSGP 739 - 749 |
| 22 | | MAR 0 1 2010 | Bell | Email from Bell to Steve Klein, dated 4/4/07, providing the CoStar Office Report Year-End 2006 Tampa/St Petersburg Office Market (SJ Ex 7) - CSGP 751-785 |
| 23 | | MAR 0 1 2010 | Bell | Email from Bell to Gus dated 6/14/07 sending attachment (SJ Ex 8) - CSGP 787-788 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | **EXHIBIT LIST – CONTINUATION SHEET** |
| 24 | | MAR 0 1 2010 | Bell | Email from Bell to CS Duncan, dated 5/23/07, with link to document in CoStar Property service (SJ Ex 9) - CSGP 790 |
| 25 | | | | List of Properties on CoStar Service that Bell accessed between January 2007 and May 2008 - Lardizable SJ Dec. Ex. A – CSGP 826 - 51 |
| 26 | | | | CoStar Contact Identification for Bell – Lardizabal SJ Dec. Ex. B - CSGP 853 |
| 27 | | | | Examples of CoStar Screen Captures for Properties Bell Downloaded – Lardizabal SJ Dec. Ex. C - CSGP 855 - 861 |
| 28 | | | | CoStar communication with Coldwell re Bell from Contact Mgmt Database – Williams SJ Dec. Ex. B. - CSGP 885 - 887 |
| 29 | | | | CoStar email to Bell with access information from Contact Mgmt Database – Williams SJ Dec. Ex. C - CSGP 889 - 891 |
| 30 | | MAR 0 2 2010 | Williams | List of Log-Ins to CoStar Service by Bell username and password – Williams SJ Dec. Ex. D – CSGP 893 - 897 |
| 31 | | MAR 0 2 2010 | Williams | CoStar record regarding Mark Klein IP address – Williams SJ Dec Ex. E – CSGP 899 |
| 32 | | | | CoStar record regarding Steve Klein IP address – Williams SJ |

|  |  |  |  | Dec. Ex. F – CSGP 901 |
|---|---|---|---|---|
| | | | EXHIBIT LIST -- CONTINUATION SHEET | |
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 33 | | | | CoStar record regarding K & H licensing proposal – Williams SJ Dec. Ex G – CSGP 903 |
| 34 | | | | Ten (10) examples of CoStar copyrighted photographs – Williams Ex. H – 905 - 914 |
| 35 | | MAR 0 2 2010 | Williams | CoStar online Terms of Use, printed on 5/19/08, last revised 5/24/06 - CSGP 915-926* |
| 36 | | MAR 0 1 2010 | Alliegro | Forty-one (41) CoStar Copyrighted Photographs Downloaded by Bell – CSGP 927- 1100* |
| 37 | | MAR 0 2 2010 | Williams | Spreadsheet from CoStar database re unauthorized copying at issue - CSGP 1101-1163* |
| 38 | | | | CoStar client list from CoStar website - CSGP 1164-1166* |
| 39 | | MAR 0 1 2010 | Alliegro | CoStar "Know Your Market" product brochure from CoStar website - CSGP 1167-1178* |
| 40 | | MAR 0 1 2010 | Alliegro | CoStar COMPS sample report from CoStar website - CSGP 1179-1185* |
| 41 | | MAR 0 1 2010 | Alliegro | CoStar Property Professional sample report from CoStar website - CSGP 1186-1206* |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | EXHIBIT LIST -- CONTINUATION SHEET | | |
| 42 | | MAR 0 1 2010 | Alliegro | CoStar Office Report - First Quarter 2007 - Tampa / St Petersburg - CSGP 1207-1240* |
| 43 | | MAR 0 1 2010 | Alliegro | CoStar Office Report – Year End 2007 – Tampa / St Petersburg (color version) - CSGP 1241-1274* |
| 44 | | | | CoStar Office Report – Year End 2006 – Tampa / St Petersburg (color version) - CSGP 1275-1308* |
| 45 | | MAR 0 1 2010 | Stip | Twenty-one (21) VA Certificates and Applications – CSGP 621 – 638, 661-727, 1347 – 1759* |
| 46 | | MAR 0 1 2010 | Stip | Four TX Certificates and Applications – CSGP 1760 – 1991* |
| 47 | | | | Bell's 2007 and 2008 Commissions – K&H 2-3 |
| 48 | | MAR 0 1 2010 | Bell | K&H Office Policy and Commission Schedule for Employees and Independent Contractors w/ Bell's signature page dated 12/18/06 - K&H 4-32 |
| 49 | | | | Lists of K&H personnel in 2007 and 2008 - K&H38 |
| 50 | | | | Klein & Heuchan's Complaint dated June 4, 2008 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | EXHIBIT LIST -- CONTINUATION SHEET | | |
| 51 | | | | CoStar Answer, Affirmative Defenses and Counterclaims dated November 21, 2008 |
| 52 | | | | Klein & Heuchan Answer to Counterclaims dated December 8, 2008 |
| 53 | MAR 0 2 2010 | | Mark Klein | Klein & Heuchan Reponses to Interrogatories |
| 54 | | | | Klein & Heuchan Responses to Requests for Production |
| 55 | | MAR 0 1 2010 | Bell | Independent Contractor Agreement between K & H and Bell – K&H 33 |
| 56 | | | | Professional license for Bell – K&H 36-37 |
| 57 | | MAR 0 2 2010 | Mark Klein | April 16, 2008 letter from Ricketts to Mark Klein – K&H 39-42 |
| 58 | | | | April 16, 2008 letter from Ricketts to Mark Klein – K&H 43-50 |
| 59 | | MAR 0 2 2010 | Mark Klein | May 28, 2008 Ricketts fax to Mark Klein – K&H 51-60 |

| | | EXHIBIT LIST -- CONTINUATION SHEET | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 60 | | MAR 0 2 2010 | Mark Klein | K & H deal file for 5404 Cypress Center Drive – K&H 61-161 |
| 61 | | MAR 0 2 2010 | Mark Klein | K & H deal file for 1250 Rogers Street, Suite I – K&H 162-215 |
| 62 | | MAR 0 2 2010 | Mark Klein | K & H deal file for 1250 Rogers Street, Suite J – K&H 216-258 |
| 63 | | MAR 0 2 2010 | Mark Klein | K & H deal file for 1250 Rogers Street – K&H 259-401 |
| 64 | | | | CoStar's Answer, Affirmative Defenses and Counterclaim |
| 65 | | | | CoStar's Rule 26 Disclosures |
| 66 | | | | CoStar's Answers to Interrogatories |
| 67 | | | | CoStar's Response to Request for Production[i] |
| 68 | | MAR 0 1 2010 | Stip | Stipulated Facts |

| | | EXHIBIT LIST -- CONTINUATION SHEET | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 69 | | MAR 0 2 2010 | | CoStar communications with Scott Bell – CSGP -157-163 |
| 70 | | MAR 0 2 2010 | Williams | Licensing FAQ's from CoStar |
| | | | | CoStar's Demonstrative Exhibits |
| | | | | Documents for rebuttal |

Exhibits noted with an * are subject to a Motion in Limine regarding their admissibility of untimely produced materials.