## NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK

**CASE NO:** 8:08-cv-1227-T-30EAJ

**CASE STYLE:** Klein & Heuchan, Inc. vs. CoStar Realty Information, Inc., et al.

**DATE EXHIBITS PLACED IN THE EXHIBIT ROOM:** 3/10/10

**TYPE OF HEARING:** Bench trial conducted on 3/1/10 - 3/2/10

**Total Number of Boxes:** One BOX containing four (4) binders and one (1) redwell folder of JOINT exhibits

**COURTROOM DEPUTY:** Sara Boswell

**Please file stamp and place in Jeanne Hueting's box.**