IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KLEIN & HEUCHAN, INC.,

        Plaintiff,

v.


COSTAR REALTY INFORMATION, INC.,
and COSTAR GROUP, INC,

        Defendants.

Civil Action No. 8:08-cv-01227-JSM-EAJ

## STIPULATED MOTION TO SET DEADLINE


On March 2, 2010, during trial of this matter, Plaintiff/Counter-Defendant Klein & Heuchan, Inc. ("K&H") filed a Motion for Judgment as a Matter of Law or Alternatively Motion for Judgment on Partial Findings on CoStar's Theory of Vicarious Liability. At the time, the Court indicated that it did not want oral argument from Defendant, Counter-Plaintiffs Costar Realty Information, Inc. and Costar Group, Inc. ("CoStar") on the motion. It is not clear if and when CoStar should file its Opposition to said motion. As such, CoStar requests leave to file an Opposition concurrently with its Proposed Findings of Fact and Conclusions of Law on March 19, 2010. K&H has stipulated to setting the deadline as set forth above.

-2-

WHEREFORE, CoStar hereby requests leave to file an Opposition to K&H's Motion

for Judgment as a Matter of Law or Alternatively Motion for Judgment on Partial Findings on

CoStar's Theory of Vicarious Liability on March 19, 2010.

Respectfully submitted,

s/Lara J. Tibbals
William C. Guerrant, Jr., FBN 516058
wguerrant@hwhlaw.com
William F. Sansone, FBN 781231
wsansone@hwhlaw.com
Lara J. Tibbals, FBN 129054
ltibbals@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900

and

Matthew J. Oppenheim, Esq.
THE OPPENHEIM GROUP, LLP
7304 River Falls Drive
Potomac, MD  20854
301-299-4986
866-766-1678 (fax)
matt@oppenheimgroup.net
*Attorneys for CoStar Realty*
*Information, Inc., and CoStar*
*Group, Inc.*

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. Paul Raymond, Brian J. Aungst, Jr., and Jeff Gibson, MacFarlane Ferguson & McMullen, P. O. Box 1669, Clearwater, FL 33757.

s/Lara J. Tibbals
Attorney

1532481v1