# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KLEIN & HEUCHAN, INC.,**

    Plaintiff,

v.                                                Case No. 8:08-cv-1227-T-30EAJ

**COSTAR REALTY INFORMATION,
INC., and COSTAR GROUP, INC.,**

    Defendants.
_____/

## PARTIAL FINAL JUDGMENT AND PERMANENT INJUNCTION
## AGAINST SCOTT BELL a/k/a CHRISTOPHER SCOTT BELL

THIS CAUSE comes before the Court upon the Stipulation and Motion for Entry of Judgment and Permanent Injunction (Dkt. #105) of the parties. Upon review and consideration, it is

ORDERED AND ADJUDGED:

1. The parties' Stipulation and Motion for Entry of Judgment and Permanent Injunction (Dkt. #105) is GRANTED. Judgment shall be in entered in favor of CoStar Realty Information, Inc. and CoStar Group, Inc. (collectively "CoStar") and against Scott Bell a/k/a Christopher Scott Bell ("Bell") as to CoStar's claim of direct copyright infringement by Bell. Each side is to bear its own costs and attorneys' fees.

2. Scott Bell a/k/a Christopher Scott Bell and any other person in active concert or participation with him who receives actual notice of this Order, by personal service or otherwise, is hereby immediately and permanently restrained and enjoined from directly or

indirectly: (a) obtaining, accessing, using, reproducing, distributing, displaying, or creating derivative works any portion of the CoStar Products, or any other product or service offered by CoStar now or in the future, unless obtaining CoStar's express permission, in writing, to do so; and (b) assisting, aiding or abetting any other person or business entity engaging in or performing any of the foregoing activities.

3. The Parties' Settlement Agreement dated February 16, 2010, and each and every provision thereof, shall be deemed incorporated herein as if explicitly set forth and shall have the full force and effect of an Order of this Court. A copy of that Settlement Agreement, along with a copy of the Declaration of that same date executed by Scott Bell a/k/a Christopher Scott Bell, are attached hereto as Exhibits 1 and 2.

4. Nothing in this Order or the Settlement Agreement inures to the benefit of Klein & Heuchan, Inc. nor shall anything in this Order or the Settlement Agreement prevent CoStar Realty Information, Inc. and CoStar Group, Inc. from continuing the Litigation against Klein & Heuchan, Inc.

5. The Clerk is directed to enter Judgment in favor of CoStar Realty Information, Inc. and CoStar Group, Inc. and against Scott Bell a/k/a Christopher Scott Bell.

**DONE** and **ORDERED** in Tampa, Florida on April 15, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Attachments:**
Exhibits 1 and 2

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1227.pfj 105.wpd